UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 05 450 S

LYNN M. SUTHERLAND

vs. C. A. NO.:

HYC, INC. and JEFFREY BARROWS

# COMPLAINT

## PARTIES AND JURISDICTION

1. Plaintiff Lynn Sutherland is a resident of Manhasset, New York.

2. Defendant HYC, Inc. is a business corporation organized and existing under the laws of the State of New Hampshire, with its principal place of business in Marblehead, Massachusetts. At all relevant times, defendant HYC, Inc. was the owner and/or operator of S/Y Heritage, a twelve-meter yacht, which it used for charter sails. All relevant times, defendant HYC, Inc. was doing business in the State of Rhode Island, and has sufficient minimum contacts with the State of Rhode Island to subject it to the jurisdiction of this Court.

3. Defendant Jeffrey Barrows is a resident of Jackson, New Hampshire, and has sufficient minimum contacts with the State of Rhode Island to subject him to the jurisdiction of this Court. At all relevant times, Jeffrey Barrows was the owner and/or operator of S/Y Heritage, a twelve-meter yacht, which he used for charter sails. On August 21, 2004, defendant Jeffrey Barrows was acting as the captain of S/Y Heritage.

4. Jurisdiction is vested in this Court by virtue of 28 U.S.C. § 1332(a)(1).

5. The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

## CAUSE OF ACTION

6. On or about August 21, 2004, plaintiff Lynn Sutherland was a passenger aboard S/Y Heritage, for good and valuable consideration, for a charter sail in the waters off Newport, Rhode Island.

7. At all relevant times, plaintiff Lynn Sutherland was in the exercise of reasonable care for her own safety and well-being.

8. At that time and place, defendants were operating S/Y Heritage, and in so doing, defendants owed a legal duty to Lynn Sutherland to exercise reasonable care in the manner in which they conducted the charter sail and operated S/Y Heritage.

9. Defendants breached their legal duty by negligently and carelessly conducting the charter sail and operating S/Y Heritage, so as to cause Lynn Sutherland to suffer a severe injury to her right hand.

10. As a direct and proximate result of the negligence of defendants, plaintiff Lynn Sutherland was severely and permanently injured, suffered and will in the future suffer great pain of body, nerves, and nervous system, has become and will in the future become liable to pay large sums of money for medical, rehabilitation, and hospital care and attention, has suffered a loss of earnings, and otherwise was and is permanently injured.

WHEREFORE, plaintiff demands judgment against defendants HYC, Inc. and Jeffrey Barrows for compensatory damages, interest, and costs.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury and designates John S. Foley as trial counsel.

LYNN M. SUTHERLAND

By her attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

John S. Foley
John S. Foley, Esq. Bar #2060

Dated: 10/26/05