UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION
NO. 05-450-S

LYNN M. SUTHERLAND,
Plaintiff

vs.

HYC, INC. and JEFFREY BARROWS,
Defendants

## DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

Now come the defendants, HYC, Inc. and Jeffrey Barrows, in the above-entitled action, by and through their undersigned counsel, and answer the allegations contained in Plaintiff's Complaint as follows.

## PARTIES AND JURISDICTION

1. The defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one and therefore deny same.

2. The defendants admit the allegations contained in paragraph two.

3. The defendants admit that defendant, Jeffrey Barrows, is a resident of Jackson, New Hampshire and that he was the captain of the S/Y HERITAGE on August 21, 2004. The defendants deny the remainder of the allegations contained in paragraph three.

4. The allegations contained in paragraph four are statements of law to which no answer is required of the defendants. To the extent that an answer is required, defendants deny same.

5. The defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph five, and therefore deny same.

**CAUSE OF ACTION**

6. The defendants admit that plaintiff was a passenger on the S/Y HERITAGE on August 21, 2004. The defendants deny the remainder of the allegations contained in paragraph six.

7. The defendants deny the allegations contained in paragraph seven.

8. The allegations contained in paragraph eight are statements of law to which no answer is required of these defendants. To the extent that an answer is required, the defendants deny same.

9. The defendants deny the allegations contained in paragraph nine.

10. The defendants deny the allegations contained in paragraph ten.

**WHEREFORE**, the defendants pray that this Honorable Court dismiss with prejudice the Plaintiff's Complaint

together with costs and reasonable attorneys fees.

**AFFIRMATIVE DEFENSES**

Now come the defendants and incorporate the following Affirmative Defenses into their Answer as more fully appears below.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendants state that if the plaintiff sustained personal injuries as alleged, which is specifically denied, it was due to the action and/or omissions of individuals for whom the defendants are not legally responsible.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendants state that if the plaintiff sustained injury as alleged, which is specifically denied, those injuries were the result of an Act of God, inevitable accident, and/or inscrutable fault for which the defendants are not legally responsible.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendants state that if the plaintiff was injured as alleged, which is specifically denied, it was due in whole or in part to the plaintiff's own negligence and failure to exercise the degree of care, skill, and knowledge of a guest/passenger of the plaintiff's experience and not due to any negligence or fault on the

part of the defendants nor any person or persons for whom the defendants may be legally responsible.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendants state that if the plaintiff was injured as alleged, which is specifically denied, such injury was without the fault, knowledge, or privity of the defendant; that the damages claimed herein exceed the value of the vessel, including her pending freight; and the defendant herewith claims benefit of any and all laws and statutes of the United States of America, including but not limited to, Limitation of Liability of the defendants, 46 USCA, Appx. § 183 (b).

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendants fail to state a cause of action against defendant, Jeffrey Barrows, on the basis that he was neither the owner nor operator of the S/Y HERITAGE on August 21, 2004.

**WHEREFORE**, the defendants pray that the above Complaint be dismissed with prejudice together with costs and reasonable attorney's fees.

By their attorneys,

**CLINTON & MUZYKA, P.C.**

**Robert E. Collins**
Bar No. 2951
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165
(617) 720-3489

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by: hand, mail, overnight mail, facsimile on 12-1-05