**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
FEB 01 2006
Property of U.S. District Court
District of Rhode Island

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

## STIPULATION

It is hereby agreed by and between Plaintiff Lynn M. Sutherland and Defendants HYC, Inc. and Jeffrey Barrows that the time within which Plaintiff may have to answer, object and/or otherwise respond to Defendant's Request for Production and Interrogatories is hereby enlarged an additional 10 days, up through and including February 10, 2006.

John S. Foley, Esq. #2060
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Tel: (401) 272-1110
Fax: (401) 351-6641

Robert E. Collins, Esq. #2951
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108
Tel: (617) 723-9165
Fax: (617) 720-3489

## CERTIFICATION

I hereby certify that a true and accurate copy of the within document was mailed by regular mail, postage prepaid, from the offices of Decof & Decof, P.C., One Smith Hill, Providence, RI 02903, to **Robert E. Collins, Esq.**, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108 on the 31st day of January, 2006.