UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CIVIL ACTION
No. 01-CV-0588-S

LYNN M. SUTHERLAND :
:
vs. :
:
HYC, Inc. and JEFFREY BARROWS :

ENTRY OF APPEARANCE

Michael R. Hagopian hereby enters his appearance as counsel on behalf of the Defendant, HYC, Inc. and Jeffrey Barrows in the above matter.

Respectfully submitted,

Michael R. Hagopian #3448
212 Reservoir Avenue
Warwick, R.I. 02886
(401) 384-8080

CERTIFICATION

I hereby certify that a true copy of the foregoing was mailed by regular mail, postage prepaid to John Foley, Esq, One Smith Hill, Providence, RI 02903, on this 1st day of February, 2006.