**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

**NOTICE TO TAKE DEPOSITION**

TO: Thomas J. Muzyka, Esq.
Robert E. Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

Michael R. Hagopian, Esq.
212 Greenwich Avenue
Warwick, RI 02886

Reporting Associates
10 Dorrance Street, Suite 617
Providence, RI 02903

Please take notice that at **10:00 a.m. on Wednesday, September 20, 2006** at the **law firm of Decof & Decof, 130 Bellevue Avenue, Newport, RI 02840**, the Plaintiff in this action by her attorneys will take the deposition upon oral examination of defendant **Jeffrey Barrows,** pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before an officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

LYNNE M. SUTHERLAND

By her Attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641
jsf@decof.com

/S/ John S. Foley
John S. Foley #2060

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within document was mailed by regular mail, postage prepaid, from the offices of Decof & Decof, P.C., One Smith Hill, Providence, RI 02903, to **Thomas J. Muzyka, Esq. and Robert E. Collins, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108, **Michael R. Hagopian, Esq.,** 212 Greenwich Avenue, Warwick, RI 02886 and **Reporting Associates**, 10 Dorrance Street, Suite 617, Providence, RI 02903 on the 24th day of August, 2006.

/S/John S. Foley
John S. Foley #2060

Sutherland P020