UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

Plaintiff moves this Court, with the assent of defendants, for an extension of 60 days for the close of discovery in this admiralty personal injury case. Discovery is presently scheduled to close on October 12, 2006, and the parties request that the close of discovery be extended to December 12, 2006, with pretrial memoranda to be filed by January 12, 2007, for the following reasons:

1. This is a personal injury action brought by a passenger injured on the 12-meter yacht HERITAGE on August 21, 2004.

2. Plaintiff is a resident of Manhasset, New York. She was aboard the vessel on a charter by the Port Washington Yacht Club, of which plaintiff and her family are members.

3. The parties attended a pretrial conference on January 12, 2006. Since that date, the parties have conducted an unsuccessful mediation with United States District Court Mediator Berry Mitchell.

4. In addition, the deposition of plaintiff, Lynn M. Sutherland, has been completed by the defendants, plaintiff has responded to defendant's interrogatories and request for production of documents, plaintiff has been examined by a Dr. Edward

Nalebuff on behalf of defendants and a copy of his report has been provided to plaintiff's counsel, the parties have taken the deposition of Cedar Poirier, one of the crewmembers aboard the S/V HERITAGE at the time of the incident, and plaintiff has inspected and photographed the vessel on two occasions, once in the water and once when the vessel was hauled.

5. The parties request additional time in which to complete discovery, specifically the deposition by plaintiff of defendant Jeffrey Barrows, which was delayed due to the busy summer season for 12-meter yachts in Newport, and to allow defendants to complete responses to plaintiff's discovery requests. Additionally, the parties anticipate taking depositions of fact witnesses and treating doctors, which counsel for both parties have not yet been able to accomplish due to having to devote time to other matters.

6. The undersigned has conferred with counsel for defendants, and he joins in and assents to the granting of this motion.

**WHEREFORE**, plaintiff requests that her motion to extend discovery be granted.

Respectfully Submitted,

/S/ John S. Foley
John S. Foley Bar # 2060
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Tel: (401) 272-1110
Fax: (401) 351-6641
jsf@decof.com

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within document was sent by regular mail, postage prepaid, from the offices of Decof & Decof, P.C., One Smith Hill, Providence, RI 02903, to **Thomas J. Muzyka, Esq. and Robert E. Collins, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108 and to **Michael R. Hagopian, Esq.,** 212 Greenwich Avenue, Warwick, RI 02886 on the 5th day of October, 2006.

/S/John S. Foley

Sutherland P022