UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

**PLAINTIFF'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Plaintiff moves this Court, pursuant to Fed. R. Civ. P. 37(a), for an order compelling defendants to respond to interrogatories and requests for production served on them by plaintiff on June 30, 2006. Defendants have failed to serve any answers to the interrogatories or any responses to the requests for production. Plaintiff requests that defendants be ordered to provide the responses within 10 days of the granting of this motion.

The movant hereby certifies, pursuant to Fed. R. Civ. P. 37(a)(2)(A), that she has in good faith conferred with defendants in an effort to secure this discovery without court action.

LYNN M. SUTHERLAND

By her Attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Tel: (401) 272-1110
Fax: (401) 351-6641
jsf@decof.com

/S/ John S. Foley
John S. Foley Bar #2060

## CERTIFICATION

I hereby certify that I served the within document by electronic filing to the following counsel of record: **Robert E. Collins, Esq.,** rcollins@clinmuzyka.com and michael@mhagopianlaw.com; and by regular mail, postage prepaid, to **Thomas J. Muzyka, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, 02108 on the 24th day of October, 2006.

/S/John S. Foley

Sutherland P023