**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M. SUTHERLAND,**
**Plaintiff,**

**VS.**

**HYC, INC. and JEFFREY BARROWS,**
**Defendants.**

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S**
**MOTION TO COMPEL**

Now come the defendants, HYC, Inc. and Jeffrey Barrows, in the above entitled action, by their attorneys and submits its Opposition to Plaintiff's Motion to Compel. As a basis therefore, defendants state that the Motion is moot as the response have been propounded. A copy of the Responses to Requests for Production and Answers to Interrogatories are attached hereto.

WHEREFORE, the defendants pray this Honorable Court to deny Plaintiff's Motion to Compel as moot.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/ Robert E. Collins"
**Robert E. Collins**
**Bar No. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: November 7, 2006