**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M. SUTHERLAND**

**VS.**

**HYC, INC. and JEFFREY BARROWS**

**DEFENDANT, HYC, INC.'S', RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes the defendant, HYC, Inc., in the above-entitled action, by and through its undersigned attorneys, and hereby submits its Response to Plaintiff's Request for Production of Documents.

**GENERAL OBJECTION**

The defendant objects to all of the plaintiff's Requests insofar as they seek discovery of matters which constitutes privileged communications or materials prepared in anticipation of litigation or trial. By furnishing a response to any request, the defendant does not waive any of its general or specific objections to that or any other Request.

REQUEST NO. 1

Complete copies of any and all insurance policies, including but not limited to so-called "excess" or "umbrella" policies (including but not limited to declaration pages or any other documents that

describe the policy limits) that may afford coverage for the incident that is the subject of this action.

RESPONSE NO. 1

A copy of the declaration page for the primary policy is provided. A copy of the excess policy is attached hereto.

REQUEST NO. 2

A complete copy of the charter/lease agreement between HYC, Inc., Jeffrey Barrows, S/Y Heritage, and any other party regarding the chartering of the subject sailing yacht on August 21, 2004.

RESPONSE NO. 2

A copy of the charterparty provided.

REQUEST NO. 3

Complete copies of any and all promotional/advertising materials identified in defendant’s answers to interrogatories.

RESPONSE NO. 3

A copy of the promotional/advertising materials provided.

REQUEST NO. 4

Copies of any and all surveillance materials regarding plaintiff Lynn Sutherland including but not limited to video recordings, photographs or surveillance reports.

RESPONSE NO. 4

No such documents in defendant’s care, custody and control.

REQUEST NO. 5

Complete copies of any and all documents concerning communications by you and/or your representatives to

any agency of the federal government regarding the accident which is the subject of this litigation.

RESPONSE NO. 5

A copy of the statement given to the United States Coast Guard is provided herewith. Also, a copy of the USCG-2692 and Coast Guard Report of Investigation are provided.

REQUEST NO. 6

A copy of the document currently displayed on S/Y Heritage that describes the history of the vessel.

RESPONSE NO. 6

Defendant is presently attempting to locate a copy of the requested document and will forward under separate cover if it can be located.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/ Robert E. Collins"
**Robert E. Collins**
**Bar No. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

**OBJECTIONS BY:**

_____________________
Robert E. Collins
Attorney for Defendant