UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

**PLAINTIFF'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Plaintiff moves this Court, pursuant to Fed. R. Civ. P. 37(a), for an order compelling defendants to respond to interrogatories and requests for production served on them by plaintiff on June 30, 2006. Defendants have failed to serve any answers to the interrogatories or any responses to the requests for production. Plaintiff requests that defendants be ordered to provide the responses within 10 days of the granting of this motion.

The movant hereby certifies, pursuant to Fed. R. Civ. P. 37(a)(2)(A), that she has in good faith conferred with defendants in an effort to secure this discovery without court action.

Passed as moot per letter of 11/14/06 from Plaintiff's counsel
David L Martin
USMJ
11-15-06