**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M SUTHERLAND**
**Plaintiff,**

**VS.**

**HYC, INC. AND JEFFREY BARROWS**
**Defendants.**

**ASSENTED TO MOTION FOR EXTENSION OF DISCOVERY**

Now come the defendants, HYC, Inc. and Jeffrey Barrows, in the above entitled action, by their attorneys, and moves this Honorable Court for an extension of time to complete discovery, up to and including February 28, 2007. Discovery is presently scheduled to conclude on January 31, 2007 and the request for the extension is a one (1) month extension to complete discovery. The parties further request that the dates for disclosure of expert witnesses and conclusion of expert depositions also be extended one (1) month. The Pre-trial Memorandum will be due on June 30, 2007.

As a basis for such extension, the defendants state as follows:

1. This is a personal injury action brought by a passenger on the 12-meter yacht HERITAGE on August 21,

2004. In the accident, the plaintiff suffered a finger amputation. She is alleging permanent disfigurement, loss income, lost of earning capacity and pain and suffering.

2. The plaintiff is a resident of Manhasset, New York and was aboard the vessel on a charter by the Port Washington Yacht Club. Aboard the vessel at the time of the injury were Captain Jeffrey Barrows and two (2) crewmembers. The remaining charter passengers were from the Port Washington Yacht Club.

3. The parties conducted an unsuccessful Mediation before United States District Court Mediator Berry Mitchell on July 27, 2006. As of that date, the parties have conclude the deposition of the plaintiff and the plaintiff examined on behalf of the defendants by Dr. Edward Nalebuff in Boston, Massachusetts.

4. Since the Mediation, the parties have conducted extensive discovery. The depositions of defendant, Jeffrey Barrows, the Captain of the vessel, and principal officer of the vessel owner, HYC, Inc. have been concluded. Additionally, the depositions of the crewmembers, Cedar Poirier and Emily Labnon have been concluded and their testimony was video-taped for presentation at trial as they are anticipated to be out of the district at the time of trial.

5. Additionally, the depositions of Joan MacInnes and Duncan MacInnes have been concluded. They presently reside in Beverly, Massachusetts although they were members of the Port Washington Yacht Club at the time of the incident and were aboard the vessel as passengers. The defendants have also concluded the deposition of the plaintiff's husband, John Sutherland, and the deposition of one of the plaintiff's children, Kelly Sutherland. Those depositions were taken on January 29, 2007 in New York, New York.

6. The depositions of the remaining passengers from the Port Washington Yacht Club had been scheduled for February 1-2, 2007 in Garden City, New York. However, the defendants' attorney had to reschedule the depositions due to a conflict with a Court hearing in Providence County Superior Court on another matter.

7. Additionally, an examination of the plaintiff by Vocational Rehabilitation expert, Deborah Veatch of Newton, Massachusetts has been scheduled for February 13, 2007 in New York City. The ability of the plaintiff to return as an interior designer or to earn money in some other capacity is a major issue in this litigation.

8. The undersigned has conferred with plaintiff's counsel and he joins in and assents to the motion.

**WHEREFORE**, the defendants pray this Honorable Court grant an extension of time to conclude fact discovery, up to and including February 28, 2007. The defendants further pray that the plaintiff designates her experts on or before March 31, 2007 and the defendants designate their experts on or before April 30, 2007. The parties further pray that they be granted a one (1) month period, up to and including April 30, 2007 to conclude expert depositions and the Pre-trial Memorandum is to be filed on or before June 30, 2007.

Respectfully Submitted,
By its attorney

**DEFENDANTS**

**CLINTON & MUZYKA, P.C.,**

**“/s/ Robert E. Collins”**
**Robert E. Collins**
**Bar No: 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

**ASSENTED TO:**

**DECOF & DECOF, P.C.**

**“/s/ John S. Foley”**

**John S. Foley**
**Bar No. 2060**
One Smith Hill
Providence, RI 02903
(401) 272-1110