UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Plaintiff moves this Court, with the assent of defendants, for a two-week extension of the deadlines currently in place for expert disclosures, expert depositions, and filing of pretrial memoranda. As grounds for this motion, plaintiff states as follows:

1. The parties have recently completed fact discovery, which required 13 depositions of parties and witnesses, with the exception of the deposition of plaintiff's son. This deposition has been difficult to schedule because of the witness's college academic and athletic schedules. The parties have agreed to complete this final deposition without delaying the remaining pretrial disclosures and filings;

2. Plaintiff's counsel has recently had the opportunity to take a previously unplanned family vacation, from March 23 to March 30, 2007. Plaintiff's expert disclosures are now scheduled to be made by March 31, 2007 and counsel will not be able to take this vacation and complete the expert disclosures by the current deadline;

3. Counsel for plaintiff has conferred with counsel for defendants and he assents to the requested two-week extension of the deadlines for expert disclosures, depositions, and filing of pretrial memoranda.

**WHEREFORE**, plaintiff moves this Court for an order that resets the remaining pretrial deadlines as follows:

1. Plaintiff's expert disclosures to be made by April 13, 2007;
2. Defendants' expert disclosures to be made by May 11, 2007;
3. Expert depositions shall be completed by June 15, 2007;
4. Pretrial memoranda shall be filed by July 13, 2007.

Respectfully Submitted,

/S/ John S. Foley
John S. Foley Bar # 2060
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Tel: (401) 272-1110
Fax: (401) 351-6641
jsf@decof.com

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within document was sent by regular mail, postage prepaid, from the offices of Decof & Decof, P.C., One Smith Hill, Providence, RI 02903, to **Thomas J. Muzyka, Esq. and Robert E. Collins, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108 and to **Michael R. Hagopian, Esq.,** 212 Greenwich Avenue, Warwick, RI 02886 on the 14th day of March, 2007.

/S/John S. Foley

Sutherland P031