**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M. SUTHERLAND,**
**Plaintiff,**

**VS.**

**HYC, INC. and JEFFREY BARROWS,**
**Defendants.**

**DEFENDANTS' ASSENTED TO MOTION FOR EXTENSION OF TIME TO PROVIDE EXPERT DISCLOSURES**

Now come the defendants, HYC, Inc. and Jeffrey Barrows, in the above entitled action, by their attorneys and with the assent of plaintiff, and moves this Honorable Court for a ten (10) extension of the deadlines currently in place for expert disclosures, expert depositions and filing of the Pre-trial Memoranda. As grounds for this motion, defendants state as follows:

1. The parties have completed extensive fact discovery, involving 13 depositions of parties and witnesses. Still remaining to be completed is the deposition of the plaintiff's son, which is currently scheduled for May 14, 2007 in Ithaca, New York. Also, still to be completed is a fact deposition of a former employer of the plaintiff, Smiros & Smiros, in Long Island, New York. The parties have agreed to complete these final depositions without effecting the remaining pre-trial

disclosures and filing.

2. The ten (10) day extension of discovery is requested because the senior attorney of the defendants, Thomas J. Muzyka, will be on vacation until May 17, 2007. The undersigned had inadvertently considered that Mr. Muzyka would be on vacation when he assented to the two (2) week extension of expert reports and associated dates by the plaintiff.

3. The defendants have conferred with counsel for the plaintiff and he has assented to the requested ten (10) day extension of the deadlines of expert disclosure, depositions and filing of Pre-trial Memoranda.

WHEREFORE, the defendants move this Honorable Court for an Order that resets the remaining pre-trial deadlines as follows:

1. Defendants' Expert Disclosures to be made by May 21, 2007;

2. Expert depositions to be completed by June 25, 2007;

3. Pre-trial Memoranda should be filed by July 30, 2007.

Respectfully submitted,

By its attorneys,

**CLINTON & MUZYKA, P.C.**

“/s/ Robert E. Collins”
**Robert E. Collins**
**Bar No. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: May 8, 2007