UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

**ASSENTED-TO MOTION FOR CONTINUANCE OF TRIAL DATE**

Plaintiff moves this Court, with the assent of defendants, for a continuance of this case from the August trial calendar to the September trial calendar. As grounds for this motion, plaintiff states as follows:

1. At the suggestion of Berry Mitchell, who conducted a mediation in this case on July 28, 2006, the parties are currently discussing whether a second mediation would now be productive, and Mr. Mitchell has proposed dates toward the end of July for such a mediation. Since plaintiff intends to present the trial testimony of her out-of-state treating physicians, and possibly other New York fact witnesses who may be unable to travel to Rhode Island to testify live at trial, by videotaped deposition under Fed. R. Civ. P. 32(a)(3)(B), and such depositions are likely to involve significant time and expense, any mediation should be held prior to the parties incurring the expense of recording this trial testimony. With the current trial date now set for August, these depositions will have to be scheduled and conducted immediately; if the trial is continued to the September calendar, the parties can explore settlement without incurring these expenses, and if those efforts fail, the necessary trial depositions can be conducted after any mediation and before a September trial;

2. The undersigned has scheduled a two-week vacation in August, which the current trial assignment to the August trial calendar will likely interfere with.

**WHEREFORE**, plaintiff moves this Court for an order continuing this case to the September trial calendar.

LYNN M. SUTHERLAND
By her Attorneys,

/S/ John S. Foley
John S. Foley Bar # 2060
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Tel: (401) 272-1110
Fax: (401) 351-6641
jsf@decof.com

Assented to:

/S/ Robert E. Collins
Robert E. Collins Bar # 2951
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108
(617) 723-9165
rcollins@clinmuzyka.com

**CERTIFICATION**

I hereby certify that I served the within document by electronic filing to the following counsel of record: Robert E. Collins, Esq., rcollins@clinmuzyka.com and Michael R. Hagopian, Esq., michael@mhagopianlaw.com; and by regular mail, postage prepaid to **Thomas J. Muzyka, Esq.** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108, on the 2nd day of July, 2007.

/S/John S. Foley

Sutherland P036