**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

**NOTICE OF DEPOSITION**
**BY STENOGRAPHIC AND AUDIO/VIDEO MEANS**

TO: Thomas J. Muzyka, Esq.
Robert E. Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

Michael R. Hagopian, Esq.
212 Greenwich Avenue
Warwick, RI 02886

Reporting Associates
10 Dorrance Street, Suite 617
Providence, RI 02903

Mr. William White
Legal Photographer/Videographer
121 Phenix Avenue
Cranston, RI 02920

Please take notice that at **9:00 a.m. on Friday, August 24, 2007, at the law office of Decof & Decof, P.C., One Smith Hill, Providence, RI 02903,** the plaintiff in this action by her attorneys will take the deposition of **Sean M. Griggs, M.D.**, by stenographic and audio/video means, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before an officer authorized by law to administer oaths. The examination will continue from day to day until completed.

LYNN M. SUTHERLAND

By her Attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/S/John S. Foley
John S. Foley, Esq. Bar #2060

**CERTIFICATION**

I hereby certify that I served the within document by electronic filing to the following counsel of record: **Robert E. Collins, Esq.**, rcollins@clinmuzyka.com and **Michael R. Hagopian, Esq.,** michael@mhagopianlaw.com; and by regular mail, postage prepaid, to **Thomas J. Muzyka, Esq.**, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108, on the 7th day of August, 2007.

/S/John S. Foley
John S. Foley Bar #2060

Sutherland P044