**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M. SUTHERLAND,**
**Plaintiff,**

**VS.**

**HYC, INC. and JEFFREY BARROWS,**
**Defendants.**

**DEFENDANTS, HYC, INC. AND JEFFREY BARROWS',**
**MOTION FOR SUMMARY JUDGMENT**

Now come the defendants, HYC, Inc. and Jeffrey Barrows, in the above-entitled action, by their attorneys, Clinton & Muzyka, P.C., and move this Honorable Court for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

As a basis therefore, the defendants state that this matter involves a personal injury action brought by a passenger on the S/V HERITAGE on August 21, 2004. The defendant, HYC, Inc., was the owner of the S/V HERITAGE and Captain Jeffrey Barrows was the Captain on the vessel at the time of the incident. The plaintiff maintains that the personal injury occurred due to the negligence of the defendants in failing to warn the plaintiff of the danger of a piece of equipment on the vessel. The defendants maintain that that the risk of injury due to the turning block was an open and obvious condition for which there is

no duty to warn.

The defendants rely on the attached memorandum of law in support of their Motion for Summary Judgment.

**WHEREFORE**, the defendants pray this Honorable Court to allow its Motion for Summary Judgment.

Respectfully submitted,

By its attorneys,

**CLINTON & MUZYKA, P.C.**

**“/S/Thomas J. Muzyka”**
**Thomas J. Muzyka**
**MA BBO NO: 365540**
**Robert E. Collins**
**RIBAR NO: 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: September 11, 2007