**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M. SUTHERLAND**
**Plaintiff,**

**VS.**

**HYC, INC. AND JEFFREY BARROWS**
**Defendants.**

**AFFIDAVIT OF ROBERT E. COLLINS**

1. I am a member of the bar of this Court and of the firm of Clinton & Muzyka, P.C., attorneys for Defendants, HYC, Inc. and Jeffrey Barrows, in this action. I submit this Affidavit to place into the record portions of deposition transcripts and documents generated during the course of discovery.

2. Annexed hereto as Exhibit 1 is the Plaintiff's Complaint.

3. Annexed hereto as Exhibit 2 is the Defendants' Answer to the Complaint.

4. Annexed hereto as Exhibit 3 is the Plaintiff's Answers to Defendants' Interrogatories.

5. Annexed hereto as Exhibit 4 is the Expert Report of Captain Patrick A. Derry dated April 9, 2007.

6. Annexed hereto as Exhibit 5 are pages from the transcript of the deposition of plaintiff, Lynn Matthews-Sutherland, taken on July 11, 2006.

7. Annexed hereto as Exhibit 6 are pages from the transcript of the deposition of the defendant, Jeffrey Barrows, taken on November 21, 2006.

8. Annexed hereto as Exhibit 7 is the Certificate of Inspection for the S/V HERITAGE in force at the time of the incident.

9. Annexed hereto as Exhibit 8 are pages from the transcript of the deposition of John Gordon-Sutherland taken on January 29, 2007.

10. Annexed hereto as Exhibit 9 are the pages from the transcript of the deposition of Kelly Sutherland taken on January 29, 2007.

11. Annexed hereto as Exhibit 10 are pages from the transcript of the deposition of Patricia Hodson taken February 26, 2007.

12. Annexed hereto as Exhibit 11 are pages from the transcript of the deposition of Katherine Boulukos taken on February 26, 2007.

13. Annexed hereto as Exhibit 12 are pages from the transcript of the deposition of Robert Hodson taken on February 26, 2007.

14. Annexed hereto as Exhibit 13 are pages from the transcript of the deposition of George Boulukos taken on February 26, 2007.

15. Annexed hereto as Exhibit 14 are pages from the transcript of the deposition of Matthew Sutherland taken on May 11, 2007.

16. Annexed hereto as Exhibit 15 is the Yacht Charter Agreement identified as Exhibit "1" to the deposition of Jeffrey Barrows.

17. Annexed hereto as Exhibit 16 are pages from the transcript of the deposition of Robert Stearns taken February 26, 2007.

18. Annexed hereto as Exhibit 17 are pages from the transcript of the deposition of Joan J. MacInnes taken on January 24, 2007.

19. Annexed hereto as Exhibit 18 are pages from the transcript of the deposition of Duncan C. MacInnes taken on January 24, 2007.

20. Annexed hereto as Exhibit 19 are pages from the transcript of the deposition of Cedar Poirier taken September 25, 2006.

21. Annexed hereto as Exhibit 20 are pages from the transcript of the deposition of Emily Labnon taken November 24, 2006.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 11st DAY OF SEPTEMBER, 2007.**

**“/s/Robert E. Collins”**
**Robert E. Collins**