**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff objects to defendants' motion for summary judgment, for the reason that the risk of injury from the deck-mounted turning block on defendants' 12-meter yacht Heritage was not an open and obvious condition of which defendants had no duty to warn. To the extent that defendants alternatively seek summary judgment on the grounds that appropriate warnings were given, an argument raised but not briefed in defendants' supporting memorandum, but not stated in defendants' motion, plaintiff objects to the motion for the reason that there is a genuine issue of material fact about whether defendants warned their passengers about the dangers posed by the turning blocks.

The grounds for this objection are more fully set forth in plaintiff's supporting memorandum.

LYNN M. SUTHERLAND

By her Attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/S/John S. Foley
John S. Foley #2060

## CERTIFICATION

I hereby certify that I served the within document by electronic filing to the following counsel of record: Robert E. Collins, Esq., rcollins@clinmuzyka.com and Michael R. Hagopian, Esq., michael@mhagopianlaw.com; and by regular mail, postage prepaid, to **Thomas J. Muzyka, Esq.**, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108, on the 21st day of September, 2007.

/S/John S. Foley
John S. Foley Bar #2060

Sutherland P051