UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LYNN M. SUTHERLAND
vs. C.A. No. 05-450 S
HYC, INC. and JEFFREY BARROWS

Deposition of JEFFREY BARROWS, taken on November 21, 2006, on behalf of the Plaintiff, pursuant to Federal Rules of Civil Procedure, at the offices of Decof & Decof, P.C., One Smith Hill, Providence, Rhode Island, before Brenda L. Enos, Notary Public, convening at 11:16 a.m.

APPEARANCES:
Decof & Decof, P.C.
BY: JOHN S. FOLEY, ESQ.
Counsel for Plaintiff
Clinton & Muzyka, P.C.
BY: ROBERT E. COLLINS, ESQ.
Counsel for Defendants

REPORTING ASSOCIATES
Suite 617 - 10 Dorrance Street
Providence, Rhode Island 02903



INDEX:


| DEPONENT | EXAMINATION BY | PAGE |
|---|---|---|
| JEFFREY BARROWS | | |
| | Mr. Foley | 3 |


PLAINTIFF'S EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Copy of charter contract | 32 |
| | Color copy of first photograph of HERITAGE | 56 |
| 3 | Color copy of second photograph of HERITAGE | 56 |
| 4 | Color copy of third photograph of HERITAGE | 56 |
| 5 | Copy of United States Coast Guard report | 80 |
| 6 | Copy of Defendant Jeffrey Barrows' answers to Plaintiff's Interrogatories | 90 |



JEFFREY BARROWS, first having been duly sworn by the Notary Public, testified as follows:
EXAMINATION BY MR. FOLEY:
Q What is your name, sir?
A Jeffrey Barrows.
MR. FOLEY: Mr. Barrows, this morning I'm going to be asking you some questions, and my questions and your answers are going to be recorded by the stenographer who is here with us today. You understand that?
THE DEPONENT: Yes.
MR. FOLEY: And do you also understand that it's very important that you understand my question before you try to answer it?
THE DEPONENT: Yes.
MR. FOLEY: If I ask you a question that you don't understand, please don't try to go ahead and answer it. Instead, tell me that you don't understand it and I'll do my best to rephrase it so that you do understand it. Okay?
THE DEPONENT: Okay.
MR. FOLEY: Also, because everything that we say is going to be taken down, it's important you give a spoken answer. The stenographer can't record nods of the head or shrugs of the shoulders or



shaking of the head. Okay?
THE DEPONENT: Understood.
MR. FOLEY: It's also important that even though you might know where my question is going, you let me finish it before you try to answer it. Okay?
THE DEPONENT: Okay.
MR. FOLEY: That way we don't have people talking over each other and it makes the stenographer's job easier and the transcript that we get is a lot more coherent. Okay?
THE DEPONENT: Okay.
MR. FOLEY: And I'll do my best to try to make sure that you finish your answer before I ask my next question. If at some point I interrupt you, please stop me and tell me that you hadn't finished. I'll give you a chance to go and finish your answer. Okay?
THE DEPONENT: Understood.
MR. FOLEY: If at any point you realize that something you said earlier needs to be clarified or corrected, tell me. I'll give you the opportunity to do that. All right?
THE DEPONENT: Okay.

HERITAGE?
A Yes.
Q Who are the officers of HYC, Inc.?
A I am the officers and directors, director.
Q So you fill the positions of president, vice president, treasurer, secretary and are the only director?
A Correct.
Q Would I be correct in understanding, then, that there are no other people who serve as either officers or directors of HYC, Inc. except you?
A I believe that's correct.
Q Did you pick the name for the corporation, HYC?
A Yes.
Q That corporate address of HYC, does it share your New Hampshire residence address as its corporate address?
A Yes.
Q Does HYC have any full-time employees?
A No.
Q Do you consider yourself when you're chartering HERITAGE as a part-time employee of HYC?
A Yes.
Q Do you draw a pay when you charter HERITAGE from HYC, Incorporated?



A Not in the formal sense of a payroll check. I look at the end of the year, and if there's any money left over, there could be distribution. If we are short, I fund it out of my own pocket.
Q So HYC doesn't have a payroll?
A It does have a payroll for the other two crew.
Q Okay. When you say, "Other two crew," do you have generally two people with you as crew when you go out for a charter sail on HERITAGE?
A Generally.
Q Do you sometimes have more?
A Sometimes less, sometimes more.
Q Under what circumstances would you have more than two with you on a charter?
A Generally if friends or acquaintances would want to go along for a sail during a charter and we could integrate them into the crew without offending the clients, we will take an extra person or two.
Q Under what circumstances would you go out with less than two crew?
A Well, when someone wouldn't show up, you know, employees. And that's pretty much it, I think.
Q The boat can be sailed adequately and properly with a captain and one crew member?
A It's -- it's -- it's difficult and cumbersome, but I



have sailed it with two people before. I've sailed it with just my wife and I. We did our honeymoon on it years ago and it can be sailed, but it's, it's difficult.
Q Do you consider the crew members who are with you on charter sales to be part-time employees or full-time employees?
A The normal crew members?
Q Yes.
A Part-time employees.
Q Is there a typical number of charter sails that you would do, let's say, in a month of August in any given summer in Newport?
A I can give a rough guess that we may do 20 sails during the month of August.
Q Would you typically have the same two crew people for those charters that you do go out with two crew members?
A Typically we would, yes.
Q Are there other available crew members that you can call on from time to time if one of your regular crew members is unavailable?
A Correct.
Q Who decides who will be crewing for you in any given summer? Is that something you do?



A I hire the employees.
Q Does HYC, Incorporated technically own HERITAGE?
A Yes.
Q Does it own any other property besides HERITAGE?
A A small rubber inflatable and just the related equipment that goes along with the boat, sails, et cetera.
Q And the inflatable is something that you use in connection with chartering of HERITAGE?
A Not generally because we have dockside locations so we are not using it as much as we did when we purchased it.
Q Do you keep it in Newport, the inflatable?
A Not usually. It's trailerable so it goes back and forth.
Q So other than the inflatable and equipment that is used in connection with sailing HERITAGE and the vessel itself, there isn't any other property or equipment that HYC owns, correct?
A That's correct.
Q Do the part-time employees receive actual payroll checks from HYC, Inc. when they crew on the boat?
A Yes.
Q Is that weekly or every two weeks?
A Biweekly.

in Milwaukee, Wisconsin and when it became available I went and did a second look. At that time it was in San Diego, and I purchased it there.
Q And did you sail it back here or have someone else sail it back?
A We trucked it back.
Q Trucked it back. Had you had personal sailing experience on 12 meter yachts before you bought HERITAGE?
A I had sailed on 12 meters before.
Q As part of a crew or as a captain?
A As a charter guest.
Q So you had never been involved in 12 meter America's Cup competitions before, had you?
A No.
Q Do you know when HERITAGE was built?
A 1970.
Q And it was built as a 12 meter yacht to compete in America's Cup competitions?
A That's correct.
Q Would it be fair to understand that given that it was going to be used in racing competitions for the America's Cup, that it was at least planned to be a state of the art racing yacht at the time it was built?



A I would guess they certainly expected that to be the case.
Q So it would be built with the most current racing designs available that the owners could at least afford to put into the boat?
A I would expect that would be the case.
Q And it would probably have as much as the most advanced equipment on the boat at the time it was built that the owners could get on it?
A Again, I was not part of that building campaign, but I certainly would expect that would be the case.
Q And the design of the boat was as a racing yacht, correct?
A As a 12 meter racing yacht.
Q It would not be designed as a pleasure yacht to carry passengers for pleasure cruise, correct?
A That was not the original design of the boat.
Q Do you know, Mr. Barrows, when HERITAGE was used as a racing yacht in America's Cup competition how many crew members it would have on it?
A I think there were 13 crew members on board.
Q Do you know how many years it raced in America's Cup competitions?
A One year.
Q Do you know how it did?



A It was eliminated in the trials.
Q Was that a competition that took place in Newport?
A Yes.
Q Do you remember what year it was?
A 1970.
Q So the same year it was built?
A Correct.
Q In 2004 was there any type of written agreement between HYC, Inc. and 12 Meter Charters that would deal with this booking procedure?
A No.
Q When a charter was booked, would there be a written agreement that would be signed between the booking agent and the group that was chartering one or more vessels from 12 Meter Charters?
A Generally there would be.
Q But not always?
A In this situation, apparently the contracts were not signed.
Q When you say, "In this situation," are you talking about the charter with the Port Washington Yacht Club that took place on August 21, 2004?
A Yes.
MR. FOLEY: Could you mark this as Exhibit 1, please.



(COPY OF CHARTER CONTRACT MARKED PLAINTIFF'S EXHIBIT 1)

Q Mr. Barrows, I'm going to show you a one-page document we have marked as Exhibit 1 --
A Uh-huh.
Q -- and ask you if you recognize what that is.
A Well, it appears to be the charter contract between HYC and the Port Washington Yacht Club as issued by America's Cup Charters which was the booking agent.
Q So would I be correct in understanding that this particular charter came to HYC, Inc. and HERITAGE through America's Cup Charters and not through 12 Meter Charters?
A That's correct, but with the exception that they would check with 12 Meter Charters if the calendar was open for the boat to do it. That is our clearing house. One agent would work with another agent to make sure the boat was available. I was uninvolved with, you know, this contract or any contract for that matter.
Q Contracts would be handled by the booking agents?
A Correct. And they share them often times and they share the commissions, too.
Q So if someone called America's Cup Charters and

Page 97

MR. COLLINS: I don't have any.

(Whereupon the deposition was adjourned at 1:32 p.m.)

Page 98

STATE OF RHODE ISLAND
ss. Providence, Rhode Island
COUNTY OF PROVIDENCE

BE IT KNOWN that I, Brenda L. Enos, Shorthand Reporter and Notary Public, reported stenographically the foregoing deposition at the time and place stated in the caption hereof; that I was then and there a Notary Public in and for the State of Rhode Island; that by virtue thereof I was authorized to administer an oath; that the witness before testifying was duly sworn to tell the truth, the whole truth, and nothing but the truth; that the testimony of said witness contains a full, true and correct transcription of the notes of said deposition.

I FURTHER CERTIFY that there was no request made for review of the deposition by the deponent.

I FURTHER CERTIFY that I am not of counsel nor attorney for either or any of the parties to said action or otherwise interested in the event thereof, and that I am not related to either or any of the parties to said cause.

IN WITNESS WHEREOF I have hereunto subscribed my name and affixed my seal of office this ____________ day of ____________________, 2006.

____________________________
Notary Public

MY COMMISSION EXPIRES:
JUNE 24, 2009

REPORTING ASSOCIATES