UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNN M. SUTHERLAND, )
Plaintiff, )
)
v. ) CIVIL ACTION
) NO.: 05-450-S
HYC, INC. and JEFFREY )
BARROWS, )
Defendants. )

DEPOSITION OF DUNCAN C. MACINNES, a deponent in the above-entitled cause, taken before Susan Lozzi, Shorthand Reporter and Notary Public in and for Middlesex County, pursuant to the Federal Rules of Civil Procedure, at [redacted] on Wednesday, January 24, 2007, commencing at 12:41 p.m.

DUNN & GOUDREAU
COURT REPORTING SERVICE, INC.
ONE STATE STREET - SUITE 1150
BOSTON, MASSACHUSETTS 02109
(617) 742-6900



APPEARANCES:

CLINTON & MUZYKA, P.C.
One Washington Mall - Suite 1400
Boston, Massachusetts 02108
(617) 720-3489
For the Defendants.
BY: ROBERT E. COLLINS, ESQ.

DECOF & DECOF, P.C.
One Smith Hill
Providence, Rhode Island 02903
(401) 272-1110
For the Plaintiff.
BY: JOHN S. FOLEY, ESQ.



INDEX


| EXAMINATION: | DIRECT |
|---|---|
| By Mr. Collins | 4 |


EXHIBITS


| No. | Description | Page |
|---|---|---|
| No. 1 | Photograph. | 32 |
| No. 2 | Photograph. | 33 |
| No. 3 | Photograph. | 40 |


*** Original exhibits were retained by Mr. Collins ***



P-R-O-C-E-E-D-I-N-G-S

DUNCAN C. MACINNES, having been sworn to tell the truth, testified as follows:

DIRECT EXAMINATION BY MR. COLLINS:

Q. Would you state your name, sir.
A. Duncan, D-U-N-C-A-N, C is the middle initial, MacInnes, M-A-C-I-N-N-E-S.
Q. Mr. MacInnes, have you ever been to a deposition before?
A. No, I have not.
Q. First time?
A. First time.
Q. Your lucky day.
A. John said it would only be a half an hour.
Q. One never knows. My name is Robert Collins. I represent HYC, Inc., and Jeffrey Barrows.
A. Do you have a card, sir, by the way?
Q. Do I have a card?
A. I didn't get one on the way in. I have John's card, but -- thank you.
Q. HYC, Inc., and Jeffrey Barrows are the owner and captain of the 12 meter yacht.
A. Is HYC a yacht club?

Page 17

A. Correct.
Q. How did you receive notice that you would be on the Heritage?
A. Word of mouth from the gentleman who was running the charter, the club member who was running the charter.
Q. Who was that?
A. I believe at that time it was Mr. Wollin.
Q. So you were told by Mr. Wollin what boat to go to?
A. Yes, sir.
Q. And where was the boat? Do you recall it was tied up to the dock?
A. No. As I recall, the boat was the second boat out. It was rafted up to another boat, and we had to climb over one boat to get to that boat.
Q. And is it fair to say that that's common?
A. If you have more than two boats, yes, because the dock only held two boats, as I recall, so they rafted up more than two boats.
Q. And was there anything unusual about that?
A. No. No.
Q. Now, did you have any conversations with the Sutherlands before the vessel left the dock?

Page 18

A. No, sir.
Q. Do you recall any conversations with the captain before the vessel left?
A. Before?
Q. Yes.
A. No, sir.
Q. How about the crew?
A. No, sir.
Q. Can you describe the crew?
A. I remember they were younger, relatively attractive females, probably in their 20's.
Q. And how about the captain? Can you describe him?
A. I cannot give you a good description of him except that he was probably age-wise in his 40's.
Q. How many crew members were there?
A. Including the captain?
Q. Yes.
A. Three.
Q. The two girls and the captain?
A. That's all I remember seeing.
Q. Now, tell me what you recall from the vessel leaving the dock until commencing racing.

Page 19

A. I remember that once we were all set to go, the captain pulled away under power from the dock and was under power until we got out into the open seas out of the harbor. The captain -- do you want me to mention the only thing I remembered him saying?
Q. Sure.
A. Okay. I remember him mentioning life jackets were down below. I believe he mentioned that they were on the roof, the underside of the roof -- cabin roof down below and under the benches.
I remember him mentioning about a toilet down below and that we -- at that point, he announced -- I'm sorry. He also mentioned down below I believe that there was a medical kit should we need a medical kit and that we were going to be sailing under the jib only because of the wind conditions.
And that's all I really remember him saying, and I was near him. I was in the -- sitting in one of the benches near the helm.
Q. Do you recall the captain mentioning anything about lines or winches --
A. No, sir.

Page 20

Q. -- in the initial briefing?
A. Not at all.
Q. Now, was it your statement that he didn't say anything about winches or lines?
A. I will say that I never heard him say a word about winches or lines.
Q. And your wife used this term -- and if you don't agree just say it. She used the term "safety briefing." Is this basically consistent with what you recall the captain saying?
A. Yes.
Q. Where was it held?
A. As I recall, it was held prior to us actually leaving the dock. We were all on the boat and we were preparing to leave the dock, and he quickly told everyone where the life jackets were and, et cetera, which I just mentioned.
Q. And that's what you recall, the life jackets, toilet, medical kit, and they would only be sailing under jib. Anything else you recall him saying?
A. No. I don't recall anything else.
Q. Do you recall any discussion about coffee grinders and people who would be manning that?

you?
A. I don't recall. Look at this picture. The block would probably be forward of me.
Q. Slightly forward?
A. Yeah.
Q. You don't recall the captain saying anything about keep your hands away from the blocks or the lines?
A. Before going out or during?
Q. Any time.
A. I honestly do not recall him saying a word about that.
Q. The individual that was at the helm at the time, did you by any chance know his daughter's name?
A. No, sir.
Q. Did you have any complaints about the captain? Is there anything that he did during the day that you thought wasn't proper?
A. No, sir.
Q. Do you have any complaints about the crew? Did you feel as though they were competent?
A. I thought one was more competent than another, if that's the right terminology, and I



don't recall who was who and I don't even know who their names are.
Q. And is it fair to say that -- well, let me just take a step back. You said one was more competent than the other?
A. It seemed like one knew more of what she was doing than the other.
Q. But the other one, did she appear competent even if she wasn't as experienced?
A. Yes. She had the basic knowledge of sailing, yes.
Q. Is it fair to say that there was nothing that they did that contributed to the accident?
A. Nothing. They --
Q. They were forward?
A. They were just on the boat at the time working.
MR. COLLINS: That's all I have.
MR. FOLEY: I don't have any questions.
(Whereupon, the deposition concluded at 1:53 p.m.)



ERRATA SHEET

Page: Line Number:
Change/Correction:
Reason:

Page: Line Number:
Change/Correction:
Reason:

Page: Line Number:
Change/Correction:
Reason:

Page: Line Number:
Change/Correction:
Reason:

Page: Line Number:
Change/Correction:
Reason:

Page: Line Number:
Change/Correction:
Reason:

Page: Line Number:
Change/Correction:
Reason:

Page: Line Number:
Change/Correction:
Reason:

Page: Line Number:
Change/Correction:
Reason:

Page: Line Number:
Change/Correction:
Reason:

Page: Line Number:
Change/Correction:
Reason:

Deponent's Signature:



STATE OF MASSACHUSETTS)
COUNTY OF MIDDLESEX)

I, SUSAN LOZZI, Shorthand Reporter and Notary Public duly and qualified in and for the State of Massachusetts do hereby certify that the foregoing statement is a true and correct transcript of my original stenographic notes.

I further certify that I am neither attorney or counsel for, nor related to or employed by any of the parties to the action in which this deposition is taken; and furthermore, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal this 28th day of January, 2007.

SUSAN LOZZI
NOTARY PUBLIC
My Commission Expires: April 2010.