UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
----------------------------x
LYNN M. SUTHERLAND,
Plaintiff,
v. Civil Action No. 05-450-S
HYC, INC. and JEFFREY BARROWS,
Defendants.
----------------------------x

February 26, 2007
4:05 p.m.

Deposition of ROBERT STEARNS, pursuant to notice, at the Wingate Inn, 821 Stewart Avenue, Garden City, New York 11530, before Christina Diaz, a Certified and Registered Professional Reporter and Notary Public of the State of New York.



APPEARANCES:

DECOF & DECOF
Attorneys for plaintiff
One Smith Hill
Providence, RI 02903
BY: JOHN S. FOLEY

CLINTON & MUZYKA, PC
Attorneys for defendants
One Washington Mall, Suite 1400
Boston, MA 02108
BY: ROBERT E. COLLINS

MARTYN TOHER & MARTYN
Attorneys for Robert Stearns
330 Old Country Road
Mineola, NY 11501
BY: THOMAS MARTYN



STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties hereto, that all objections, except as to form, are reserved to the time of trial.

IT IS FURTHER STIPULATED AND AGREED that the deposition may be signed and sworn to before any officer authorized to administer an oath.

IT IS FURTHER STIPULATED AND AGREED that the sealing and filing of the deposition be waived.



Stearns
ROBERT STEARNS,
called as a witness, having been duly sworn, testified as follows:
EXAMINATION
BY MR. COLLINS:
Q. Could you state your name, sir.
A. Robert Stearns.
Q. Do you have a middle name?
A. Robert F., Frederick.
Q. Mr. Stearns --
A. Robert F. Stearns, Junior.
Q. My name is Robert Collins. I represent the owner of the twelve-meter yacht Heritage, Jeffrey Barrows, and HYC Inc.
Have you ever been to a deposition before?
A. Yes, I have.
Q. So you are familiar with the procedure?
A. Yes.
Q. I will be asking some questions. If you could let me finish the question before you start answering, and if at any time you want to take a break either to confer with your lawyer, we will certainly accommodate you. I don't think

MR. COLLINS: Well, no.
Q. Did you have any complaints?
MR. MARTYN: Let me object to that.
MR. COLLINS: Let me rephrase it.
Q. Was there anything about the crew that struck you as inadequate?
MR. MARTYN: I will note my objection to the question, but I will allow the witness to answer.
A. No.
Q. After you boarded the vessel, do you recall if there was any briefing by the captain?
A. No, there wasn't.
Q. There was no --
A. I did not hear a briefing.
Q. Do you recall him going into anything about the sail or what would occur that day?
A. I heard the term mock racing and some type of brief description of what that might entail.
Q. Anything else you recall being discussed?
A. No.
Q. When you heard that term, where were





you on board the vessel?
A. I was near the cockpit.
Q. Was it the captain that you recall saying --
A. Yes.
Q. Where was he?
A. He was somewhere in the cockpit, I believe, near the wheel.
Q. When did this occur? Was it after the vessel left the dock or while it was still at the dock?
A. I don't recall.
Q. Do you recall whether there was anything said by the captain about being aware or being careful of the lines?
A. I did not hear anything.
Q. What was the weather that day?
A. Very windy.
Q. Can you quantify that as to how many knots or miles per hour?
A. I can guess.
Q. Give us your best estimate. I don't want a guess, but something that would be your best estimate.





A. Steady twenty mile-an-hour winds with higher gusts.
Q. What sails were being used that day?
A. Just the jib.
Q. When did you learn it would be just the jib?
A. As we were heading out.
Q. Was this during that time that you heard the captain talk about mock racing or was it separate?
A. I think it was separate.
Q. Do you recall what else was said when there was discussion about or when the captain said just the jib would be used?
A. I heard just the jib because it was too windy to put up the main.
Q. That's all that you recall being said at that time?
A. That's all I recall.
Q. Can you tell me how the sailing went during the day?
MR. MARTYN: Obviously prior to the incident, right?
MR. COLLINS: Yes.





A. You want a general description or specifics?
Q. Well, give me general and if I have any questions, I will ask specifics.
A. We basically sailed around, I believe it was a three or four point -- you can call it a race course against the other boats.
Q. Do you recall how many other boats there were?
A. There were at least two others. I'm not sure. There may have been four, a total of four.
Q. Do you recall how many races there were?
A. They weren't necessarily formal races. They were really more or less matching up and kind of going around the courses. It was not a formal racing situation.
Q. How long was it between boarding the vessel and the incident?
A. Hours. I don't know exactly.
Q. More than two?
A. It's difficult to estimate. I would estimate it was two hours plus.

February 26, 2007

ERRATA

PAGE/LINE CHANGE/REASON



ROBERT STEARNS

Subscribed and sworn to
before me this day
of 2007



CERTIFICATE

STATE OF NEW YORK )
) ss.
COUNTY OF NEW YORK)

I, Christina Diaz, a Certified and Registered Professional Reporter and Notary Public within and for the State of New York, do hereby certify:

That ROBERT STEARNS, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

CHRISTINA DIAZ, CSR, RPR



February 26, 2007

INDEX



| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| Robert Stearns | Mr. Collins | 4 |
| | Mr. Foley | 31 |