UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
----------------------------x
LYNN M. SUTHERLAND,
Plaintiff,
v. Civil Action No. 05-450-S
HYC, INC. and JEFFREY BARROWS,
Defendants.
----------------------------x

February 26, 2007
7:30 p.m.

Deposition of ROBERT HODSON, pursuant to notice, at the Wingate Inn, 821 Stewart Avenue, Garden City, New York 11530, before Christina Diaz, a Certified and Registered Professional Reporter and Notary Public of the State of New York.



APPEARANCES:

DECOF & DECOF
Attorneys for plaintiff
One Smith Hill
Providence, RI 02903
BY: JOHN S. FOLEY

CLINTON & MUZYKA, PC
Attorneys for defendants
One Washington Mall, Suite 1400
Boston, MA 02108
BY: ROBERT E. COLLINS



STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties hereto, that all objections, except as to form, are reserved to the time of trial.

IT IS FURTHER STIPULATED AND AGREED that the deposition may be signed and sworn to before any officer authorized to administer an oath.

IT IS FURTHER STIPULATED AND AGREED that the sealing and filing of the deposition be waived.



R. Hodson

ROBERT HODSON,
called as a witness, having been duly sworn, testified as follows:
EXAMINATION
BY MR. COLLINS:
Q. Could you state your name, sir.
A. Robert P. Hodson.
Q. Mr. Hodson, have you ever been to a deposition before?
A. Yes.
Q. You are familiar with the proceedings?
A. Yes.
Q. Let me just go through some basic ground rules.
A. Okay.
Q. My name is Bob Collins. I represent the owner of the twelve-meter yacht Heritage, Jeffrey Barrows and HYC, Inc. I will be asking some questions. If there is anything I ask you that you don't understand, please ask me to rephrase it. I'm not trying to trick you. We are just trying to find out information. If at any time you want to take a break to use the bathroom or for whatever reason, just ask me.

Page 9

R. Hodson
A. There was just one prior in recent history.
Q. Was that the year before?
A. Yes.
Q. Do you recall the vessels that were involved the year before?
A. No.
Q. Do you know if the Heritage was or was not?
A. I believe so but I'm not certain.
Q. How about the year before, do you know if the Sutherlands were on the prior trip?
A. I don't recall.
Q. Do you know the Sutherlands?
A. Only from the yacht club.
Q. Just casual?
A. Just casually.
Q. Now, let me bring you up to the trip in which the accident occurred. How did you get to Newport?
A. We drove.
Q. Who is we? You and your wife? Was there anybody else with you?
A. And our daughter.

Page 10

R. Hodson
Q. Do you recall your first observation of the Heritage?
A. When we walked on board. We were a little late getting up there and we were rushing. We had to unload. Friends of ours had brought our boat up to Newport so we were doing a crew change and had to get them on the road before we got on. So we got on board the boat after a lot of people were on board already.
Q. Do you recall having any conversations with the Sutherlands prior to the vessel departing?
A. Other than saying hello, casual conversation.
Q. Do you recall what the weather was that day?
A. If I recall, it was mixed, overcast and breezy.
Q. Could you estimate the wind speed?
A. I would say that it was blowing in the mid to upper teens, gusts higher.
Q. Do you recall if there was any discussion about the wind prior to departing?
A. Discussion as we were going out about

Page 11

R. Hodson
whether to reef the main sail or not when we put the main up.
Q. Did the main actually go up? Did you put it up?
A. I'm trying to recall because the year before it was a little blustery also. Not quite as much. I honestly don't recall. I don't think we had the main up that day.
Q. Do you recall if the captain did any briefing either prior to departing or shortly after?
A. Prior to departing, he pointed out where the life jackets were down below. I don't know if he had done anything prior to my getting on board.
Q. Do you have any memory of anything else being discussed by the captain other than where the life jackets were?
A. No.
Q. Do you recall if there was any mention about lines?
A. No. I don't recall.
Q. How did the sail go?
A. Well up until the accident.

Page 12

R. Hodson
Q. Do you have any recollection of anything that occurred during the trip up to that, before that?
A. Up to that, not really, other than -- I mean, it was a nice little breeze. The boat was moving along smartly. My recollection was it was a great sail.
Q. Did you participate in any of the boating activities, putting up the sail, working the coffee grinders?
A. No.
Q. Do you recall who did?
A. Other than when the accident happened, Bob Stearns being at the wheel, no.
Q. Do you have any memory of anybody else taking the wheel?
A. No.
Q. Do you recall if the commodore was at the wheel at all during the racing?
A. I just don't recall that day.
Q. Are you familiar with the term tack?
A. Yes.
Q. Can you tell me just what your understanding is of what a tack is?

________________________
ROBERT HODSON

Subscribed and sworn to
before me this day
of 2007

______________________________



CERTIFICATE

STATE OF NEW YORK )
) ss.
COUNTY OF NEW YORK)

I, Christina Diaz, a Certified and Registered Professional Reporter and Notary Public within and for the State of New York, do hereby certify:

That ROBERT HODSON, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

__________________________
CHRISTINA DIAZ, CSR, RPR



February 26, 2007

INDEX


| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| Robert Hodson | Mr. Collins | 4 |