**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M. SUTHERLAND**
**Plaintiff,**

**VS.**

**HYC, INC. AND JEFFREY BARROWS**
**Defendants.**

**ASSENTED TO MOTION FOR EXTENSION OF TIME**
**TO SUBMIT REPLY MEMORANDUM**

Now come the defendants, HYC, Inc. and Jeffrey Barrows, in the above entitled action, by their attorneys, and moves this Honorable Court for a one (1) day extension of time in which to submit their Reply Memorandum. As a basis therefore, the defendants state that the Reply Memorandum is due on October 1, 2007 and the matter is assigned for hearing on October 25, 2007. Attorney Thomas J. Muzyka, the Senior Attorney responsible for this claim, is out-of-the-office on October 1, 2007, but will return on October 2, 2007.

Plaintiff’s attorney has assented to the one (1) day extension of time to submit their Reply Memorandum.

**WHEREFORE**, the defendants pray this Honorable Court grant a one (1) day extension of time in which to submit their Reply Memorandum.

Respectfully Submitted,
By its attorney

**DEFENDANTS**

**CLINTON & MUZYKA, P.C.,**

**“/s/ Robert E. Collins”**
**Robert E. Collins**
**Bar No: 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

**ASSENTED TO:**

**DECOF & DECOF, P.C.**

**“/s/ John S. Foley”**
**John S. Foley**
**Bar No. 2060**
One Smith Hill
Providence, RI 02903
(401) 272-1110

Dated: October 1, 2007