**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M. SUTHERLAND**
**Plaintiff,**

**VS.**

**HYC, INC. AND JEFFREY BARROWS**
**Defendants.**

**AFFIDAVIT OF ROBERT E. COLLINS**

1. I am a member of the bar of this Court and of the firm of Clinton & Muzyka, P.C., attorneys for Defendants, HYC, Inc. and Jeffrey Barrows, in this action. I submit this Affidavit to place into the record portions of deposition transcripts and documents generated during the course of discovery.

2. Annexed hereto as Exhibit 1 are pages from the deposition of the Plaintiff taken on July 11, 2006.

3. Annexed hereto as Exhibit 2 pages 17, 23, 33, and 43 from the deposition of Cedar Poirier taken on September 25, 2006.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 2nd DAY OF OCTOBER, 2007.**

**"/s/Robert E. Collins"**
**Robert E. Collins**