Volume I
Pages 1-48

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Civil Action
NO. 05-450-S

LYNN M. SUTHERLAND, :
Plaintiff, :
:
vs. :
:
HYC, INC. and JEFFREY BARROWS, :
Defendants. :

VIDEOTAPED DEPOSITION of CEDAR POIRIER, a witness in the above-entitled cause, taken on behalf of the Defendants, before Barbara M. Montijo, RPR, Commissioner in and for the State of Rhode Island, at the Decof & Decof, 130 Bellevue Avenue, Newport, Rhode Island, on September 25, 2006, scheduled at 10:00 a.m.

DUNN & GOUDREAU
COURT REPORTING SERVICE, INC.
One State Street
Boston, MA 02109
(617) 742-6900

ORIGINAL

tack.

Q. So, is that when the wind is coming head-on to the vessel?

A. Uh-huh, towards the front of the boat. And you tack back and forth upwind to your mark, then you turn around the mark, and then you're going to have the wind coming from behind you. So, then you're going to be jibing the rest of the way down towards the finish.

Q. Now, for either a tack or a jibe -- a jibe is when the wind is behind you?

A. Right.

Q. Do the maneuvers involve the sail going from one side -- the sail and the boom going from one side of the vessel to the other?

A. Yes.

Q. And can you explain to the jury how that's done, how the sail travels from one side to the other?

A. When the captain turns the helm, he will push the front of the boat during a tack. If it's a tack and the wind's coming to the front, he'll turn the helm, so that the wind will be starting to push on the other side of the jib, or the sails. Those sails will be backwinded, the wind

helping us forward, would get ready to grind on the grinder that we needed them on. And anybody else would just basically be ready for us to turn the boat, make sure they weren't going to, you know, slip or anything when the boat heeled to the other side, so they'd usually brace themselves.

Q. Okay. Now, when would you say, "Ready forward"?

A. After he would say, "Ready about," or "tacking."

Q. Okay. And during that time, would you arrange for the grinders?

A. Yes.

Q. You would make sure everything was in place --

A. Uh-huh.

Q. -- and then respond?

A. Make sure the sheets were ready, the grinders were ready. And then we would say, "Ready forward."

Q. Okay. And then what would happen once the vessel's turned?

A. One of the jib sheets would be released so that the wind would bring it to the other side of the boat, and then the other jib sheet would be brought in by hand and then by the grinder.

Q. And there's lines on both sides, port and starboard?
A. Yes.
Q. So, when you're going the other way?
A. Uh-huh. It's the line on the opposite side.
Q. Now, are you absolutely certain that a safety speech was given on August 21?
A. Yes.
Q. What happened after the -- she was -- her hand was released and what kind of treatment was she given?
A. I went down below. I had an ice pack ready from earlier. So, I went -- her daughter had walked into a piling, I think, on the docks and given herself a black eye. So, I went down and got the same ice pack I had given her daughter earlier and just grabbed it out of the sink and ran back up forward with it wrapped in a towel for her hand. She was holding it pretty close to her the whole time. So, we just tried to keep pressure on it and ice.

And Jeff had already called the harbor master. And Emily and I had already dropped the jib, so it was just a matter of waiting for the

Q. And there may have been two to three or four after racing before the incident?
A. Yes.
Q. Is there any way she could possibly not have known what a turning block is?
MR. FOLEY: I object to the form.
A. She may not have known the name of the device, but those being the only two lines running on the boat, I think everyone was aware of their purpose and what they were doing.
MR. FOLEY: I object and move to strike.
Q. And, in fact, is it fair to say that for every maneuver, two turning blocks are used, one on the port and one on the starboard?
A. Yes.
Q. So, either way, whatever way she's facing, she would have had to have seen it during the maneuvers?
MR. FOLEY: Objection.
A. Yes.
Q. Well, is there any way that she could not have seen the turning block during the 30 to -- 20 to 30 maneuvers prior to the incident?