Volume I
Pages 1-172

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Civil Action
NO. 05-450-S

LYNN M. SUTHERLAND, :
Plaintiff, :
:
vs. :
:
HYC, INC. and JEFFREY BARROWS, :
Defendants. :

DEPOSITION of LYNN MATTHEWS-SUTHERLAND, a witness in the above-entitled cause, taken on behalf of the Defendants, before Barbara M. Montijo, RPR, Commissioner in and for the State of Rhode Island, at the Law Offices of Michael R. Hagopian, 212 Greenwich Avenue, Warwick, Rhode Island, on July 11, 2006, scheduled at 10:00 a.m.

DUNN & GOUDREAU
COURT REPORTING SERVICE, INC.
One State Street
Boston, MA 02109
(617) 742-6900

ORIGINAL

Q. When the boat came about during the three or four races, did you ever look at the lines, how they were moving on the deck?
A. Never.
Q. Did you always stay on the left side of the boat?
A. No. When it had come about, I went over to the other side. I went to the other side.
Q. So, as the boat came about, you would move to either the right side or the left side, depending on which side the sail was on; is that right?
A. Uh-huh.
Q. Yes?
A. Yes.
Q. Do you know why you were moving from one side of the boat to the other?
A. For the weight.
Q. Did anybody ever tell you to move from one side of the boat to the other?
A. Uh-huh.
Q. Who?
A. I mean, the people who were on the boat. We'd all get up and we would move, whoever was next

to me.
Q. Did Captain Barrows ever tell you to move over to one side or the other?
A. I don't recall if he made a direct -- I mean, if you didn't move, you'd get hit in the head with the sail or the boom.
Q. When you would move from one side of the boat to the other, which side would you move to, the side with the sail or the side that was -- that didn't have the sail?
A. I don't recall.
Q. When you moved from one side of the boat to the other, did you move to the side that was closest to the water or the side that was higher, away from the water?
A. Higher, away.
Q. If I suggested to you that was the side opposite where the sail was, would that refresh your recollection?
A. No.
Q. During the time that the vessel was racing, is it -- I have the understanding that you never looked at any of the lines that controlled the sails; is that correct?

A. Yes. It was a miserable trip.
Q. Now, you told me you've now turned, you put your hands behind you, you're on the right side of the boat and if you're looking forward, you see the other two women on the left side of the boat still in the same place. How long are you in this position before something happens to your right hand?
A. I would say about ten minutes.
Q. So, you're in this position for ten minutes. Are the women still on the other side for the ten minutes?
A. I don't recall their exact location.
Q. Did they ever come down and change sides to meet and stay on the same side with you before your injury?
A. No.
Q. So, you were the only person on your side at the time of the injury?
A. I believe so. Because when my accident happened, Joan McGinnes was the first one to come over to help me.
Q. During those ten minutes, did the vessel ever change sides of its sail?