UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

**PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM**

Plaintiff moves this Court, pursuant to Local Rule Cv 7(b)(3), for leave to file a supplemental memorandum in support of her objection to defendants' motion for summary judgment. The purpose of the memorandum is to address arguments made in defendant's recently filed reply memorandum, and plaintiff expects that the memorandum will be only several pages in length. Local Rule Cv 7(b)(3) forbids plaintiff from filing a response to defendants' reply memorandum "without prior leave of the Court."

Counsel for defendants has indicated to the undersigned that he assents to the granting of this motion.

**WHEREFORE**, plaintiff moves this Court for leave to file a supplemental memorandum in support of her objection to defendants' motion for summary judgment and in response to defendants' reply memorandum.

LYNN M. SUTHERLAND
By her Attorneys,

/S/ John S. Foley
John S. Foley Bar #2060
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Tel: (401) 272-1110
Fax: (401) 351-6641
jsf@decof.com

Assented to:

/S/ Robert E. Collins
Robert E. Collins Bar # 2951
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108
(617) 723-9165
rcollins@clinmuzyka.com

**CERTIFICATION**

I hereby certify that I served the within document by electronic filing to the following counsel of record: Robert E. Collins, Esq., rcollins@clinmuzyka.com and Michael R. Hagopian, Esq., michael@mhagopianlaw.com; and by regular mail, postage prepaid, to **Thomas J. Muzyka, Esq.**, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108, on the 10th day of October, 2007.

/S/John S. Foley
John S. Foley Bar #2060

Sutherland P055