UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
----------------------------x
LYNN M. SUTHERLAND,
Plaintiff,
v. Civil Action No. 05-450-S
HYC, INC. and JEFFREY BARROWS,
Defendants.
----------------------------x

February 26, 2007
4:05 p.m.

Deposition of ROBERT STEARNS, pursuant to notice, at the Wingate Inn, 821 Stewart Avenue, Garden City, New York 11530, before Christina Diaz, a Certified and Registered Professional Reporter and Notary Public of the State of New York.



APPEARANCES:

DECOF & DECOF
Attorneys for plaintiff
One Smith Hill
Providence, RI 02903
BY: JOHN S. FOLEY

CLINTON & MUZYKA, PC
Attorneys for defendants
One Washington Mall, Suite 1400
Boston, MA 02108
BY: ROBERT E. COLLINS

MARTYN TOHER & MARTYN
Attorneys for Robert Stearns
330 Old Country Road
Mineola, NY 11501
BY: THOMAS MARTYN



STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties hereto, that all objections, except as to form, are reserved to the time of trial.

IT IS FURTHER STIPULATED AND AGREED that the deposition may be signed and sworn to before any officer authorized to administer an oath.

IT IS FURTHER STIPULATED AND AGREED that the sealing and filing of the deposition be waived.



Stearns
ROBERT STEARNS,
called as a witness, having been duly sworn, testified as follows:
EXAMINATION
BY MR. COLLINS:
Q. Could you state your name, sir.
A. Robert Stearns.
Q. Do you have a middle name?
A. Robert F., Frederick.
Q. Mr. Stearns --
A. Robert F. Stearns, Junior.
Q. My name is Robert Collins. I represent the owner of the twelve-meter yacht Heritage, Jeffrey Barrows, and HYC Inc.
Have you ever been to a deposition before?
A. Yes, I have.
Q. So you are familiar with the procedure?
A. Yes.
Q. I will be asking some questions. If you could let me finish the question before you start answering, and if at any time you want to take a break either to confer with your lawyer, we will certainly accommodate you. I don't think

Stearns

Q. Let me bring you up to the accident.

A. Right.

Q. Where were you at the time?

A. I was at the wheel.

Q. Can you position anyone else?

A. Yes. The captain was on the starboard side a foot-and-a-half away from me just behind me and George Boulukos was just to my left on the port side just behind me.

Q. Anyone else?

A. Bob Hodson was in the very rear of the boat propped up against the -- I believe there was a rail in the back. I don't recall whether he was on the -- I believe he was on the starboard side. I don't recall exactly.

Q. How about Jack Sutherland, where was he?

A. Jack Sutherland was still on the grinder up front.

Q. Where were the two female crew members?

A. They were up front also near the grinders. They pretty much spent the whole time up there.

Q. Do you recall anyone who was in the



Stearns

cockpit which would be in front of you?

A. Mrs. Sutherland was on the starboard side, I believe, just forward of the wheel. A couple of feet forward of the wheel.

Q. Do you know who was in her immediate vicinity?

A. Her son was also in the back. He may have been on the starboard side. I don't recall. He had a cast on. Her daughter, my daughter and Molly Hodson were somewhere forward. They were forward of the cockpit towards where Jack Sutherland and the two female crew members were.

Q. How long had you been at the wheel?

A. Maybe ten minutes.

Q. What do you recall happening?

A. We were heading downwind towards the bridge.

Q. This would be the Newport Bridge?

A. Yes. The sails were gradually being brought in every once in a while and they would slowly begin to turn the boat. It wasn't a natural tack. It was just kind of gradual changing of direction.

Q. Had anyone announced any maneuver?



Stearns

A. No. It was not a tack. It was strictly a -- the captain gave commands to tighten up the sheets a little bit every once in a while, but it wasn't, in fact, a tack so.

Q. What happened?

A. We were heading towards the island -- I don't know the terminology -- I believe Kingston is the island or it may not be. There is an island that the bridge spans on its way over to the mainland. It's a large land mass. We were headed towards that and it was time to tack or getting towards time to tack. I looked at the captain and he said, no, not yet, and we kept heading in that direction for another couple of minutes which is probably the direction would have been west.

The captain then said, "It's getting time to tack." I looked at him and he said, "Make the call." I shouted out, "Ready about," and then, "Hard alee," and started gradually turning the steering wheel.

Q. When you yelled out ready about, did the forward crew respond?

A. Yes. They started tightening. There



Stearns

was grinding going on and basically the lines to the jib were being tightened up.

Q. Who was on the coffee grinders?

A. I believe Jack was on the coffee grinder. I don't know who else was on it.

Q. Okay. And what happened?

A. About halfway through the tack, I heard Mrs. Sutherland scream, "Wait. My hand is caught."

Q. Now, prior to that, had you seen her?

A. It was crowded in the cockpit. There were a lot of people in the cockpit. I hadn't particularly noticed her. She was just one of many people sitting in the cockpit.

Q. Did you see where her hands were prior to turning the wheel?

A. No. Someone was in my way so I didn't have a clear visual of her.

Q. Has anyone indicated to you where Mrs. Sutherland's hands were just prior to the accident?

MR. MARTYN: I would just note my objection. Are you talking about at any time, even after this incident?