UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNN M. SUTHERLAND, Plaintiff,

v. CIVIL ACTION NO.: 05-450-S

HYC, INC. and JEFFREY BARROWS, Defendants.

DEPOSITION OF DUNCAN C. MACINNES, a deponent in the above-entitled cause, taken before Susan Lozzi, Shorthand Reporter and Notary Public in and for Middlesex County, pursuant to the Federal Rules of Civil Procedure, at 34 Old Planters Road, Beverly, Massachusetts, on Wednesday, January 24, 2007, commencing at 12:41 p.m.

DUNN & GOUDREAU
COURT REPORTING SERVICE, INC.
ONE STATE STREET - SUITE 1150
BOSTON, MASSACHUSETTS 02109
(617) 742-6900



APPEARANCES:

CLINTON & MUZYKA, P.C.
One Washington Mall - Suite 1400
Boston, Massachusetts 02108
(617) 720-3489
For the Defendants.
BY: ROBERT E. COLLINS, ESQ.

DECOF & DECOF, P.C.
One Smith Hill
Providence, Rhode Island 02903
(401) 272-1110
For the Plaintiff.
BY: JOHN S. FOLEY, ESQ.



INDEX


| EXAMINATION: | DIRECT |
|---|---|
| By Mr. Collins | 4 |


EXHIBITS


| No. | Description | Page |
|---|---|---|
| No. 1 | Photograph. | 32 |
| No. 2 | Photograph. | 33 |
| No. 3 | Photograph. | 40 |


*** Original exhibits were retained by Mr. Collins ***



P-R-O-C-E-E-D-I-N-G-S

DUNCAN C. MACINNES, having been sworn to tell the truth, testified as follows:

DIRECT EXAMINATION BY MR. COLLINS:

Q. Would you state your name, sir.
A. Duncan, D-U-N-C-A-N, C is the middle initial, MacInnes, M-A-C-I-N-N-E-S.
Q. Mr. MacInnes, have you ever been to a deposition before?
A. No, I have not.
Q. First time?
A. First time.
Q. Your lucky day.
A. John said it would only be a half an hour.
Q. One never knows. My name is Robert Collins. I represent HYC, Inc., and Jeffrey Barrows.
A. Do you have a card, sir, by the way?
Q. Do I have a card?
A. I didn't get one on the way in. I have John's card, but -- thank you.
Q. HYC, Inc., and Jeffrey Barrows are the owner and captain of the 12 meter yacht.
A. Is HYC a yacht club?

don't recall if I was forward or aft of this bar that goes across.
Q. The bar that goes across is at the helm?
A. Correct. I believe I was just forward of that bar.
Q. Can you mark on here where you were?
A. Is this the only picture you have or do you have one that is looking more down on top of the cockpit? It would give me a better idea.
Q. Let me see if I can find one.
A. Because this makes the cockpit look so small, but it's actually a lot larger.
Q. Showing you a photograph, is that the same? That may be the same photograph.
(Reviewing photograph.)
A. I could say that I was sitting then approximately right here, which I don't want to mark the photograph up, but it would be approximately right in this area right here (indicating).
MR. COLLINS: Okay. Let's mark this.
(Exhibit No. 2; so marked.)
Q. Now, Exhibit Two is the photograph you're referring to?
A. Yes, sir.



Q. I believe you were able to identify a little more definitively on the photograph.
A. Correct.
Q. Could you mark on the photograph where you were sitting?
A. (Witness complies.)
Q. You've put an X. That's where you were.
A. Right.
Q. Now, how about Mrs. Sutherland?
A. I would have to assume that she was approximately in this position. She was more -- a little bit diagonal of me forward, so I would assume she's more in this position right there (indicating).
Q. We should distinguish. Why don't you circle the X where she was.
A. (Witness complies.)
Q. There you go. Now, you've marked on Exhibit Two, you've put an X where you were and an X with a circle where Mrs. Sutherland was, and that was basically during the whole charter?
A. As I recall.
Q. Okay. You don't recall her moving at all?
A. If she did, I don't recall, --



Q. Okay.
A. -- quite honestly.
Q. Now, do you recall if in Exhibit Two where the X is if that's where Mrs. Sutherland was at the time of the accident?
A. That's when I vividly remember her sitting directly across from me and diagonally one up.
Q. Let's take it forward a little bit. At the time of the accident, do you recall where anyone else was?
A. I remember the gentleman at the helm. I remember Mr. Hodson all the way aft and the young lad aft with an arm injury. I remember Mrs. Boulukos sitting up to this side of me right here (indicating).
Q. Why don't you put a Y where she was.
A. And that's all I quite honestly recall.
Q. Can you circle that?
A. The Y?
Q. Yes. It doesn't show up too well.
A. (Witness complies.)
Q. Now, I believe you indicated Mr. Hodson was aft?
A. As I recall, yes. He was not feeling well



when he came aboard, and I believe he was on medications, as I recall.
Q. Was he still on deck?
A. You mean, aft on deck --
Q. Yes.
A. -- when the accident happened?
Q. Yes.
A. I don't recall.
Q. And you called him "the young lad." That's the Sutherland child?
A. Correct.
Q. What was his injury?
A. It appeared to be an arm injury. I think he was in a cast, as I recall, and I do not know the Sutherland children personally, but...
Q. Is it fair to say that the arm injury occurred prior to him boarding the vessel?
A. Oh, absolutely.
Q. He had a cast on?
A. Yes. I hope so.
Q. Do you recall where he was at the time of the accident? "He" being the Sutherland child.
A. I believe he was sitting down -- oh, this is a hatch cover that's up. He was sitting down



PENGAD 800-631-6989
EXHIBIT
D. MacInnes 2
1-24-07