**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M. SUTHERLAND**
**Plaintiff,**

**VS.**

**HYC, INC. AND JEFFREY BARROWS**
**Defendants.**

## ASSENTED TO MOTION FOR CONTINUANCE OF TRIAL DATE

Now come the defendants, HYC, Inc. and Jeffrey Barrows, in the above entitled action, by their attorneys, with the assent of plaintiff's attorney, moves this Honorable Court for a continuance of this matter from the February trial calendar to the March trial calendar. As grounds for this motion, defendant states as follows:

1. This matter involves a personal injury action brought by a passenger on the S/Y HERITAGE on August 21, 2004. Plaintiff maintains, inter alia, that she sustained a traumatic amputation of her right ring finger as a result of the negligence of the defendants.

2. The defendants filed a Motion for Summary Judgment in this matter based upon an open and obvious condition. The matter was fully briefed and heard before this Honorable Court on November 21, 2007. At that time,

this Honorable Court denied the Motion for Summary Judgment. At the conclusion of the hearing, the parties discussed with the court the matter of expert depositions, which had been delayed pending resolution of the Motion for Summary Judgment.

3. The parties have tentatively scheduled expert deposition for plaintiff's vocational expert for January 28, 2008 and its bio medical engineering expert for February 14, 2008. In addition, the plaintiff has scheduled de benne esse deposition of Dr. Hotchkiss, plaintiff's treating physician for February 6, 2008 in New York, New York.

4. The parties are additionally working out dates for the deposition of defendants' experts David DuBois, Peter Ashton, and Deborah Veatch, to take place at the end of January/beginning of February.

5. At the conclusion of the hearing on the Motion for Summary Judgment, this Honorable Court indicated that it would not be adverse to continuing the trial to the March, 2008 calendar, if the parties were not able to conclude the expert depositions in time for the February trial calendar.

**WHEREFORE**, the defendants move this Honorable Court for an Order continuing this case to the March trial calendar.

Respectfully Submitted,
By its attorney

**DEFENDANTS**

**CLINTON & MUZYKA, P.C.,**

**“/s/ Robert E. Collins”**
**Robert E. Collins**
**Bar No: 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

**ASSENTED TO:**

**DECOF & DECOF, P.C.**

**“/s/ John S. Foley”**
**John S. Foley**
**Bar No. 2060**
One Smith Hill
Providence, RI 02903
(401) 272-1110

Dated: January 9, 2008