**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

**NOTICE TO TAKE DEPOSITION**
**BY STENOGRAPHIC MEANS**

TO: Thomas J. Muzyka, Esq.
Robert E. Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

Michael R. Hagopian, Esq.
212 Greenwich Avenue
Warwick, RI 02886

Reporting Associates
10 Dorrance Street, Suite 617
Providence, RI 02903

Please take notice that at **2:00 p.m. on Monday, February 11, 2008** at **72 Junction Square Drive, Concord, MA 01742**, the Plaintiff in this action, by her attorneys, will take the deposition upon oral examination of **Peter K. Ashton,** pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before an officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

**The witness is requested to bring to the deposition all items set forth in the attached "Schedule A."**

LYNN M. SUTHERLAND

By her Attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641
jsf@decof.com

/S/ John S. Foley
John S. Foley #2060

**CERTIFICATION**

I hereby certify that I served the within document by electronic filing to the following counsel of record: **Robert E. Collins, Esq.,** rcollins@clinmuzyka.com and michael@mhagopianlaw.com, and by regular mail, postage prepaid, to **Thomas J. Muzyka, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, 02108 and **Reporting Associates**, 10 Dorrance Street, Suite 617, Providence, RI 02903 on the 6th day of February, 2008.

/S/John S. Foley
John S. Foley #2060

Sutherland P063

# SCHEDULE A

The witness is requested to bring to the deposition the following:

1. Most current *curriculum vitae*;

2. Any and all correspondence, notes, emails, materials, records, recordings, x-rays, videotapes, etc. received from defendant's counsel's office;

3. Any notes, writings of any type, voice recordings, emails or reports prepared by you regarding your review and opinions reached in this case; and

4. Any and all materials, articles, journals, or texts relied upon or used in reaching opinions in this case.