**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

**PLAINTIFF'S VOIR DIRE QUESTIONS**

Plaintiff requests that the following questions be asked of the prospective jurors, in addition to any standard questions asked by the court:

1. Have you served on a jury before? If so, please describe the kind of case, and the result that the jury reached.

2. Have you been involved as a party to a lawsuit that went to court? If so, what was the lawsuit about and what was the result in the case?

3. Have you been involved in a legal claim that did not have to go to court? If so, what was the claim about and what was the result of the claim?

4. Have you or a close family member ever been injured in any kind of accident, even if no legal claim resulted from the injury? If so, please describe the accident and the injury.

5. Have you or a close family member ever had a serious hand injury? If so, please describe the injury and tell us what kind of treatment was required

6. Have you or close family member ever suffered any kind of physical injury that has permanently affected your ability to perform your daily activities?

7. Do you or a close family member have any kind of physical disability that limits your ability to perform your daily activities?

8. Have you or a close family member ever been treated by a physical therapist or an occupational therapist for a hand injury or condition? If so, did the therapy help?

9. Have you or a close family member ever been treated by a physical therapist for any kind of injury or physical condition? If so, did the therapy help?

10. Have you or close family member ever sailed on a 12-meter yacht? If so, please tell us how many times, and when and where you sailed.

11. Have you or a close family member ever gone on any kind of charter trip on a sailboat, even a day trip? If so, please describe the trip.

12. Have you or close family member ever owned a boat? If so, please describe the kind of boat, and tell us how long you or your family member owned it.

13. Please describe any experience you have had on a sailboat, either actively taking part in the sailing of the boat or as a passenger.

14. Do any of you have any kind of training or certification in the operation of either powerboats or sailboats?

15. How do you feel about individuals who file lawsuits that ask for money damages for personal injuries?

16. How do you feel about being asked to award damages for physical pain, emotional suffering, or disfigurement of a part of a person's body?

17. Do any of you have any opinions or feelings about whether there should be caps, or fixed limits set by law, on jury verdicts, that would apply to all cases regardless of the extent of an individual person's injury or a particular jury's decision about what the damages should be.

18. Do any of you believe that there are a large number of frivolous cases being filed in court that are creating a problem for the legal system? If so, please tell us what you believe about this, and why.

19. Do any of you now, or have any of you in the past, played a musical instrument? If so, please tell us what instrument you play or have played, and how long you have played it.

20. Have you or your spouse ever owned or operated your own business? If so, please tell us about the business and how long you owned or operated it.

LYNN M. SUTHERLAND

By her attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/S/ John S. Foley
John S. Foley, Esq. Bar #2060

## CERTIFICATION

I hereby certify that I served the within document by electronic filing to the following counsel of record: **Robert E. Collins, Esq.,** rcollins@clinmuzyka.com and michael@mhagopianlaw.com, and by regular mail, postage prepaid, to **Thomas J. Muzyka, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, 02108 on the 26th day of February, 2008.

/S/John S. Foley
John S. Foley #2060

Sutherland P067