**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

# PLAINTIFF'S MOTION IN LIMINE

Plaintiff moves this court, *in limine,* for an order precluding defendants from introducing any evidence, through their proffered expert witness David C. DuBois or otherwise, that:

1. Defendants' twelve-meter yacht Heritage held a valid United States Coast Guard Certificate of Inspection and met Coast Guard regulations for passenger safety at the time of plaintiff's injury;

2. The turning blocks on Heritage were in compliance with 46 CFR §177.960 in that they were not "an exposed hazard" that was not "properly protected by a cover, guard, or rail";

3. Defendants gave an announcement at the beginning of the charter that fulfilled the requirements of 46 CFR §185.506 regarding emergency exits, life buoys, and life jackets;

4. Defendants' decision to sail with only the jib sail was prudent and their procedure to announce an upcoming turning maneuver was safe;

5. The risk of injury from the turning blocks was open and obvious.

Testimony on these topics should be excluded under Fed. R. Ev. 401 and 403. Evidence on topics 1 through 4 is irrelevant to the liability issue in this case, because plaintiff's negligence theory of liability does not in any way involve claims that defendant violated any United States Coast Guard regulations pertaining to vessel registration, vessel equipment, or passenger safety, or used the wrong sail or vessel turning procedures. Even if this evidence has some marginal relevance, any probative value is far outweighed by the danger that the testimony will confuse the issues and mislead the jury.

Evidence on topic 5 should be barred because this issue is a question of law for the court, not a factual question for the jury.

WHEREFORE, plaintiff requests that this Court order that the defendants not be permitted to introduce any evidence on the above-listed topics at trial.

LYNN M. SUTHERLAND

By her attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/S/ John S. Foley
John S. Foley, Esq. Bar #2060

## CERTIFICATION

I hereby certify that I served the within document by electronic filing to the following counsel of record: **Robert E. Collins, Esq.,** rcollins@clinmuzyka.com and michael@mhagopianlaw.com, and by regular mail, postage prepaid, to **Thomas J. Muzyka, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, 02108 on the 26th day of February, 2008.

/S/John S. Foley
John S. Foley Bar #2060

Sutherland P069