**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

## PLAINTIFF'S STATEMENT OF FACTS

Plaintiff submits this brief statement of facts pursuant to this Court's Trial Notice dated February 4, 2008.

Plaintiff Lynn Sutherland, who lives in Manhasset, New York, suffered a severe crush injury to her right, dominant, hand, including the amputation of her right ring finger, when her hand was caught in a deck-mounted turning block during a charter sail on August 21, 2004 in Newport. At the time she was injured, Mrs. Sutherland was a charter passenger aboard defendants' twelve-meter racing yacht Heritage. Mrs. Sutherland was in Newport with her family and other members of the Port Washington (Long Island) Yacht Club for a group charter sail aboard several twelve-meter racing yachts that provide charter sails in the waters off Newport. Defendant HYC, Inc. is the owner of Heritage. Defendant Jeffrey Barrows is the founder and only officer and director of HYC, manages the business of HYC, and often serves as the captain of Heritage during charter sails. He was the captain of Heritage on the sail when Mrs. Sutherland was injured.

The injury occurred toward the end of the sail, when a series of races that had been held with the other twelve-meter yachts had been completed and Heritage was

sailing on its own. Mrs. Sutherland was sitting on the edge of the deck on the starboard, or right, side of the yacht with her legs and feet in the cockpit area, where others were similarly sitting. The yacht was heeling or tilting to starboard, with its port, or left, side up, so Mrs. Sutherland was positioned on the lower side of the yacht, with her back to the water, facing inboard. She was supporting herself by leaning back against the deck and placing her hands behind her. After a few minutes, she observed a crew member on the foredeck pulling one of the sail lines, and she immediately felt severe pain as her right hand became caught in the turning block.

In this case, Mrs. Sutherland claims that she was injured because defendants negligently failed to warn the charter passengers about the turning blocks and to keep their hands clear of them. She requests an award of damages for permanent disability and disfigurement, pain and suffering, medical expenses, and past and future lost earnings. Defendants deny that they acted negligently in any way, and deny any liability to Mrs. Sutherland for her injuries.

LYNN M. SUTHERLAND

By her attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/S/ John S. Foley
John S. Foley, Esq. Bar #2060

## CERTIFICATION

I hereby certify that I served the within document by electronic filing to the following counsel of record: **Robert E. Collins, Esq.,** rcollins@clinmuzyka.com and michael@mhagopianlaw.com, and by regular mail, postage prepaid, to **Thomas J. Muzyka, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, 02108 on the 26th day of February, 2008.

/S/John S. Foley
John S. Foley Bar #2060

Sutherland P068