**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M. SUTHERLAND**
**Plaintiff,**

**VS.**

**HYC, INC. AND JEFFREY BARROWS**
**Defendants.**

**ASSENTED TO MOTION FOR EXTENSION OF TIME**
**TO FILE PRE-TRIAL MEMORANDUM**

Now come the defendants, HYC, Inc. and Jeffrey Barrows, in the above entitled action, by their attorneys, and move this Honorable Court for a one (1) day extension of time, up to and including, March 26, 2008, in which to file its Pre-trial Memorandum.

As a basis therefore, the defendants state that the Pre-trial Memorandum is basically concluded, but emergency arose on the M/T NAUTILUS, the evening of March 24, 2008, which has required the attention of the attorneys due to an oil/water separator problem in which the United States Coast Guard is threatening action against the vessel's interests.

Plaintiff's attorney has assented to this motion.

**WHEREFORE**, the defendants pray this Honorable Court grant a one (1) day extension of time, up to and including March 26, 2008, in which to file their Pre-trial Memorandum.

Respectfully Submitted,
By its attorney

**DEFENDANTS**

**CLINTON & MUZYKA, P.C.,**

**"/s/ Robert E. Collins"**
**Robert E. Collins**
**Bar No: 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

**ASSENTED TO:**

**DECOF & DECOF, P.C.**

**"/s/ John S. Foley"**
**John S. Foley**
**Bar No. 2060**
One Smith Hill
Providence, RI 02903
(401) 272-1110

Dated: March 25, 2008