**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M. SUTHERLAND**
**Plaintiff,**

**vs.**

**HYC, INC. and JEFFREY BARROWS**
**Defendants.**

**DEFENDANTS', HYC, INC. AND JEFFREY BARROWS, REQUEST FOR VOIR DIRE OF PROSPECTIVE JURORS**

Now come the defendants, HYC, INC. and JEFFREY BARROWS, in the above captioned action, by their counsel, Clinton & Muzyka, P.C., and respectfully request this Honorable Court to inquire of the prospective jurors on voir dire the following questions:

1. Are any jurors, their family members or close friends involved or associated in the commercial marine and/or recreational yachting industry?

2. Are any jurors, their family members or close friends involved or associated in the medical and/or health care industry?

3. Have any jurors, their family members or close friends been a party in any recent litigation, or are a party in a present litigation?

4. Have any jurors, their family members or close friends been injured in an accident of any kind?

5. Have any jurors, their family members or close friends made any claim for a work related or recreational injury?

6. Have any jurors, their family members or close friends sustained a hand and/or arm injury?

7. Do any jurors, their family members or close friends testify in legal or administrative proceedings as expert witnesses?

8. Do any of the jurors have a physical impairment(s) (hearing, vision or other) that would prevent or affect his or her ability to receive the evidence?

9. Do any jurors, their family members or close friends receive monetary compensation for a work related or recreational injury?

10. Do any of the jurors have preconceived determinations regarding the parties or any issue in this personal injury claim?

By their attorneys,

**CLINTON & MUZYKA, P.C.**

"/S/Robert E. Collins"
**Thomas J. Muzyka**
**Pro Hac Vice**
**Robert E. Collins**
**RI BAR NO: 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

**CERTIFICATE OF SERVICE**

DECOF & DECOF
One Smith Hill
Providence, RI 02903
Attn: John S. Foley

I hereby certify that I electronically filed **Defendants' Request for Voir Dire of Prospective Jurors** on March 26, 2008. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above counsel has been effectuated by electronic means.

"/s/Robert E. Collins"