**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M. SUTHERLAND**
**Plaintiff,**

**vs.**

**HYC, INC. AND JEFFREY BARROWS**
**Defendants.**

**DEFENDANTS' REQUEST FOR SPECIAL JURY QUESTIONS**

It is respectfully requested that the Court submit to the jury the following questions:

1.(a) Has the plaintiff proven by a preponderance of the evidence that the defendant, HYC, Inc. was negligent?

Yes__________________ No____________________

(b) If so, has the plaintiff proven by a preponderance of the evidence that defendant, HYC, Inc.'s, negligence was the direct and substantial cause of the plaintiff's injury?

Yes__________________ No____________________

2.(a) Has the plaintiff proven by a preponderance of the evidence that defendant, Jeffrey Barrows, was negligent?

Yes__________________ No_____________________

(b) If so, has the plaintiff proven by a preponderance of the evidence that defendant, Jeffrey Barrows', negligence was the direct and substantial cause of the plaintiff's injury?

Yes__________________ No_____________________

If the answers to Questions 1(a) and 2(a) are both "No," proceed no further and report to the Court that you have reached a verdict. If the answers to Questions 1(a) or 2(a) are "Yes" and the answer to Questions 1(b) or 2(b) is "No", proceed no further and report to the Court that you have reached a verdict.

3. Was the turning block on the S/V HERITAGE an open and obvious condition?

Yes__________________ No_____________________

If the answer to Question 3 is "Yes," proceed no further and report to the Court that you have reached a verdict.

4. Was Lynn M. Sutherland contributorily negligent?

Yes__________________ No_____________________

5. State in what percentage Ms. Sutherland's contributory negligence and the defendants' negligence caused or contributed to the injuries alleged.

Ms. Sutherland's contributory negligence: __________%

Defendant, HYC., Inc.'s, contributory negligence: __________%

Defendant, Jeffrey Barrows', contributory negligence: __________%

100%

6.(a) Has the plaintiff proven by a preponderance of the evidence that the plaintiff sustained damages as a result of the defendants' negligence?

Yes__________________ No __________________

(b) If so, in what amount?

$____________________

7. (a) Do you find the plaintiff entitled to prejudgment interest?

Yes__________________ No ____________________

(b) If so, at what percentage (not to exceed 12%).

____________________%

By their attorneys,

**CLINTON & MUZYKA, P.C.**

"/S/Robert E. Collins"
**Thomas J. Muzyka**
**Pro Hac Vice**
**Robert E. Collins**
**RI BAR NO: 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

## CERTIFICATE OF SERVICE

DECOF & DECOF
One Smith Hill
Providence, RI 02903

Attn: John S. Foley

I hereby certify that I electronically filed **Defendants' Request for Special Jury Questions** on March 26, 2008. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above counsel has been effectuated by electronic means.

"/s/Robert E. Collins"