**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

# PLAINTIFF'S SECOND MOTION IN LIMINE

Plaintiff moves this court, *in limine,* for an order precluding defendants from introducing any evidence concerning plaintiff's so-called "dropoff" in attendance at hand therapy sessions or the reasons for plaintiff's discharge from hand therapy, or from arguing that plaintiff has failed to mitigate her damages by not attending more hand therapy sessions than she did. This topic should be entirely precluded at trial because plaintiff has diligently obtained reasonable medical treatment for her hand injury. Moreover, there is no medical evidence that the current condition of plaintiff's badly injured hand would be any better if she had attended more therapy sessions, and therefore a necessary factual prerequisite for a failure-to-mitigate-damages argument is missing. Under these circumstances, allowing defendants to raise this issue at trial will confuse and mislead the jury and unfairly prejudice plaintiff.

WHEREFORE, plaintiff requests that this Court order that defendants be precluded from introducing any evidence or making any trial arguments on a failure-to-mitigate-damages defense related to plaintiff's attendance at hand therapy.

LYNN M. SUTHERLAND

By her attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/S/ John S. Foley
John S. Foley, Esq. Bar #2060

## CERTIFICATION

I hereby certify that I served the within document by electronic filing to the following counsel of record: **Robert E. Collins, Esq.,** rcollins@clinmuzyka.com and michael@mhagopianlaw.com, and by regular mail, postage prepaid, to **Thomas J. Muzyka, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, 02108 on the 28th day of March, 2008.

/S/John S. Foley
John S. Foley Bar #2060

Sutherland P073