# EXHIBIT A



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

\- - - - - - - - - - - - - - - - - - - - -x

LYNN M. SUTHERLAND,

Plaintiff,

C.A. No. 05-450S

-against-

HYC, INC. and JEFFREY BARROWS,

Defendants.

\- - - - - - - - - - - - - - - - - - - - -x

February 20, 2008
3:35 p.m.

Deposition of ROBERT N. HOTCHKISS, M.D., taken by Plaintiff, at East River Professional Building, 523 East 72nd Street, New York, New York, before Linda A. Marino, Registered Professional Reporter, Certified Shorthand Reporter, and Notary Public within and for the State of New York.

R. N. HOTCHKISS

here, but there -- I could tell things weren't, you know, hitting perfectly.

Q. The question I think I asked you was: Did anyone ever tell you that Ms. Sutherland was not doing her home exercises?

A. No.

Q. Okay.

Doctor, you then continued Ms. Sutherland on with physical therapy with Kristen Anderson.

Is she a good therapist?

A. Terrific.

Q. And, doctor, when she was working with Ms. Sutherland, there were substantial amounts of cancellations and no shows.

Wasn't there?

A. Yes.

Q. Now, that effects the mobility of the fingers, if they're not being exercised.

Isn't that correct?

A. It can.

Q. And, doctor, what you said was that after the first surgery she had greater flexion in her fingers, but as time went on,



R. N. HOTCHKISS

it slowed down.

And from your experience, doctor, doesn't that indicate that the therapy is not being performed?

A. It's not a one-to-one correlation. I mean, I wish it was that simple.

And she and I had many discussions, as well as with the therapists, about how much she needed to be at therapy. So --

Q. When you say she, Ms. Sutherland?

A. Ms. Sutherland.

MR. FOLEY: Excuse me, excuse me. I don't think the doctor finished the answer.

MR. MUZYKA: Oh, I'm going to let him finish. I just wanted to know who she was.

MR. FOLEY: Okay.

A. So, one of the questions always was -- and, again, this had to do with the patient's level of pain, the patient's level of -- again, she was still having problems at



R. N. HOTCHKISS

this time looking at her hand. And you can imagine getting somebody to sort of work on their motion when they're still being somewhat reluctant about looking at their hand.

So, how much impact the missed visits actually had is not -- I don't know if I can say. Obviously, if she didn't come at all, then that's an easy answer. She came fairly frequently, but was that dropoff enough to trigger more stiffness? I can't -- there's no way to know.

Q. I think you told us that you want people doing the mobility and movement of the hand as much as they can on a daily basis --

A. Right.

Q. -- without overdoing it.

A. Correct.

Q. And I think you told us that, you know, the more they do it, the more flexion they get, the more they have mobility, the more use they have of the fingers.

Is that correct?

A. That's the formula.

Q. Okay.



R. N. HOTCHKISS

And when people are missing a number of appointments due to cancellations and no shows, that therapy is not being performed.

Isn't that correct?

A. Right.

There certainly is an issue with compliance that can become detrimental to the outcome.

Q. Okay.

THE VIDEOGRAPHER: You have about ten minutes of tape left.

Q. And, doctor, these reports that there were missed appointments and canceled appointments were provided to you by Kristen Anderson.

Were they not?

A. Yes.

Q. And because of those reports to you, you have had a number of discussions with Ms. Sutherland enforcing how important it is to go to the therapy and do the home therapy.

Isn't that correct?

A. Yes.