UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ORIGINAL

-------------------------------x

LYNN M. SUTHERLAND,

Plaintiff,

v.

Civil Action No. 05-450-S

HYC, INC. and JEFFREY BARROWS,

Defendants.

-------------------------------x

RECEIVED
MAY 2 1 2007
CLINTON & MUZYKA, P.C.

May 16, 2007
10:35 a.m.

Deposition of JAMES SMIROS, taken by defendants, pursuant to subpoena, at the offices of L'Abbate Balkan Colavita & Contini LLP, 1001 Franklin Avenue, Garden City, NY, before Lisa Mango, a Shorthand Reporter and Notary Public of the State of New York.

to shift things around as well.

Q. Can you tell me what were the projects that were unfinished?

A. She was working on two specific projects, the Balemian residence and the Ubertini residence.

Q. Could you spell the first one?

A. Balemian, B A L E M I A N. And Ubertini, U B E R T I N I.

Two houses that we were doing coincidentally next door to one another.

Q. And what was the stage that they were in as of August of '04? You said they were unfinished?

A. Well, the interiors were not complete.

Q. What was the reason you ceased to operate -- you said it wasn't working. What did you mean by that?

A. We had different -- I think different business philosophies perhaps.

Q. Can you expound on that? I don't really understand it.

A. Well, Lynn had certain financial requirements that we couldn't satisfy and it

became very difficult to reconcile with her.

Q. You mean in terms of her compensation requirements?

A. Yes.

Q. Would that be a disagreement on the percentage or --

A. We had this percentage agreement and we were also giving her a draw against that. And she wanted the draw to continue despite the fact the sales weren't continuing.

It became problematic, because as the projects were due to completion and we were trying to come towards an end, we realized that we were paying out more money than we would ever be able to recapture in terms of sales commissions and we were upside down.

Q. Was she as part of the agreement allowed to do any of her own work or was she strictly working for Smiros & Smiros?

A. I don't remember the particular details of that. Conceptually I believe she was supposed to be focusing her efforts on our firm up until the point that we sort of agreed we were going to split. I think then it was obvious she was free

would have thought it was more than one year.

Q. Okay.

MR. COLLINS: If we could just mark that.

(1099 Form for Lynn Sutherland for the year 2004 marked Smiros Exhibit 1 for identification)

Q. Just a quick question. On the compensation that she received, is that the gross compensation do you know? Are there any offsets that she has?

A. Such as?

Q. I don't know. I'm not sure.

A. No, that would have been -- she didn't have a car allowance or any other sort of perks. She was an outside consultant. She paid for her own car. She paid for her own cell phone. There were no other perks on top of that, if that is the question.

Q. She did not have any health benefits or anything like that?

A. She did not. She did not get vacation time, holiday time.

Q. How did you learn about her accident?

A. Her husband called me.

Q. Do you remember when it was in relation to the accident?

A. I believe it was the day after.

Q. Next day. Have you spoken to her since August of 2004?

A. Yes.

Q. When was the last time you spoke to her?

A. Well, Lynn continued to work for us for a while after that. I don't remember specifically the last date, but it perhaps might have been November of '04.

Q. And was she able to do the work? Did she indicate any problems because of her finger or any problems?

A. Well, certainly she had a period of time when she came home that she wasn't able to work because she was recuperating. And she wasn't able to drive.

Q. Even as of November of '04?

A. Yes. And I could be wrong with that November date. It might have been a little longer than that. It really is sketchy in my

memory. It is three years, two-and-a-half years ago. It might have been a little longer than that because we may have gone on a little longer than that.

I know that there was absolutely a period of time where she couldn't do any work. And we continued to give her advances regardless of the fact she wasn't doing any work because we were trying to be supportive and we didn't want her to have financial issues on top of it.

And then there was -- she came back to work sort of in a part-time capacity because she couldn't put in a full effort because she was still recuperating.

Q. When she came back, do you know if you assigned any assistant to help her or was she able to do the work on her own?

A. She had an assistant in the office that was working with her already.

Q. That was before the accident?

A. Right.

Q. Was anything added after the accident?

A. Not within our organization. The only thing was every so often she might need a ride

9595 ☐ V⁻⁻D ☐ CORRECTED

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>SMIROS & SMIROS ARCHITECTS, LLP<br>51-53 GLEN STREET<br>GLEN COVE NY 11542 | 1 Rents<br>$<br>2 Royalties<br>$ | OMB No. 1545-0115<br>**2004**<br>Form **1099-MISC** | **Miscellaneous Income** |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | **Copy A**<br>**For**<br>**Internal Revenue Service Center**<br>File with Form 1096. |
| PAYER'S Federal identification number: 11-3208102 / RECIPIENT'S identification number: 01-0744728 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name<br>MATTHEWS SUTHERLAND DESIGN ASSOC LT | 7 Nonemployee compensation<br>$ 69508.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2004 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| Street address (including apt. no.)<br>174 TRUMBULL RD | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ► ☐ | 10 Crop insurance proceeds<br>$ | |
| City, state, and ZIP code<br>MANHASSET NY 11030 | 11 | 12 | |
| Account number (optional) / 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15 | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form 1099-MISC

39-1908647
Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page -- Do Not Cut or Separate Forms on This Page

ORE MAILING

EXHIBIT
Smiros 1
Lm 5/16/07