With taxes figured.

# Allan M. Feldman Ph.D.

*Consulting Economist*

Please reply to:
*17 Irving Avenue*
*Providence, Rhode Island 02906*
*Telephone: (401) 751-1281 – Fax: (401) 751-1413*

*Department of Economics, Brown University*
*Providence, Rhode Island 02912*
*Telephone: (401) 863-2415 – Fax: (401) 863-1970*

July 31, 2007

Attorney John Foley
Decof & Decof
One Smith Hill
Providence, RI 02903

Re: Sutherland vs. HYC Inc., et al.

Dear Mr. Foley:

Please consider this letter an addendum to my June 11, 2007 report on economics losses due to the disability of Lynn Matthews Sutherland. That report included the following conclusions:

| Before Taxes | Estimate 1 | Estimate 2 |
|---|---|---|
| 2004-2007 Losses | $378,007 | $378,007 |
| P.V. Future Losses | $696,524 | $885,933 |
| Lifetime Losses | $1,074,531 | $1,263,940 |

As you know, these estimates make no allowance for the possible impact of income taxes.

According to statistics published by the U.S. Internal Revenue Service (*Statistics of Income*, Spring 2004) filers with incomes in the range assumed for Mrs. Sutherland paid an average of 15.8 percent of adjusted gross income for federal income

ALL-STATE LEGAL® EXHIBIT #13 Feldman 1.23.08 BM

taxes. Adding an assumed 5 percent for state income taxes suggests a total income tax burden of around 20.8 percent.

In the table below, I reduce estimated dollar losses by 20.8 percent in both past and future periods, to reflect the income tax burden.

For calculating present values of future amounts, I make an additional modification. My June 11, 2007 report used an interest rate of 4.9 percent to reduce future amounts to present value. This was based on the (taxable) rate on U.S. Treasury bonds. In the present calculation, I substitute 4.0 percent, based on the return on high-grade municipal (tax-exempt) bonds. This change in isolation would have the effect of increasing the present values of future amounts by 3.98 percent, compared to what they had been in my June 11, 2007 report.

All this gives:

| After Taxes | Estimate 1 | Estimate 2 |
|---|---|---|
| 2004-2007 Losses | $299,382 | $299,382 |
| P.V. Future Losses | $573,603 | $729,585 |
| Lifetime Losses | $872,985 | $1,028,967 |

In short, with income taxes considered, the bottom line is roughly $873,000 in estimate 1, and roughly $1,029,000 in estimate 2.

Sincerely,

Allan M. Feldman

AMF/rbb

# Invoice

**Receivable from:** Attorney John Foley
Decof & Decof
One Smith Hill
Providence, RI 02903

**Services:** Review Trevino vs. U.S. Addendum to my revised report on economic losses due to the disability of Lynn Matthews Sutherland. Analysis of income taxes.

1.5 hours @ $300 per hour.

**Amount:** $450.00

**Date:** July 31, 2007

Allan M. Feldman Ph.D.
17 Irving Avenue
Providence, R.I. 02906
Soc. Sec. No. 147 34 2683

*Invoices are payable upon receipt.*
*An interest charge of 1.5 percent per month will be applied to accounts after 30 days.*