Captain Patrick A. Derry
7401 Indraff Ct.
Bethesda, MD 20817

9 April 2007

Mr. John S. Foley esq.
Decof & Decof
One Smith Hill
Providence, RI 02903

Dear Mr. Foley,

Having reviewed the photographs and depositions that you sent me regarding the case of Lynn Sutherland vs HYC, Inc. and Jeffery Barrows, it is my professional opinion that 1) the turning block in which Mrs. Sutherland caught her hand, presented a clear and foreseeable danger and that 2) the Captain was under obligation to ensure that his passengers and crew were aware of this danger. I will address these opinions separately.

1) The danger posed by running rigging and blocks, especially under strain, is well known to mariners. Jib sheets can be under enormous strain in even a moderate breeze and when released will run through fair leads and turning blocks with great speed. In addition, the snapping of the clew (the aft corner of the jib where the sheet would be attached) when the sail is unloaded, can cause the sheet to jerk through a block unpredictably, much like a snapping whip. Anyone in the path of running rigging is at risk to be whipped by the line and if caught in a bight of the line (a slack section in a line's standing part), they could easily be dragged into a block or fairlead.

The Heritage is a 12 meter class sailing vessel designed and built to compete for the America's Cup; one of the most prestigious sailing competitions in the world. These boats were built to be the premier racing boats of their day, and not designed for novice sailors, but for the elite of the sailing community, competing in world class competition. These sailors were well aware of the dangers posed by the rigging and gear. Though safety of the crew was a concern in the rigging of these boats, it is safe to say that speed was of the essence. Designed to be manned entirely by experienced sailors working together as a well coordinated team, it is apparent that there was little or no effort to accommodate idle passengers.

The location of the turning block in the Sutherland case placed it directly behind anyone who is in the cockpit, sitting on the edge of the deck facing inboard. Since there are no seats or combing in or around the cockpit, this is where several of the passengers not participating in the actual running of the yacht, were sitting, according to the depositions. There would be a strong possibility that a passenger in this position could inadvertently come in contact with the jib sheet or turning block. This contact would be especially dangerous during a tack when the sheet would be moving through the turning block.

As obvious as the risk posed by the running rigging and gear is to an experienced sailor, a novice could easily fail to recognize the danger. Some of the rigging, such as standing rigging, is quite safe to hold on to, and even running rigging remains motionless much of the time.

Normally, the Code of Federal Regulations (specifically 46 CFR 177.960) requires that guards be put over all moving machinery. Part of the charm of sailing aboard these yachts however, is the sensation of being on a true racing machine and experiencing some of the excitement of an actual race. Isolating the guests from all moving lines and gear would eliminate much of the sense of participation that the passengers are paying for. The result in this case is that passengers are not prevented from coming into contact with potentially dangerous equipment.

2) Title 46 CFR 185.506 requires a passenger safety orientation announcement before getting underway or as soon as practicable thereafter. While the requirement for this announcement does not specifically address hazardous conditions such as exposed equipment and the precautions needed to prevent injury, prudent seamanship in this case would dictate it. It is common practice for vessel masters to avail themselves of the safety brief to warn passengers of the dangers of sitting on railings, the dangers posed by booms, blocks and running rigging (on sailing vessels) and other items pertaining to safety and comfort on each particular vessel.

The web site for 12 Meter Charters, www.classic12metercharters.com which promotes the yacht HERITAGE (ref www.classic12metercharters.com/about.asp) states, "No sailing experience is necessary to enjoy the thrill of crewing on these America's Cup racing thoroughbreds." A person with no sailing experience could not be expected to be naturally aware of the dangers posed by the rigging and gear of a 12 meter racer. 46CFR185.304 states "The movement of vessel shall be under the direction and control of the master or a licensed mate at all times. The master shall operate the vessel keeping the safety of the passengers and crew foremost in mind by directing the vessel in order to prevent a casualty." Prudent seamanship would dictate that a vessel's master would either take measures to isolate passengers from hazardous conditions or at least warn the passengers of the danger so that they might not needlessly expose themselves.

Respectfully,

Patrick A. Derry

# Sailing Resume of Patrick A. Derry

P.O. Box 71
Galesville, MD 20765

Phones (W) (301) 503-1101

## Qualifications

USCG Licensed, 100 ton Near Coastal Master with auxiliary sail and assistance towing endorsements with over 27 years at sea experience including over 12 as a licensed Master. Also holds an AB Limited Merchant Mariners Document.

## Experience

October 2003 – Present: Adjunct faculty at the Community College of Baltimore County teaching a Deck Officer's course for mariners preparing to sit for their limited tonnage Master's license. Certified teacher for the Maryland Basic Boating Course.

April 1997 - Present: Owner and Captain of *S/V Seanchai*, a fifty-foot Gulfstar ketch in charter and training service out of Galesville, MD. Also provides Captain's services for other charter companies in the Chesapeake Bay.

October 1995 – 1997: Instructor for ProCaptain, Paramus, NJ, teaching a Deck officer's preparation course for limited tonnage Master's license.

January 1988 – 2004: Member of the Sailing Club of Washington. Former Vice Commodore (1992), member and sailing instructor. Designed and implemented the basic sailing course.

April 1987 – September 1996: Owner and Captain of *S/V Clockstopper*, a thirty foot Grampian sloop sailing the Chesapeake Bay out of Mayo, MD.

June 1987 – September 1990: Helmsman and navigator for *S/V Wolfpack*, a 27 foot Catalina sloop out of Annapolis, MD. Campaigned this boat in weekly races and three Governor's cup races.

June 1985 – June 1987: Owner of *S/V Sammy Dale*, a 24 foot Venture sailing the Chesapeake Bay out of Mayo, MD.

May 1979: Open Ocean Skippers card, Hickam Harbor Sailing Club, Pearl Harbor, HI.

January 1979: Advanced Sailing Qualification, Hickam Harbor Sailing Club, Pearl Harbor, HI.

April 1978: Basic Sailing Qualification, Coronado Amphibious Base Sailing Club, Coronado, CA.

May 1977 – September 1981: Unrestricted Line Officer, United States Navy. Missile officer aboard the USS PREBLE (DDG-46). Served as uninvited guest at various Caribbean and Persian Gulf political functions. Qualified Officer of the Deck (independent steaming, formation steaming and special evolutions) and Combat Information Center Watch Officer. Shellback and Order of the Ditch (Panama and Suez canal transits).

## Other Interests and Associations

Freelance writer published in *Channels*, SAIL *Magazine*, and *Chesapeake Bay Magazine*. Private pilot, former ultra light pilot and instructor. Charter member of United States Ultralight Association flying club #1, Former member of National Aeronautical Association and the Federation Aeronautique Internationale. Member in good standing of the Chesapeake Area Professional Captains Association, American Professional Captains Association, Marine Charter Industry Association (Vice President 2001-2002). Former member of the Sailing Club of Washington (Vice Commodore 1992). Co-Produced and hosted the television show "Underway", a half hour program on boating safety aired on Montgomery County Cable TV.

## Honors and Awards

Sailing Club of Washington's Elli Abramson award for outstanding service; National Aeronautic Association, national aviation record; Federation Aeronautique International, world aviation record; FAI Silver Colibri (first awarded in U.S.); Phi Alpha Theta History Honor Society.

DEPT. OF HOMELAND SECURITY, U.S. COAST GUARD, CG-2849 (REV. 6-04)

SERIAL NUMBER
1109136

ISSUE NUMBER 3

# UNITED STATES COAST GUARD



LICENSE

# U.S. MERCHANT MARINE OFFICER

*This is to certify that*

***** PATRICK ALAN DERRY *****

*having been duly examined and found competent by the undersigned is licensed to serve for the term of five years from the below issue date as:*

MASTER OF STEAM, MOTOR OR AUXILIARY SAIL VESSELS OF NOT MORE THAN 100 GROSS REGISTERED TONS (DOMESTIC TONNAGE) UPON NEAR COASTAL WATERS. FOR DOMESTIC VOYAGES ONLY, THE HOLDER OF THIS LICENSE MEETS THE STCW 1995 REGULATIONS WITHOUT FURTHER ENDORSEMENT; ALSO, AUTHORIZED TO ENGAGE IN- "SEE REVERSE".

*Given under my hand this 25TH day of February 2005*

ISSUE PORT: BALTIMORE, MD
EXPIRATION DATE: FEBRUARY 25, 2010

J. K. CASSADY, III, BY DIRECTION
OFFICER IN CHARGE, MARINE INSPECTION