**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M. SUTHERLAND,**
**Plaintiff,**

**VS.**

**HYC, INC. and JEFFREY BARROWS,**
**Defendants.**

**DEFENDANTS' MOTION IN LIMINE TO PRECLUDE THE TESTIMONY OF JOHN SUTHERLAND, KELLY SUTHERLAND AND MATTHEW SUTHERLAND CONCERNING PAIN AND SUFFERING OF THE PLAINTIFF**

Now come the defendants, HYC, Inc. and Jeffrey Barrows, in the above entitled action, by their attorneys and move this Honorable Court in Limine to preclude the testimony of John Sutherland, Kelly Sutherland, Matthew Sutherland concerning the pain and suffering endured by the plaintiff.

This matter involves a claim for personal injury brought by a passenger on the S/V HERITAGE on August 21, 2004. On the sail with the plaintiff were her husband, John Sutherland and her children, Matthew Sutherland and Kelly Sutherland. The defendants do not object to their testifying concerning their observations during the charter on August 21, 2004.

The defendants anticipate that John Sutherland, Kelly Sutherland and Matthew Sutherland will testify concerning

the pain and suffering endured by the plaintiff subsequent to the incident. The defendants pray this Honorable Court preclude such testimony pursuant to Rule 403 of the Federal Rules of Evidence, as cumulative in light of the fact that plaintiff will testify (the Best Evidence Rule) concerning her pain and suffering and treatment subsequent to the incident. *Hamling v. U.S.,* 418 U.S. 87 (1974); *Elgabri v. Lekis,* 964 F.2nd 1255 (1st Cir. 1992).

**WHEREFORE**, the defendants move this Honorable Court to grant their Motion in Limine to preclude the testimony of John Sutherland, Kelly Sutherland and Matthew Sutherland concerning the pain and suffering of the plaintiff subsequent to the incident.

Respectfully submitted,

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/ Robert E. Collins"
**Robert E. Collins**
**Bar No. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: April 2, 2008

## CERTIFICATE OF SERVICE

DECOF & DECOF
One Smith Hill
Providence, RI 02903
Attn: John S. Foley

I hereby certify that I electronically filed **Defendants' Motion in Limine to Preclude the Testimony of John Sutherland, Kelly Sutherland and Matthew Sutherland Concerning Pain and Suffering of the Plaintiff** on April 2, 2008. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above counsel has been effectuated by electronic means.

"/s/Robert E. Collins"
Robert E. Collins