**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M. SUTHERLAND,**
**Plaintiff,**

**VS.**

**HYC, INC. and JEFFREY BARROWS,**
**Defendants.**

**DEFENDANTS' MOTION IN LIMINE TO PRECLUDE OPERATING ROOM PHOTOGRAPHS**

Now come the defendants, HYC, Inc. and Jeffrey Barrows, in the above entitled action, by their attorneys and move this Honorable Court pursuant to Rule 403 of the Federal Rules of Evidence to preclude the use and admittance into evidence of plaintiff's Operating Room photographs on the basis that there probative value is substantially outweighed by the danger of unfair prejudice.

This matter involves a claim for personal injury brought by a passenger on the S/V HERITAGE on August 21, 2004. During the sail, she sustained a traumatic amputation of her right ring finger. Plaintiff was off-loaded from the vessel and brought to Newport Hospital, where surgery on her right hand was performed by Dr. Sean Griggs on August 21, 2004. Before and after the surgery, photographs were taken of the plaintiff's right hand.

Copies of those photographs are attached hereto and are attached as an exhibit to the video-tape deposition of Dr. Sean Griggs. Plaintiff intends to offer these photographs into evidence.

The defendants pray this Honorable Court rule in limine that the photographs are inadmissible under Rule 403. Dr. Griggs will testify at length about the injury and the surgery. Further, the plaintiff and other witnesses will testify as to their observations of the plaintiff during the incident. Any probative value of the photographs is outweighed by their prejudicial effect due to the gruesome nature of the photographs and their potential for sympathy prejudice in favor of the plaintiff and against the defendants. *U.S. vs. Salim*, 189 F.Supp. 2nd 93 (S.D.N.Y. 2002).

**WHEREFORE**, the defendants move this Honorable Court grant their Motion in Limine to preclude the use and admittance into evidence of plaintiff's Operating Room photographs.

Respectfully submitted,

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/ Robert E. Collins"
**Robert E. Collins**
**Bar No. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: April 2, 2008

## CERTIFICATE OF SERVICE

DECOF & DECOF
One Smith Hill
Providence, RI 02903
Attn: John S. Foley

I hereby certify that I electronically filed **Defendants' Motion in Limine to Preclude the Operating Room Photographs** on April 2, 2008. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above counsel has been effectuated by electronic means.

"/s/Robert E. Collins"
Robert E. Collins