EXHIBIT 1



EXHIBIT 2



EXHIBIT 3



EXHIBIT 4

