**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

**PLAINTIFF'S THIRD MOTION IN LIMINE**

Plaintiff moves this court, *in limine,* for an order precluding defendants from presenting the testimony of Herbert Marshall, for the reason that this individual and the facts he proposes to testify to have not been identified, either in answers to interrogatories that requested such disclosure or in expert disclosures. The basis for this motion is more fully set forth in an accompanying memorandum.

WHEREFORE, plaintiff requests an order, *in limine*, preventing the defendants from calling Herbert Marshall as a witness at trial.

LYNN M. SUTHERLAND

By her attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/S/ John S. Foley
John S. Foley, Esq. Bar #2060

## CERTIFICATION

I hereby certify that I served the within document by electronic filing to the following counsel of record: **Robert E. Collins, Esq.,** rcollins@clinmuzyka.com and michael@mhagopianlaw.com, and by regular mail, postage prepaid, to **Thomas J. Muzyka, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, 02108 on the 4th day of April, 2008.

/S/John S. Foley
John S. Foley Bar #2060

Sutherland P078