# EXHIBIT "2"

United States of America
Department of Homeland Security
United States Coast Guard

| | |
|---|---|
| Certification Date: | 28 Jul 2004 |
| Expiration Date: | 28 Jul 2009 |
| IMO Number: | |

# Certificate of Inspection

| essel Name | Official Number | Call Sign | Service |
|---|---|---|---|
| IERITAGE | 604706 | WAW7802 | Passenger (More Than 6) |

| ailing Port | Hull Material | Horsepower | Propulsion |
|---|---|---|---|
| 3OSTON MA | Wood | 90 | Diesel Reduction |

| ace Built | Delivery Date | Date Keel Laid | Gross Tons | Net Tons | DWT | Length |
|---|---|---|---|---|---|---|
| ST PETERSBURG FL, UNITED STATES | 24May1970 | | R-31<br>I- | R-27<br>I- | | R-62.7<br>I- |

| wner | Operator |
|---|---|
| IYC INC<br>4 GREGORY ST<br>IARBLEHEAD, MA 01945 | HYC INC<br>14 GREGORY ST<br>MARBLEHEAD, MA 01945 |

**This vessel must be manned with the following licensed and unlicensed personnel. Included in which there must be ι certified lifeboatmen, 0 certified tankermen, 0 HSC type rating, and 0 GMDSS Operators.**

| | | | | |
|---|---|---|---|---|
| 1 Master | Master & 1st Class pilot | Radio Officer(s) | Chief Engineer | QMED/Rating |
| Chief Mate | Mate & 1st Class Pilot | Able Seamen/ROANW | 1st Asst. Engr/2nd Engr. | Oilers |
| 2nd Mate/OICNW | Lic. Mate/OICNW | Ordinary Seamen | 2nd Asst. Engr/3rd Engr. | |
| 3rd Mate/OICNW | 1st Class Pilot | 1 Deckhands | 3rd Asst. Engr. | |
| | | | Lic. Engr. | |

In addition, this vessel may carry 28 passengers, 0 other persons in crew, 0 persons in addition to crew, and no others. Total ersons allowed: 30

Route Permitted and Conditions of Operation:

---Lakes, Bays, and Sounds---

BETWEEN WATCH HILL, RHODE ISLAND AND MANOMET POINT, MASSACHUSETTS INSIDE THE BOUNDARY LINE AS DEFINED IN 46 CFR PART 7. THE VESSEL MAY NOT OPERATE EAST OF A LINE DRAWN BETWEEN MONOMOY POINT, MASSACHUSETTS AND GREAT POINT, NANTUCKET ISLAND, MASSACHUSETTS, UNDER REASONABLE OPERATING CONDITIONS.

MASSACHUSETTS BAY INSIDE A LINE DRAWN FROM EASTERN POINT MASSACHUSETTS TO THE GRAVES, THENCE TO STRAWBERRY POINT, MASSACHUSETTS UNDER REASONABLE OPERATING CONDITIONS.

EASTPORT, MAINE TO CAPE ELIZABETH, MAINE, NOT MORE THAN ONE MILE FROM LAND, UNDER REASONABLE OPERATING CONDTIONS.

**SEE NEXT PAGE FOR ADDITIONAL CERTIFICATE INFORMATION***

With this Inspection for Certification having been completed at Providence, RI, the Officer in Charge, Marine Inspection, MSO PROVIDENCE certified the vessel, in all respects, is in conformity with the applicable vessel inspection laws and the rules and egulations prescribed thereunder.

Annual/Periodic/Quarterly Reinspections

| Date | Zone | A/P/Q | Signature |
|---|---|---|---|
| - | - | - | - |
| - | - | - | - |
| - | - | - | - |
| - | - | - | - |

This certificate issued by:

M.E. Landry

M.E. LANDRY ,CAPT,USCG
Officer in Charge, Marine Inspection

MSO PROVIDENCE
Inspection Zone

Department of Homeland Security
United States Coast Guard

# Certificate of Inspection

HERITAGE



Certification Date: 28Jul2004

LONG ISLAND SOUND, INSIDE OF A LINE BETWEEN MONTAUK POINT LIGHT TO SOUTHEAST LIGHT ON BLOCK ISLAND; LOWER NEW YORK BAY, INSIDE A LINE DRAWN FROM ROCKAWAY POINT, NEW YORK TO SANDY HOOK, NEW JERSEY, AND ALL TRIBUTARIES THERETO, UNDER REASONABLE OPERATING CONDITIONS.

WHEN OPERATING IN THOSE AREAS AND TIMES OF YEAR DEFINED AS COLD WATER BY NVIC 7-91, THE VESSEL IS PROHIBITED FROM OPERATING MORE THAN ONE MILE FROM SHORE.

SAILS SHALL BE SET DURING DAYLIGHT HOURS ONLY. THE SAILS WHICH MAY BE SET ARE LIMITED TO THE MAIN SAIL, NUMBERS 1-5 GENOA'S, SPINNAKER, REACHER, STORM JIB AND STORM TRYSAIL.

WHEN A SPINNAKER IS UTILIZED, THE MAXIMUM NUMBER OF PASSENGERS IS REDUCED TO 16 AND MINIMUM NUMBER OF DECKHANDS IS INCREASED TO 2. TOTAL PERSONS ALLOWED: 19

DURING NON-DAYLIGHT HOURS, THE VESSEL MAY ONLY OPERATE UNDER POWER WITH BARE POLES AND NO SAILS SET.

*IF THE VESSEL IS AWAY FROM THE DOCK, OR PASSENGERS ARE ON BOARD OR HAVE ACCESS TO THE VESSEL FOR A PERIOD EXCEEDING 12 HOURS IN A 24 HOUR PERIOD AN ALTERNATE CREW SHALL BE PROVIDED.

A TYPE I CHILD LIFE PRESERVER SHALL BE PROVIDED FOR EACH PERSON ON BOARD UNDER 90 POUNDS.

**---Hull Exams---**

| Exam Type | Next Exam | Last Exam | Prior Exam |
|---|---|---|---|
| Drydock | 30Apr2005 | 20May2003 | 11Apr2001 |
| Wood Hull Fastener | 30Apr2006 | 11Apr2001 | - |

**---Lifesaving Equipment---**

| | Number | Persons |
|---|---|---|
| Total Equipment for | | 30 |
| Lifeboats(Total) | 0 | 0 |
| Lifeboats(Port)* | 0 | 0 |
| Lifeboats(Starbd)* | 0 | 0 |
| Motor Lifeboats* | 0 | 0 |
| Lifeboats W/Radio* | 0 | 0 |
| Rescue Boats/Platforms | 0 | 0 |
| Inflatable Rafts | 0 | 0 |
| Life Floats/Buoyant App | 0 | 0 |

| | Required |
|---|---|
| Life Preservers(Adult) | 30 |
| Life Preservers(Child) | 3 |
| Ring Buoys(Total) | 1 |
| With Lights* | 1 |
| With Line Attached* | 1 |
| Other* | 0 |
| Immersion Suits | 0 |
| Portable Lifeboat Radios | 0 |
| Equipped with EPIRB? | Yes |

(* included in totals)

**---Fire Fighting Equipment---**

Number of Fireman Outfits/ 0

Number of Fire Pumps/ 1

*Fixed Extinguishing Systems*

| Capacity | Agent | Space Protected |
|---|---|---|
| 300 | Halocarbon (Formerly: FM 200, FE241) | Engine compartment |

Department of Homeland Security
United States Coast Guard

# Certificate of Inspection

HERITAGE



Certification Date:
28Jul2004

*Fire Extinguishers - Hand portable and semi-portable*

| Qty | Class Type |
|---|---|
| 1 | B-I |
| 2 | B-II |

***END***