# EXHIBIT "3"

Captain Patrick A. Derry
7401 Indraff Ct.
Bethesda, MD 20817

9 April 2007

Mr. John S. Foley esq.
Decof & Decof
One Smith Hill
Providence, RI 02903

Dear Mr. Foley,

Having reviewed the photographs and depositions that you sent me regarding the case of Lynn Sutherland vs HYC, Inc. and Jeffery Barrows, it is my professional opinion that 1) the turning block in which Mrs. Sutherland caught her hand, presented a clear and foreseeable danger and that 2) the Captain was under obligation to ensure that his passengers and crew were aware of this danger. I will address these opinions separately.

1) The danger posed by running rigging and blocks, especially under strain, is well known to mariners. Jib sheets can be under enormous strain in even a moderate breeze and when released will run through fair leads and turning blocks with great speed. In addition, the snapping of the clew (the aft corner of the jib where the sheet would be attached) when the sail is unloaded, can cause the sheet to jerk through a block unpredictably, much like a snapping whip. Anyone in the path of running rigging is at risk to be whipped by the line and if caught in a bight of the line (a slack section in a line's standing part), they could easily be dragged into a block or fairlead.

The Heritage is a 12 meter class sailing vessel designed and built to compete for the America's Cup; one of the most prestigious sailing competitions in the world. These boats were built to be the premier racing boats of their day, and not designed for novice sailors, but for the elite of the sailing community, competing in world class competition. These sailors were well aware of the dangers posed by the rigging and gear. Though safety of the crew was a concern in the rigging of these boats, it is safe to say that speed was of the essence. Designed to be manned entirely by experienced sailors working together as a well coordinated team, it is apparent that there was little or no effort to accommodate idle passengers.

The location of the turning block in the Sutherland case placed it directly behind anyone who is in the cockpit, sitting on the edge of the deck facing inboard. Since there are no seats or combing in or around the cockpit, this is where several of the passengers not participating in the actual running of the yacht, were sitting, according to the depositions. There would be a strong possibility that a passenger in this position could inadvertently come in contact with the jib sheet or turning block. This contact would be especially dangerous during a tack when the sheet would be moving through the turning block.

As obvious as the risk posed by the running rigging and gear is to an experienced sailor, a novice could easily fail to recognize the danger. Some of the rigging, such as standing rigging, is quite safe to hold on to, and even running rigging remains motionless much of the time.

Normally, the Code of Federal Regulations (specifically 46 CFR 177.960) requires that guards be put over all moving machinery. Part of the charm of sailing aboard these yachts however, is the sensation of being on a true racing machine and experiencing some of the excitement of an actual race. Isolating the guests from all moving lines and gear would eliminate much of the sense of participation that the passengers are paying for. The result in this case is that passengers are not prevented from coming into contact with potentially dangerous equipment.

2) Title 46 CFR 185.506 requires a passenger safety orientation announcement before getting underway or as soon as practicable thereafter. While the requirement for this announcement does not specifically address hazardous conditions such as exposed equipment and the precautions needed to prevent injury, prudent seamanship in this case would dictate it. It is common practice for vessel masters to avail themselves of the safety brief to warn passengers of the dangers of sitting on railings, the dangers posed by booms, blocks and running rigging (on sailing vessels) and other items pertaining to safety and comfort on each particular vessel.

The web site for 12 Meter Charters, www.classic12metercharters.com which promotes the yacht HERITAGE (ref www.classic12metercharters.com/about.asp) states, "No sailing experience is necessary to enjoy the thrill of crewing on these America's Cup racing thoroughbreds." A person with no sailing experience could not be expected to be naturally aware of the dangers posed by the rigging and gear of a 12 meter racer. 46CFR185.304 states "The movement of vessel shall be under the direction and control of the master or a licensed mate at all times. The master shall operate the vessel keeping the safety of the passengers and crew foremost in mind by directing the vessel in order to prevent a casualty." Prudent seamanship would dictate that a vessel's master would either take measures to isolate passengers from hazardous conditions or at least warn the passengers of the danger so that they might not needlessly expose themselves.

Respectfully,

Patrick A. Derry