**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M. SUTHERLAND,**
**Plaintiff,**

**VS.**

**HYC, INC. and JEFFREY BARROWS,**
**Defendants.**

**DEFENDANTS' MOTION IN LIMINE TO PRECLUDE PHOTOGRAPHS OF PLAINTIFF'S HAND**

Now come the defendants, HYC, Inc. and Jeffrey Barrows, in the above entitled action, by their counsel and move this Honorable Court in Limine to preclude the Plaintiff from offering current photographs of the Plaintiff's hand.

This action involves a claim for personal injury commenced by a passenger on the S/Y HERITAGE on August 21, 2004. The Plaintiff suffered a partial amputation of her right ring finger. The Plaintiff is seeking to introduce two photographs recently taken of her right hand. *A copy of the two photographs is attached hereto as Exhibit "1".*

The Defendants move this Honorable Court *in limine* to preclude Plaintiff from offering the photographs. Plaintiff's counsel has indicated that he intends to have the Plaintiff leave the witness box during her direct examination and exhibit the injury to the jury.

Introducing the photographs is cumulative, intended to preserve the evidence into the jury deliberations, and seeks to arouse the passions of the jury. Defendants move this Honorable Court pursuant to Rule 403 of the Federal Rules of Evidence to preclude the Plaintiff from offering the photographs as cumulative evidence whose probative value is outweighed by the Best Evidence.

**WHEREFORE**, the defendants move this Honorable Court to grant their Motion in Limine to preclude plaintiff from offering the two current photographs of her right hand.

Respectfully submitted,

By their attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/ Robert E. Collins"
**Robert E. Collins**
**Bar No. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: April 7, 2008

**CERTIFICATE OF SERVICE**

DECOF & DECOF
One Smith Hill
Providence, RI 02903
Attn: John S. Foley

I hereby certify that I electronically filed **Defendants' Motion in Limine to Preclude the Plaintiff from**

**Offering Photographs of Plaintiff's Hand** on April 7, 2008. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above counsel has been effectuated by electronic means.

"/s/Robert E. Collins"
Robert E. Collins