# EXHIBIT "1"



