# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - - - - - -x

LYNN M. SUTHERLAND,

Plaintiff,

-against-

C.A. No. 05-450S

HYC, INC. and JEFFREY BARROWS,

Defendants.

- - - - - - - - - - - - - - - - - - - - -x

February 20, 2008
3:35 p.m.

Deposition of ROBERT N. HOTCHKISS, M.D., taken by Plaintiff, at East River Professional Building, 523 East 72nd Street, New York, New York, before Linda A. Marino, Registered Professional Reporter, Certified Shorthand Reporter, and Notary Public within and for the State of New York.

R. N. HOTCHKISS

this time looking at her hand. And you can imagine getting somebody to sort of work on their motion when they're still being somewhat reluctant about looking at their hand.

So, how much impact the missed visits actually had is not -- I don't know if I can say. Obviously, if she didn't come at all, then that's an easy answer. She came fairly frequently, but was that dropoff enough to trigger more stiffness? I can't -- there's no way to know.

Q. I think you told us that you want people doing the mobility and movement of the hand as much as they can on a daily basis --

A. Right.

Q. -- without overdoing it.

A. Correct.

Q. And I think you told us that, you know, the more they do it, the more flexion they get, the more they have mobility, the more use they have of the fingers.

Is that correct?

A. That's the formula.

Q. Okay.

And when people are missing a number of appointments due to cancellations and no shows, that therapy is not being performed.

Isn't that correct?

A. Right.

There certainly is an issue with compliance that can become detrimental to the outcome.

Q. Okay.

THE VIDEOGRAPHER: You have about ten minutes of tape left.

Q. And, doctor, these reports that there were missed appointments and canceled appointments were provided to you by Kristen Anderson.

Were they not?

A. Yes.

Q. And because of those reports to you, you have had a number of discussions with Ms. Sutherland enforcing how important it is to go to the therapy and do the home therapy.

Isn't that correct?

A. Yes.

R. N. HOTCHKISS

A. Yes.

Q. And Kristen Anderson provides a report to you periodically for each day that she does whatever therapy.

Is that correct?

And on October 2, 2005, there is a plan, it says: Reasons for discharge.

I only have this one copy, doctor (handing).

You see that document?

A. Yes.

Q. And if you could just hold it down, because I can't read it.

A. Right.

Q. The reason for discharge -- this document was filled out by Christian Anderson?

A. Kristen.

Q. Kristen, I'm sorry.

And it says discharge from therapy, and it says noncompliance.

What does that mean to a lay person?

A. In this instance, it would

probably be poor attendance at the therapy session or unwillingness to do the therapy program.

Q. Because there's another section for discharge from therapy, and it says poor attendance. So, you have noncompliance and poor attendance.

Would you say that since there are those both, noncompliance means that Ms. Sutherland was not following the therapy program?

A. You know, in this instance, if you really want an answer, you need to ask Kristen.

But I'm going to just assume that it was a combination of poor attendance -- primarily, poor attendance.

MR. FOLEY: I object and move to strike.

Q. And, sir, it says that it was self-discharge.

In other words, Ms. Sutherland discharged herself from therapy?

A. No.

R. N. HOTCHKISS

Q. You didn't discharge her?

A. No.

Q. In fact, you wanted her to continue.

Isn't that correct?

A. Correct.

Q. Doctor, after Ms. Sutherland concluded her therapy in October of 2005, you still prescribed therapy for her.

Did you not?

A. Yes.

Q. And you convinced her to go back to therapy.

Isn't that correct?

A. Well, I just didn't want to give up completely.

Q. Okay.

And how long did the therapy last after the second operation, October 2006?

A. I have to look at the notes.

Q. Could you look at your notes --

A. Sure.

Q. -- and just give us some idea, doctor?

Hand Therapy 606-1696 / Integrative Care Center 224-7900 / Pediatric Rehabilitation 606-1368
Spine & Rheumatology Therapy 606-1213 / Sports Medicine, Performance & Research Center 606-1005

Type: (OT) PT SLP

**Patient Name:** Sutherland, Lynn (LAST, FIRST)
**Date of Report:** 10/2/05
MR # 86-15-81 ☐M / ☒F Age 57
**Onset Date of Condition:** 8/21/04
**Treatment Diagnosis** R2-R3 tenolysis of extensor
**Diagnosis/Surgery Date:** 3/7/05
**Primary Diagnosis:** same
**Physician:** Dr. Robert Hotchkiss
**Total Therapy Visits:** 25
**Subjective:** ________
Pain Scale: /10

**Objective: Functional Status:**

- ____ Functional Tests: ________
- X No functional limitations
- ____ Independent with necessary ADLs
- X Modified independent with ADLs: ________
- X Resumed role as wife + mother
- ____ Returned to sport/ recreational activity
- ____ Ambulation status: ________
- ____ Strength status: ________

Exhibit No. Defendants A
2-20-08 JD
FINK & CARNEY CERTIFIED STENOTYPE REPORTERS
39 West 37th Street, 6th Floor NYC 10018 (212) 869-1500

**Assessment:** Patient has made excellent / very good / good / (fair) / poor progress with therapy.
Comments: ________
Patient demonstrates independence in home exercise program X Yes ____ No ____ Attached

**Plan:** Discharge from therapy.
Reasons for discharge:

- ____ All goals have been achieved.
- ____ All goals have been achieved with the exception of: ________
- ____ Medical complications
- X Non-compliance
- ____ Patient has gained maximum benefit from therapy.
- ____ Physician recommendation
- X Poor attendance
- X Self discharge: phone contact ☒ left message ☒
  - ____ Continue therapy at another facility
  - ____ Continue with home exercise program appropriate for functional level
  - X Follow-up with physician
  - ____ Patient failed to return following initial evaluation

Comments: Pt will continue c̄ HEP. Return to OT post next surgery

Thank you for this referral. Please do not hesitate to contact me with any questions at the above number.

Kristin Anderson OTR/L, CHT
Therapist Printed Name

[signature] OTR/L, CHT
Therapist Signature

Sent to Physician: 10/2/05 (via fax) / e-mail/ interoffice / mail

Rehab 8/04
Last Reviewed 1/05