**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M. SUTHERLAND,**
**Plaintiff,**

**VS.**

**HYC, INC. and JEFFREY BARROWS,**
**Defendants.**

**STIPULATION**

Now come the parties, plaintiff Lynn M. Sutherland and defendants, HYC, Inc. and Jeffrey Barrows, in the above entitled action, by their attorneys and file their Stipulation.

1. Defendants had proposed filing a Motion in Limine concerning after modification. Captain Barrows testified in his deposition that he had altered his safety orientation speech after the incident on August 21, 2004. Plaintiff stipulates that she will not inquire of Captain Jeffrey Barrows about any after modification.

2. Defendants had proposed filing a Motion in Limine precluding the plaintiff from using the United States Coast Guard report of the incident, including any exhibits to that report. Plaintiff stipulates that she will not use the United States Coast Guard report or any exhibits to that report.

3. Defendants had proposed filing a Motion in Limine to prohibit the Plaintiff from suggesting any verdict value or amount for Plaintiff's injury/claim in the opening or closing arguments in this matter. Plaintiff stipulates that she will not suggest any verdict value or amount for Plaintiff's injury/claim in the opening and/or closing arguments in this matter. Nothing herein shall prevent plaintiff from suggesting any amount as compensation for medical bills and lost earnings.

4. Defendants had proposed filing a Motion in Limine to Preclude Plaintiff from arguing any theory of liability other than negligence for failure to warn. Plaintiff stipulates that she will not offer any theory of liability other than negligence due to failure to warn.

**WHEREFORE**, the parties pray this Honorable Court enter the above Stipulation.

By their attorneys,

**PLAINTIFF**

DECOF & DECOF, P.C.

"/s/ John S. Foley"
John S. Foley
Bar No: 2060
One Smith Hill
Providence, RI 02903
(401) 272-1110

**DEFENDANTS**

CLINTON & MUZYKA, P.C.,

"/s/Robert E. Collins"
Robert E. Collins
Bar No: 2951
One Washington Mall
Suite 1400
Boston, MA 02108
617-723-9165

DATED: April 8, 2008