**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION IN LIMINE TO PRECLUDE PHOTOGRAPHS OF PLAINTIFF'S HAND**

Plaintiff objects to defendants' motions *in limine* to preclude photographs of plaintiff's hand, for the reason that the photographs are highly relevant, not cumulative, and necessary to make a complete record of plaintiff's damages.

The basis for this motion is set forth more fully in the accompanying memorandum.

LYNN M. SUTHERLAND

By her attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/S/ John S. Foley
John S. Foley, Esq. Bar #2060

## CERTIFICATION

I hereby certify that I served the within document by electronic filing to the following counsel of record: **Robert E. Collins, Esq.,** rcollins@clinmuzyka.com and michael@mhagopianlaw.com, and by regular mail, postage prepaid, to **Thomas J. Muzyka, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, 02108 on the 8th day of April, 2008.

/S/John S. Foley

Sutherland P081