**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

**PLAINTIFF'S MOTION FOR JUDGMENT AS A MATTER OF LAW**

Plaintiff moves this court, pursuant to Fed. R. Civ. P. 50, for judgment as a matter of law in her favor and against defendants on the defense that the risk of danger posed by the turning block that injured her was open and obvious. The motion should be granted because there is not a legally sufficient basis for the jury to find for defendants on this issue. The basis for this motion is more fully set forth in the accompanying memorandum.

WHEREFORE, plaintiff moves that this court enter judgment as a matter of law in her favor and against defendants on their open and obvious defense.

LYNN M. SUTHERLAND

By her Attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/S/John S. Foley
John S. Foley Bar #2060

## CERTIFICATION

I hereby certify that I served the within document by electronic filing to the following counsel of record: **Robert E. Collins, Esq.**, rcollins@clinmuzyka.com and **Michael Hagopian, Esq.**, michael@mhagopianlaw.com; and by hand-delivery to **Thomas J. Muzyka, Esq.**, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108 on the 21st day of April, 2008.

/S/John S. Foley
John S. Foley Bar #2060

Sutherland P085