AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Lynn Sutherland v. HYC, Inc

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA05-450s

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | John Foley | Robert Collins, Thomas Muzyka |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| April 14 | Anne Clayton | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| — | — | 4/14/08 | — | — | W-1 Robert Hodson |
| 1A | | 4/14/08 | | FULL | Photograph of Heritage Yacht |
| 1B | | 4/14/08 | | FULL | Photograph of Heritage Yacht |
| 1C | | 4/14/08 | | FULL | Photograph of Heritage Yacht |
| 1D | | 4/14/08 | | FULL | Photograph of Heritage Yacht |
| 1E | | 4/14/08 | | FULL | Photograph of Heritage Yacht |
| 1F | | 4/14/08 | | FULL | Photograph of Heritage Yacht |
| 1G | | 4/14/08 | | FULL | Photograph of Heritage Yacht |
| 1H | | 4/14/08 | | FULL | Photograph of Heritage Yacht |
| 1I | | 4/14/08 | | FULL | Photograph of Heritage Yacht |
| 1J | | 4/14/08 | | FULL | Photograph of Heritage Yacht |
| 1K | | 4/14/08 | | FULL | Photograph of Heritage Yacht |
| 1L | | 4/14/08 | | FULL | Photograph of Heritage Yacht |
| | AAA | 4/14/08 | | FULL | Photograph of deck of s/v Heritage looking AFT |
| | BBB | 4/14/08 | | FULL | Photograph of deck of s/v Heritage looking forward |
| | CCC | 4/14/08 | | FULL | Close-up photograph of turning block |
| — | — | 4/14/08 | — | | W-2 Joan MacInnes |
| 29 | | 4/14/08 | | FULL | Photograph of Yacht with W-2 annotations |
| | B | 4/14/08 | | FULL | Photograph |
| | C | 4/14/08 | | FULL | Photograph |
| — | — | 4/14/08 | — | — | W-3 Duncan MacInnes |
| | D | 4/14/08 | | FULL | Photograph |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Lynn Sutherland v. HYC, Inc.

CASE NUMBER: CA05-450S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | E | 4/14/08 | | Full | Photograph |
| — | — | 4/14/08 | — | — | W-4 Robert Stearns' deposition read into the record |
| — | — | DAY 2 | 4/15/08 | — | W-5 ~~Sean~~ Griggs M.D. via video |
| 4A | | 4/15/08 | | Full | Photograph of Plaintiffs hand before surgery |
| 4B | | 4/15/08 | | Full | Photograph of Plaintiff's hand before surgery |
| 5A | | 4/15/08 | | Full | Photograph of Plaintiff's hand After surgery |
| 5B | | 4/15/08 | | Full | Photograph of Plaintiff's hand After surgery |
| — | — | 4/15/08 | — | — | W-6 Robert Hotchkiss MD. via video |
| — | — | 4/15/08 | — | — | W-7 Jeffrey Barrows |
| 3 | | 4/15/08 | ~~ID~~ | Full | Internet Web page |
| | GG | 4/15/08 | | Full | Yacht Charter Agreement |
| | HH | 4/15/08 | | Full | Photograph |
| | FFF | 4/15/08 | ~~ID~~ | Full | Sketch drawn by Jeffrey Barrows |
| | A | 4/15/08 | | Full | Turning Block and Line |
| | KK | 4/15/08 | | Full | Certificate of Inspection |
| | ZZ | 4/15/08 | | Full | NOAA Weather Report |
| 30 | | 4/15/08 | ID | | Deposition of Robert Hotchkiss (transcript) |
| 31 | | 4/15/08 | ID | | Deposition transcript of Sean Griggs MD |
| 32 | | 4/15/08 | ID | | Deposition transcript of Robert Stearns |
| | | DAY 3 | | | |
| — | — | 4/16/08 | — | — | W-8 Richard Schuster, Ph.D. |
| 20 | | 4/16/08 | | Full | Curriculum Vitae of Richard Schuster, Ph D. |
| — | — | 4/16/08 | — | — | W-9 Patrick Derry |
| 23 | | 4/16/08 | | Full | Curriculum Vitae of Patrick Derry |
| — | — | 4/16/08 | — | — | W-10 Allan M. Feldman Ph D |
| 21 | | 4/16/08 | | Full | Curriculum Vitae of Allan M. Feldman PhD. |
| 24 | | 4/16/08 | ~~ID~~ | Full | Wage Document (Social Security Statement) |

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Lynn Sutherland v. HYC, Inc. et Al

CASE NUMBER: CA05-450S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | U | 4/16/08 | ~~ID~~ | FULL | Profit + Loss statement |
| | BB | 4/16/08 | | FULL | Dr. Feldman's Notes |
| — | — | 4/16/08 | — | — | W-11 John Sutherland |
| | | DAY 4 | | | |
| | | 4/17/08 | | | |
| | | | | | |
| | I | 4/17/08 | | Full | Photograph |
| | | | | | |
| | | | | | W-12 John Lenox |
| 22 | | | ~~ID~~ | Full | Resume of John Lenox. |
| | | | | | |
| | | | | | W-13 Lynn Sutherland. |
| 27 | | | ~~ID~~ | Full | Wage Document |
| | | | | | |
| 33 | | | | Full | Photograph w/ marking. |
| | | | | | |
| 6A | | | | Full | ~~Exh 6A~~ photographs |
| | | | | | |
| 6B | | | | Full | ~~Exh 6B~~ photographs. |
| | L | | | Full | Photograph |
| | T | | | Full | Photographs. |
| | X | | | Full | Checks |
| 7 | | | | F | Medical Records |
| 8 | | | | F | Medical Records. |
| 9 | | | | F | Medical Records. |
| | | | | | |

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Lynn Sutherland v. HYC, Inc., et Al

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA05-450S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 11 | | | | F | Medical Records |
| 12 | | | | F | Medical Records |
| 13 | | | | F | Medical Records |
| 15 | | | | F | Medical Records |
| 16 | | | | F | Medical Records |
| 18 | | | | F | Medical Records |
| 19 | | | | F | Summary of Plaintiff's Medical Bills |
| | | | | | |
| | | | | | Day 5 Jury Trial |
| | | 4/18/07 | | W-14 | Deborah Veatch |
| | | | | | |
| | VV | | | F | Resume of Deborah Veatch |
| | | | | W-15 | DAVID DUBOIS |
| | WW | | | F | Vitae of David Dubois |
| | | | | W-16 | Video Deposition of ~~[illegible]~~ Laborn., |
| | | | | W-18 | Video Deposition of James Smiros. |
| | | | | W-18 | Katharine Boulikos, |
| LL | | | | F | Photograph |
| BB | | | | F | 1099 |
| TT | | | | F | Reconciliation |
| | | | | W-19 | Peter Ashton. |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Lynn Sutherland v. HYC, Inc., et Al

CASE NUMBER: CA05-450S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| WW | | 4/18/08 | | Full | Peter Ashton (Vitae Resume) |
| | | | W-20 | | Deposition of Matthew Sutherland |
| EEE | | | | F | Deposition tape of Emily Rabun |
| GGG | | | | F | Deposition tape of James Smiros |
| | | DAY 6 | 4/21 | 08 | Day 6 Jury trial |
| — | | 4/21/08 | — | — | W-21 Albert King |
| | MM | 4/21/08 | | Full | Curriculum Vitae of Albert King |
| — | | 4/21/08 | — | — | W-22 Cedar Poirier via Video Deposition |
| | OO | 4/21/08 | | Full | Photograph |
| | PP | 4/21/08 | | Full | Photograph |
| | QQ | 4/21/08 | | Full | Photograph |
| | V | 4/21/08 | | Full | Tax Return |
| | Y | 4/21/08 | ID | Full | Therapy Records |
| | [illegible] | [illegible] | [illegible] | | [illegible] |
| | DDD | 4/21/08 | ID | | Video Deposition of Cedar Poirier |
| | HHH | 4/21/08 | ID | | Letter dated 11/13/2006 |
| | Y1 | 4/21/08 | ID | | Last page of Therapy Records |
| | | DAY 7 | | | |
| | | 4/22/08 | | | |