IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNN M. SUTHERLAND,

Plaintiff,

v. C.A. No. 05-450S

HYC, INC. and JEFFREY BARROWS,

Defendants.

**VERDICT FORM**

1. Was the turning block a dangerous condition which was open and obvious to a reasonable person with the plaintiff's skill, education, experience?

YES ✓ NO ______

(If "YES," go to Question No. 2. If "NO," skip Question No. 2 and go to Question No. 3.)

2. If you answered "Yes" to Question No. 1, were circumstances such that the defendants had a duty to warn about the danger?

YES ✓ NO ______

(If "YES," go to Question No. 3. If "NO," stop.)

3. If you answered "No" to Question No. 1, or "Yes" to Question No. 2, did the defendants warn the plaintiff about the dangerous condition?

YES ______ NO ✓

(If "YES," stop. If "NO," go to Question No. 4.)

4. If you answered "No," to Question No. 3, was the defendants' failure to warn the proximate cause of plaintiff's injury?

YES ✓ NO ______

(If "YES," go to Question No. 5. If "NO," stop.)

5. If you answered "Yes" to Question No. 4, did the plaintiff's conduct contribute to her injury?

YES ✓ NO ______

(If "YES," go to Question No. 6. If "NO," go to Question No. 7.)

6. If you answered "Yes" to Question No. 5, what percentage of damages is attributable to plaintiff's and defendants' negligence?

Plaintiff: 80 %

Defendants: 20 %

**TOTAL**: 100%

7. Damages:

A. Medical Bills $ 167,107.77

B. Past Lost Earnings $ 200,000.00

C. Future Lost Earnings $ 123,000.00

D. Past Pain & Suffering $ 250,000.00

E. Future Pain & Suffering $ 1,500,000.00

8. Do you find the plaintiff entitled to prejudgment interest?

YES _____ NO ✓

If so, at what percentage (not to exceed 12%)?

_______%

Signature of Foreperson Norine J. Keenan

Date: 4/23/08