UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Lynn M. Sutherland
Plaintiff
V.

Case Number: C.A. NO. 05-450S

HYC, Inc. and Jeffrey Barrows
Defendant

X **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter in favor of the Plaintiff, Lynn M. Sutherland against the Defendants, HYC, Inc. and Jeffrey Barrows in the amount of $448,021.56 pursuant to jury verdict form.**

**April 24, 2008**
Date

Wendy Seile
Clerk
(By) Deputy Clerk