**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

**PLAINTIFF'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**

Plaintiff, pursuant to Fed. R. Civ. P. 50(b), hereby renews her motion for judgment as a matter of law in her favor and against defendants, made at the close of the evidence, on the defense that the risk of danger posed by the turning block that injured her was open and obvious. The motion should be granted because there was not a legally sufficient basis for the jury to find that the risk of danger posed by the turning block was open and obvious, and this issue should therefore not have been submitted to the jury. The basis for this motion is more fully set forth in plaintiff's supporting memorandum.

WHEREFORE, plaintiff moves that this court enter judgment as a matter of law in her favor and against defendants on their open and obvious defense.

LYNN M. SUTHERLAND

By her Attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/S/John S. Foley
John S. Foley Bar #2060

## CERTIFICATION

I hereby certify that I served the within document by electronic filing to the following counsel of record: **Robert E. Collins, Esq.**, rcollins@clinmuzyka.com and **Michael R. Hagopian, Esq.**, michael@mhagopianlaw.com; and by regular mail, postage prepaid, to **Thomas J. Muzyka, Esq.**, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108 on the 2nd day of May, 2008.

/S/John S. Foley
John S. Foley Bar #2060

Sutherland P087