**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

**PLAINTIFF'S MOTION FOR NEW TRIAL**

Plaintiff moves this Court, pursuant to Fed. R. Civ. P. 59(a), for a new trial on the issue of comparative negligence, for the reasons that:

1. The jury's verdict on the comparative negligence issue is against the clear weight of the evidence and will result in a clear miscarriage of justice;

2. The submission to the jury of the defense that the risk of danger from the turning block was open and obvious was an error of law which confused the jury and prejudiced plaintiff on the comparative negligence issue.

The basis for this motion is more fully set forth in plaintiff's supporting memorandum.

WHEREFORE, plaintiff moves that this Court order a new trial on the issue of comparative negligence.

LYNN M. SUTHERLAND

By her Attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/S/John S. Foley
John S. Foley Bar #2060

## CERTIFICATION

I hereby certify that I served the within document by electronic filing to the following counsel of record: **Robert E. Collins, Esq.**, rcollins@clinmuzyka.com and **Michael R. Hagopian, Esq.**, michael@mhagopianlaw.com; and by regular mail, postage prepaid, to **Thomas J. Muzyka, Esq.**, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108 on the 2nd day of May, 2008.

/S/John S. Foley
John S. Foley Bar #2060

Sutherland P088