**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff moves this Court for an order extending by two weeks, to May 16, 2008, the time in which she must file her memoranda in support of her motion for new trial and her renewed motion for judgment as a matter of law, which motions were filed on May 2, 2008. The additional time is needed to complete the research for, and the preparation of, the memoranda.

WHEREFORE, plaintiff requests that the time by which she must submit her memoranda in support of her motion for new trial and her renewed motion for judgment as a matter of law be extended to May 16, 2008.

LYNN M. SUTHERLAND

By her Attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/S/John S. Foley
John S. Foley Bar #2060

## CERTIFICATION

I hereby certify that I served the within document by electronic filing to the following counsel of record: **Robert E. Collins, Esq.**, rcollins@clinmuzyka.com and **Michael R. Hagopian, Esq.**, michael@mhagopianlaw.com; and by regular mail, postage prepaid, to **Thomas J. Muzyka, Esq.**, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108 on the 2nd day of May, 2008.

/S/John S. Foley
John S. Foley Bar #2060

Sutherland P089