**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

**MOTION FOR AWARD OF COSTS**

Plaintiff moves this Court, pursuant to Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. §1920, for an award of costs as set forth in the Bill of Costs filed with this motion. Plaintiff also relies on the affidavit of counsel and memorandum filed contemporaneously with this motion.

WHEREFORE, plaintiff requests that costs be awarded to her as set forth in the Bill of Costs.

LYNN M. SUTHERLAND

By her Attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/S/John S. Foley
John S. Foley Bar #2060

## CERTIFICATION

I hereby certify that I served the within document by electronic filing to the following counsel of record: **Robert E. Collins, Esq.**, rcollins@clinmuzyka.com and **Michael R. Hagopian, Esq.**, michael@mhagopianlaw.com; and by regular mail, postage prepaid, to **Thomas J. Muzyka, Esq.**, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108 on the 2nd day of May, 2008.

/S/John S. Foley
John S. Foley Bar #2060

Sutherland P090