SUTHERLAND v. HYC, INC., ET AL
C. A. NO.: 05-450 S

## PLAINTIFF'S DEPOSITION EXPENSES AND INVOICES

| | Deponent | Date | Charge |
|---|---|---|---|
| 1. | Lynn Sutherland | 7/11/06 | $513.40 |
| 2. | Cedar Poirier | 9/25/06 | $480.95 |
| 3. | Jeffrey Barrows | 11/21/06 | $412.95 |
| 4. | Emily Labnon | 11/24/06 | $433.60 |
| 5. | Joan MacInnes | 1/24/07 | $189.30 |
| 6. | Duncan MacInnes | 1/24/07 | $154.20 |
| 7. | John G. Sutherland | 1/29/07 | $326.50 |
| 8. | Kelly Sutherland | 1/29/07 | $136.75 |
| 9. | Katherine Boulukas | 2/26/07 | $113.50 |
| 10. | George Boulukas | 2/26/07 | $116.25 |
| 11. | Robert Stearns | 2/26/07 | $116.25 |
| 12. | Robert Hodson | 2/26/07 | $ 88.75 |
| 13. | Patricia Hodson | 2/26/07 | $ 88.75 |
| 14. | James Smiros | 5/16/07 | $137.25 |
| 15. | Sean Griggs, M.D. | 8/24/07 | $572.20 |
| 16. | Allan Feldman, Ph.D. | 1/23/08 | $240.80 |
| 17. | Richard Schuster, Ph.D. | 1/28/08 | $230.75 |
| 18. | Deborah Veatch, M.A. | 2/11/08 | $366.30 |

| | | | |
|---|---|---|---|
| 19. | Peter K. Ashton | 2/11/08 | $275.61 |
| 20. | John Lenox, M.D. | 2/19/08 | $255.04 |
| 21. | Robert N. Hotchkiss, M.D. | 2/20/08 | $1,561.55 |
| 22. | Albert I. King, Ph.D. | 2/29/08 | $603.30 |
| 23. | David C. Dubois | 3/7/08 | $360.90 |
| 24. | Patrick Derry | 3/31/08 | $419.20 |
| 25. | James Smiros | 4/10/08 | $194.75 |
| | | **Total** | $8,388.80 |

SUTHERLAND v. HYC, INC., ET AL
C. A. NO.: 05-450 S

# PLAINTIFF'S DEPOSITION INVOICES

# EXHIBIT A

15090

# DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

*One State Street, Suite 1150*
*Boston, MA 02109*
*Tel: (617) 742-6900 Fax: (617) 973-9500*
www.dunnandgoudreau.com

POSTED

Decof & Decof
One Smith Hill
Providence, RI 02903

**INVOICE NO. :** 980290
**INVOICE DATE:** 7/27/2006
**REPORTER:**
Barbara Montijo

Patrick D. Barry, Esq.

**ID#** 04-3176149

Sutherland -v- Hyc, Inc., et al.

| Date | Description | Amount |
|---|---|---|
| | DATE TAKEN: July 11, 2006 | |
| | DEPOSITION OF: Lynn Sutherland | |
| | Copy of Transcript (172pgs.) | 464.40 |
| | CD (ascii/e-transcript) | 35.00 |
| | PROCESSING FEE | 6.00 |
| | SHIPPING & HANDLING | 8.00 |
| | **Sub Total** | 513.40 |
| | **Paid** | 0.00 |
| | **Balance Due** | 513.40 |

**Terms: Net 30 days from date of invoice.**
**A service charge of 1.5% per month will**
**be applied to all past due balances.**

PAID
AUG - 3 2006

15040

# REPORTING ASSOCIATES

10 Dorrance Street • Suite 617 • Providence, RI 02903
(401) 351-1660

NCRA

FED. ID NO
05-0495813

POSTED

JOHN S. FOLEY, ESQ.
DECOF & DECOF
ONE SMITH HILL
PROVIDENCE, RI 02903

**INVOICE NO.** 943224
**INVOICE DATE:** 10/05/2006
**REPORTER:**
JEANNE M. DERHAM

**ID#:** *05-0495813*

*SUTHERLAND VS.*
*HYC, INC. & BARROWS*
*05-0450 S*

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 9/25/2006 | DEPOSITION OF CEDAR POIRIER | | | |
| | ATTENDANCE FEE | 1.00 | 75.00 | 75.00 |
| | ORIGINAL & 1 COPY | 33.00 | 3.45 | 113.85 |
| | MIN-U-SCRIPT | 1.00 | 12.50 | 12.50 |
| | E-TRANSCRIPT | 1.00 | 10.00 | 10.00 |
| | | | Sub Total | 211.35 |
| | | | Paid | 0.00 |
| | | | Balance Due | 211.35 |

**HANDLING & DELIVERY - NO CHARGE**
**THANK YOU**

Please Return One Copy With Your Remittance

15090

One State Street
Boston, MA 02109
617.742.6900
617.973.9500

224 Datura Street
W. Palm Beach, FL 33401
561.277.7221
561.961.1049

# Dunn & Goudreau

COURT REPORTING SERVICE, INC.

POSTED

**INVOICE NO. :** 981726
**INVOICE DATE:** 10/04/2006
**REPORTER:**
Barbara Montijo

Decof & Decof
One Smith Hill
Providence, RI 02903

John S. Foley, Esq.

Sutherland v. HYC, Inc., et al.

**ID#** 04-3176149

| Date | Description | Amount |
|---|---|---|
| | DATE OF SERVICE: September 25, 2006 | |
| | DEPOSITION OF: Cedar Poirier | |
| | COPY OF TRANSCRIPT (48 Pgs.) | 129.60 |
| | E-TRANSCRIPT (e-mailed 10/4/06) | 35.00 |
| | PROCESSING FEE | 6.00 |
| | **Sub Total** | 170.60 |
| | **Paid** | 0.00 |
| | **Balance Due** | 170.60 |

**Terms: Net 30 days from date of invoice.
A service charge of 1.5% per month will
be applied to all past due balances.**

PAID
OCT 18 2006
68370

BUYU

***FRANK J. DUNN ASSOCIATES***
***ONE STATE STREET, SUITE 1150***
***BOSTON, MA 02109***
**(617) 742-6900**
**www.dunnandgoudreau.com**

POSTED

Invoice No. 2375

Invoice Date 09/29/06

Bill To:
Decof & Decof
One Smith Hill
Providence RI 02903

Ship To:
Decof & Decof
John S. Foley, Esq.
One Smith Hill
Providence RI 02903

| Tech.# | Terms | Tech. | Tax ID# |
|---|---|---|---|
| 2375 | Upon Receipt | 15 | |

| DESCRIPTION | TAXABLE | AMOUNT |
|---|---|---|
| RE: Lynn M. Sutherland v. HYC, Inc. & Jeffrey Barrows | | |
| Videotape deposition of Cedar Poirier taken 9/25/06 (Newport, RI) | | |
| Duplication (1) DVD | | 95.00 |
| Shipping | | 4.00 |

Amount Paid 0.00

Subtotal 99.00

**TOTAL** **$99.00**

***SCHEDULE YOUR DEPOSITION ONLINE @***
**www.dunnandgoudreau.com**

# REPORTING ASSOCIATES

10 Dorrance Street • Suite 617 • Providence, RI 02903
(401) 351-1660

FED. ID NO
05-0495813

NATIONAL COURT REPORTERS NCRA ASSOCIATION

POSTED

JOHN S. FOLEY, ESQ.
DECOF & DECOF
ONE SMITH HILL
PROVIDENCE, RI 02903

**INVOICE NO.** 943883
**INVOICE DATE:** 12/14/2006
**REPORTER:**
BRENDA ENOS

*SUTHERLAND VS.*
*HYC, INC., ET AL.*
*05-450S*

**ID#:** *05-0495813*

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 11/21/2006 | DEPOSITION OF JEFFREY BARROWS | | | |
| | ATTENDANCE FEE | 1.00 | 50.00 | 50.00 |
| | ORIGINAL & 1 COPY | 96.00 | 3.45 | 331.20 |
| | EXHIBITS | 37.00 | 0.25 | 9.25 |
| | MIN-U-SCRIPT | 1.00 | 12.50 | 12.50 |
| | E-TRANSCRIPT | 1.00 | 10.00 | 10.00 |
| | | | **Sub Total** | 412.95 |
| | | | **Paid** | 0.00 |
| | | | **Balance Due** | 412.95 |

**HANDLING & DELIVERY - NO CHARGE**
**THANK YOU**

PAID
DEC 21 2006
68783

Please Return One Copy With Your Remittance

15090

One State Street
Boston, MA 02109
617.742.6900
617.973.9500

224 Datura Street
W. Palm Beach, FL 33401
561.277.7221
561.961.1049

# Dunn & Goudreau

COURT REPORTING SERVICE, INC.

Decof & Decof
One Smith Hill
Providence, RI 02903

John S. Foley, Esq.

Sutherland v. HYC, Inc., et al.

**INVOICE NO. :** 983109
**INVOICE DATE:** 12/15/2006
**REPORTER:**
Barbara Montijo

POSTED

**ID#** 04-3176149

| Date | Description | Amount |
|---|---|---|
| | DATE OF SERVICE: November 24, 2006 | |
| | VIDEO DEPOSITION OF: Emily Labnon | |
| | COPY OF TRANSCRIPT (28 Pgs.) | 75.60 |
| | E-TRANSCRIPT (sent 12-12-06) | 35.00 |
| | DEPOSITION OF: Emily Labnon | |
| | MINIMUM (20 Original Pgs.) | 175.00 |
| | E-TRANSCRIPT (Sent 12/12/06) | 35.00 |
| | PROCESSING FEE | 6.00 |
| | COURIER | 8.00 |
| | **Sub Total** | 334.60 |
| | **Paid** | 0.00 |
| | **Balance Due** | 334.60 |

**Terms: Net 30 days from date of invoice.
A service charge of 1.5% per month will
be applied to all past due balances.**

PAID
DEC 28 2006
68819

*Please remit all payments to our Boston office.*

www.dunnandgoudreau.com
800 482-3039

15090

POSTED

# *FRANK J. DUNN ASSOCIATES*

***ONE STATE STREET, SUITE 1150***
***BOSTON, MA 02109***
**(617) 742-6900**
**www.dunnandgoudreau.com**

Invoice No. 2405

Invoice Date 12/04/06

| Bill To: | Ship To: |
|---|---|
| Decof & Decof | Decof & Decof |
| One Smith Hill | John S. Foley, Esq. |
| Providence RI 02903 | One Smith Hill |
| | Providence RI 02903 |

| Tech.# | Terms | Tech. | Tax ID# |
|---|---|---|---|
| 2405 | Upon Receipt | 15 | |

| DESCRIPTION | TAXABLE | AMOUNT |
|---|---|---|
| RE: Lynn M. Sutherland v. TC, Inc. & Jeffrey Barrows | | |
| Videotape deposition of Emily Labnon taken 11/24/06 (Providence, RI) | | |
| Duplication (1) DVD | | 95.00 |
| Shipping | | 4.00 |

PAID
DEC 13 2006
68716

Amount Paid 0.00

Subtotal 99.00

**TOTAL** **$99.00**

***SCHEDULE YOUR DEPOSITION ONLINE @***
**www.dunnandgoudreau.com**

15090

One State Street
Boston, MA 02109
617.742.6900
617.973.9500

224 Datura Street
W. Palm Beach, FL 33401
561.277.7221
561.961.1049

# Dunn & Goudreau

COURT REPORTING SERVICE, INC.

Decof & Decof
One Smith Hill
Providence, RI 02903

INVOICE NO. : 983844
INVOICE DATE: 1/29/2007
REPORTER:
Susan Lozzi

John S. Foley, Esq.

ID# 04-3176149

Sutherland v. HYC, Inc. & Barrows

| Date | Description | Amount |
|---|---|---|
| | DATE OF SERVICE: January 24, 2007 | |
| | DEPOSITION OF: Joan MacInnes | |
| | COPY OF TRANSCRIPT (69 Pgs.) | 186.30 |
| | (Via e-mail 1/29/07) | |
| | DEPOSITION OF: Duncan MacInnes | |
| | COPY OF TRANSCRIPT (56 Pgs.) | 151.20 |
| | (Via e-mail 1/29/07) | |
| | PROCESSING FEE | 6.00 |
| | Sub Total | 343.50 |
| | Paid | 0.00 |
| | Balance Due | 343.50 |

**Terms: Net 30 days from date of invoice.
A service charge of 1.5% per month will
be applied to all past due balances.**

POSTED

PAID
FEB 1 2007
68995

*Please remit all payments to our Boston office.*

www.dunnandgoudreau.com
800 482-3039

15090

# I N V O I C E

Pirozzi & Hillman, Inc.
Computerized Reporting
274 Madison Avenue
New York, NY 10016
(212) 213-5858
Tax Id.: 13-3585905

| Invoice Number | Invoice Date |
| --- | --- |
| 15402 | 2/12/07 |

POSTED

Decof & Decof
One Smith Hill
Providence, RI 02903

Attn: John S. Foley

| Description | Qty/Pages | Rate | Total |
| --- | --- | --- | --- |
| Sutherland v. HYC, Inc. 1/29/07<br>Wits: J.G. Sutherland (101 p) K. Sutherland (32 p.) | | | |
| Transcript Copy | 133 | 2.75 | 365.75 |
| ASCII (PTX) | 2 | 40.00 | 80.00 |
| Courier/Mailing | 1 | 17.50 | 17.50 |
| | | Balance Due | 463.25 |

PAID
FEB 21 2007

Thank you for using Pirozzi & Hillman, Inc.

15090

I N V O I C E

Pirozzi & Hillman, Inc.
Computerized Reporting
274 Madison Avenue
New York, NY 10016
(212) 213-5858
Tax Id.: 13-3585905

| Invoice Number | Invoice Date |
|---|---|
| 15497 | 3/08/07 |

Decof & Decof
One Smith Hill
Providence, RI 02903

POSTED

Attn: John S. Foley

| Description | Qty/Pages | Rate | Total |
|---|---|---|---|
| Sutherland v. HYC, Inc. 2/26/07<br>K. Boulukos, G.Boulukos, R.Stearns, R.Hodson,P.Hodson | | | |
| Transcript Copy (E-Transcript) | 40 | 2.75 | 110.00 |
| Transcript Copy (E-Transcript) | 41 | 2.75 | 112.75 |
| Transcript Copy (E-Transcript) | 41 | 2.75 | 112.75 |
| Transcript Copy (E-Transcript) | 31 | 2.75 | 85.25 |
| Transcript Copy (E-Transcript) | 31 | 2.75 | 85.25 |
| Courier/Mailing | 1 | 17.50 | 17.50 |
| | | Balance Due | 523.50 |

PAID
MAR 14 2007
69242

Thank you for using Pirozzi & Hillman, Inc.

15090

# I N V O I C E

Pirozzi & Hillman, Inc.
Computerized Reporting
274 Madison Avenue
New York, NY 10016
(212) 213-5858
Tax Id.: 13-3585905

| Invoice Number | Invoice Date |
|---|---|
| 15708 | 5/18/07 |

Decof & Decof
One Smith Hill
Providence, RI 02903

Attn: John S. Foley

| Description | Qty/Pages | Rate | Total |
|---|---|---|---|
| Sutherland v. HYC, Inc. 5/16/07<br>Wit: James Smiros | | | |
| Transcript Copy (E-Transcript Expedite) | 27 | 4.25 | 114.75 |
| Courier/Mailing | 1 | 22.50 | 22.50 |
| | Balance Due | | 137.25 |

POSTED

PAID
MAY 23 2007
69683

Thank you for using Pirozzi & Hillman, Inc.

 90

# REPORTING ASSOCIATES

10 Dorrance Street • Suite 617 • Providence, RI 02903
(401) 351-1660

NATIONAL COURT REPORTERS NCRA ASSOCIATION

FED. ID NO
05-0495813

JOHN S. FOLEY, ESQ.
DECOF & DECOF
ONE SMITH HILL
PROVIDENCE, RI 02903

**INVOICE NO.** 946391
**INVOICE DATE:** 9/10/2007
**REPORTER:**
THERESA B. MULLAUGH

**ID#:** *05-0495813*

*SUTHERLAND VS.*
*HYC, INC., ET AL.*
*05-450S*

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 8/24/2007 | DEPOSITION OF SEAN M. GRIGGS, M.D. | | | |
| | ATTENDANCE FEE | 1.00 | 50.00 | 50.00 |
| | ORIGINAL & 1 COPY | 52.00 | 3.85 | 200.20 |
| | EXHIBITS | 8.00 | 0.25 | 2.00 |
| | E-TRANSCRIPT | 1.00 | 10.00 | 10.00 |
| | | | **Sub Total** | 262.20 |
| | | | **Paid** | 0.00 |
| | | | **Balance Due** | 262.20 |

**HANDLING & DELIVERY - NO CHARGE**
**THANK YOU**

POSTED

PAID
SEP 20 2007
70372

Please Return One Copy With Your Remittance