SUTHERLAND v. HYC, INC., ET AL
C. A. NO.: 05-450 S

# PLAINTIFF'S DEPOSITION INVOICES

## EXHIBIT B

15890

William White Legal Video Services
115 Phenix Ave.
Cranston, RI 02920
(401) 946-2225 Fax (401) 946-9228
email: whitelegalvideo@msn.com

# Invoice

**Bill To:**

John Foley, Esquire
Decof & Decof
One Smith Hill
Providence, RI 02903

| Date | Invoice No. | P.O. Number | Terms | Project |
|---|---|---|---|---|
| 09/26/07 | 177 | | | |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Deposition | Videotaping the Deposition of: Sean Griggs, MD 8/24/07 | | 300.00 | 300.00 |
| Delivery | Delivery & confirmation: | | 10.00 | 10.00 |
| | Sutherland vs HYV, Inc | | | |
| | | | Total | $310.00 |

POSTED

PAID
OCT 10 2007
70500

15090

Dunn & Goudreau
court reporting

Remit payment to:
One State Street
Suite 950
Boston, MA 02109

Decof & Decof
One Smith Hill
Providence, RI 02903

**INVOICE NO. :** 990828
**INVOICE DATE:** 2/14/2008
**REPORTER:**
Barbara Montijo

John Foley, Esq.

**ID#** 04-3176149

Sutherland v. HYC, Inc.

| Date | Description | Amount |
|---|---|---|
| | DATE OF SERVICE: 1/23/08 | |
| | DEPOSITION OF: Allan Feldman, Ph.D. | |
| | COPY OF TRANSCRIPT (52 pgs.) | 150.80 |
| | CONDENSED TRANSCRIPT | 35.00 |
| | PROCESSING FEE | 6.00 |
| | SHIPPING & HANDLING | 8.00 |
| | **Sub Total** | 199.80 |
| | **Paid** | 0.00 |
| | **Balance Due** | 199.80 |

**Terms: Net 30 days from date of invoice.
A service charge of 1.5% per month will
be applied to all past due balances.**

POSTED

PAID
FEB 2 1 2008
72406

(617) 742-6900
www.dunnandgoudreau.com

VISA MasterCard DISCOVER

15090

Dunn & Goudreau
court reporting

Remit payment to:
One State Street
Suite 950
Boston, MA 02109

Decof & Decof
One Smith Hill
Providence, RI 02903

**INVOICE NO. :** 990892
**INVOICE DATE:** 2/15/2008
**REPORTER:**
Barbara Montijo

John Foley, Esq.

**ID#** 04-3176149

Sutherland v. HYC, Inc.

| Date | Description | Amount |
|---|---|---|
| | DATE OF SERVICE: 1/23/08 | |
| | DEPOSITION OF: Allan Feldman, Ph.D. | |
| | E-TRANSCRIPT (sent 2/15/08) | 35.00 |
| | PROCESSING FEE | 6.00 |
| | **Sub Total** | 41.00 |
| | **Paid** | 0.00 |
| | **Balance Due** | 41.00 |

**Terms: Net 30 days from date of invoice.**
**A service charge of 1.5% per month will**
**be applied to all past due balances.**

POSTED

PAID
FEB 21 2008
72406



VISA AMERICAN EXPRESS MasterCard DISCOVER

15090

# I N V O I C E

Pirozzi & Hillman, Inc.
Computerized Reporting
274 Madison Avenue
New York, NY 10016
(212) 213-5858
Tax Id.: 13-3585905

| Invoice Number | Invoice Date |
| --- | --- |
| 16332 | 2/13/08 |

Decof & Decof
One Smith Hill
Providence, RI 02903

Attn: John S. Foley

| Description | Qty/Pages | Rate | Total |
| --- | --- | --- | --- |
| Sutherland v. HYC, Inc. 1/28/08<br>Wit: Richard Schuster | | | |
| Transcript Copy | 63 | 2.75 | 173.25 |
| E-Tran | 1 | 40.00 | 40.00 |
| Courier/Mailing | 1 | 17.50 | 17.50 |
| | | Balance Due | 230.75 |

POSTED

PAID
FEB 28 2008
72456

Thank you for using Pirozzi & Hillman, Inc.

15240

# REPORTING ASSOCIATES

10 Dorrance Street • Suite 617 • Providence, RI 02903
(401) 351-1660

NATIONAL COURT REPORTERS NCRA ASSOCIATION

FED. ID NO
05-0495813

JOHN S. FOLEY, ESQ.
DECOF & DECOF
ONE SMITH HILL
PROVIDENCE, RI 02903

**INVOICE NO.** 947901
**INVOICE DATE:** 2/20/2008
**REPORTER:**
THERESA B. MULLAUGH

*SUTHERLAND VS.*
*HYC, INC., ET AL.*
*05-450S*

**ID#:** *05-0495813*

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 2/11/2008 | DEPOSITION OF | | | |
| | DEBORAH J. VEATCH, M.A., M.S. | | | |
| | ATTENDANCE FEE | 1.00 | 50.00 | 50.00 |
| | ORIGINAL & 1 COPY | 86.00 | 3.55 | 305.30 |
| | EXHIBITS | 4.00 | 0.25 | 1.00 |
| | E-TRANSCRIPT | 1.00 | 10.00 | 10.00 |
| | | | **Sub Total** | 366.30 |
| | | | **Paid** | 0.00 |
| | | | **Balance Due** | 366.30 |

**HANDLING & DELIVERY - NO CHARGE**
**THANK YOU**

POSTED

PAID
FEB 28 2008
72454

Please Return One Copy With Your Remittance

15090

# REPORTING ASSOCIATES

10 Dorrance Street • Suite 617 • Providence, RI 02903
(401) 351-1660

NCRA NATIONAL COURT REPORTERS ASSOCIATION

FED. ID NO
05-0495813

JOHN S. FOLEY, ESQ.
DECOF & DECOF
ONE SMITH HILL
PROVIDENCE, RI 02903

**INVOICE NO.** 947892
**INVOICE DATE:** 2/20/2008
**REPORTER:**
JEANNE M. DERHAM

*SUTHERLAND VS.*
*HYC, INC., ET AL.*
*05-450S*

**ID#:** *05-0495813*

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 2/11/2008 | DEPOSITION OF PETER K. ASHTON | | | |
| | ATTENDANCE FEE | 1.00 | 50.00 | 50.00 |
| | MILEAGE | 116.00 | 0.51 | 59.16 |
| | ORIGINAL & 1 COPY | 44.00 | 3.55 | 156.20 |
| | EXHIBITS | 1.00 | 0.25 | 0.25 |
| | E-TRANSCRIPT | 1.00 | 10.00 | 10.00 |
| | | | **Sub Total** | 275.61 |
| | | | **Paid** | 0.00 |
| | | | **Balance Due** | 275.61 |

**HANDLING & DELIVERY - NO CHARGE**
**THANK YOU**

POSTED

PAID
FEB 28 2008
72454

Please Return One Copy With Your Remittance

#15090

FEDERAL COURT REPORTERS OF SAN ANTONIO, INC.
*10100 Reunion Place, Ste. 660*
*San Antonio, Texas 78216-4128*
*(210) 340-6464 / FAX (210) 341-5533*
*FED ID# 74-2993705*
*Mastercard, Visa & Discover Cards Accepted*

MR. JOHN FOLEY
DECOF & DECOF, P.C.
ONE SMITH HILL
PROVIDENCE, RHODE ISLAND 02903

February 28, 2008

**Invoice#** ALR1351A

**Balance:** $255.04

**Re:** LYNN SUTHERLAND VS. YHC, INC., ET AL
*on* 02/19/08 *by* ARLINDA L. RODRIGUEZ

## *Invoicing Information*

Charge Description
CERTIFIED COPY DEPOSITION OF:
(IN E-TRANSCRIPT FORMAT)

DEPONENT: JOHN LENOX, M.D.
TAKEN ON: FEBRUARY 19, 2008

NO. 05-450-S

THANK YOU, JENNIFER B. FLORES

POSTED

1.00% per month on unpaid balance

**Please Remit ---> Total Due: $255.04**

*Due Upon Receipt / DELINQUENT in 30 days*
*A 1% INTEREST WILL BE ADDED TO INV. OVER 30 DAYS*

PAID
MAR 13 2008
72563

15040

FINK WORLDWIDE ®

Fink & Carney Reporting & Video
39 West 37th Street, New York, NY 10018
1-800-NYC-FINK FAX 1-877-FAX-FINK

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 101312 | 03/04/2008 | 01-58555 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/20/2008 | MARIDA | 6380 |

**CASE CAPTION**

Sutherland vs. HYC Inc.

**TERMS**

Net 30

John S. Foley, Esq.
Decof & Decof
One Smith Hill
Providence, RI 02903

| | |
|---|---|
| Videotaped Deposition of: | |
| Robert N. Hotchkiss, M.D. | 972.90 |
| Attendance - Half Day | 49.00 |
| Video - First 2 hours | 395.00 |
| Travel Videographer | 60.00 |
| Video - DVD Format | 45.00 |
| Federal Express | 39.65 |
| TOTAL DUE >>>> | 1,561.55 |

121 pages

Thank you for choosing Fink & Carney Reporting and Video. We appreciate your business.

PAID MAR

72564

POSTED

TAX ID NO.: 13-2656827 (401) 272-1110 Fax (401) 351-6641

*Please detach bottom portion and return with payment*

15040

# Invoice

**Hanson/Renaissance**

Court Reporting & Video
400 Renaissance Center, Ste 2160
Detroit, MI 48243-1608
*Phone:* (313) 567-8100 *Fax:* (313) 567-4362

*Job #:* 080229ASC
*Job Date:* 02/29/2008
*Order Date:* 02/29/2008
*DB Ref.#:*
*Date of Loss:* / /
*Your File #:*
*Your Client:*

*Invoice #:* 329867
*Inv.Date:* 03/10/2008
*Balance:* $603.30

*Bill To:*
Mr. John S. Foley
Decof & Decof, P.C
One Smith Hill
Providence, RI 02903

*Action:* Sutherland, Lynn M.
VS
HYC, Inc. and Jeffrey Barrows
*Action #:* C.A. NO.:05-450S
*Rep:* ASC
*Cert:* 3669, RPR

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Albert I. King, Ph.D. | Original & One Etrans Medical | Pages | 60 | $3.35 | $0.00 | $201.00 |
| 2 | | Attendance- | Hour | 2.00 | $25.00 | $0.00 | $50.00 |
| 3 | | Exhibit(s) | Pages | 57 | $0.25 | $0.00 | $14.25 |
| 4 | | Exhibit(s)-Color | 1 | 3.00 | $1.25 | $0.00 | $3.75 |
| 5 | | Conference Room Charge | Dollars | 1.00 | $323.30 | $0.00 | $323.30 |
| 6 | | Shipping & Handling | 1 | 1.00 | $11.00 | $0.00 | $11.00 |

*Comments:*

Thank You.Detroit Videoconferencing.Visa/MasterCard Accepted

PAID
MAR 21 2008
72583

| | |
|---|---|
| Sub Total | $603.30 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $603.30 |
| Payment | $0.00 |
| Balance Due | $603.30 |

*Federal Tax I.D.:* 38-2436945

*Terms:* After 45 Days 1.5% Penalty per month

Please KEEP THIS PART for YOUR RECORDS.

Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

15090

# REPORTING ASSOCIATES

10 Dorrance Street • Suite 617 • Providence, RI 02903
(401) 351-1660

NATIONAL COURT REPORTERS NCRA ASSOCIATION

FED. ID NO
05-0495813

JOHN S. FOLEY, ESQ.
DECOF & DECOF
ONE SMITH HILL
PROVIDENCE, RI 02903

**INVOICE NO.** 948086
**INVOICE DATE:** 3/10/2008
**REPORTER:**
JEANNE M. DERHAM

*SUTHERLAND VS.*
*HYC, INC. & BARROWS*
*05-450 S*

**ID#:** *05-0495813*

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 3/07/2008 | DEPOSITION OF DAVID C. DuBOIS | | | |
| | ATTENDANCE FEE | 1.00 | 50.00 | 50.00 |
| | ORIGINAL & 1 COPY | 74.00 | 3.55 | 262.70 |
| | EXHIBITS | 10.00 | 0.25 | 2.50 |
| | E-TRANSCRIPT | 1.00 | 10.00 | 10.00 |
| | MILEAGE | 70.00 | 0.51 | 35.70 |
| | | | **Sub Total** | 360.90 |
| | | | **Paid** | 0.00 |
| | | | **Balance Due** | 360.90 |

**HANDLING & DELIVERY - NO CHARGE**
**THANK YOU**

POSTED

PAID
MAR 13 2008
72562

Please Return One Copy With Your Remittance

15090

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore, MD 21201
Phone:410- 837-3027 Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 10124 | 4/3/2008 | 7585 |

| Job Date | Case No. |
|---|---|
| 3/31/2008 | |

**Case Name**

Sutherland v HYC., Inc. & Jeffrey Barrows

**Payment Terms**

Due upon receipt

John S. Foley, Esquire
Decof & Decof
One Smith Hill,
Providence, RI 02903

| | | | | | |
|---|---|---|---|---|---|
| For a Copy of the Transcript of: | | | | | |
| Patrick Derry | 96.00 | Pages | @ | 2.55 | 244.80 |
| 2 Day Expedite-Copy | | | | | 134.40 |
| Postage & Handling - Overnight UPS | | | | 25.00 | 25.00 |
| Mini/CD w/Etran/Exhibit.PDF/Archiving | | | | 15.00 | 15.00 |
| Signed Order Form | | | | 0.00 | 0.00 |
| | **TOTAL DUE >>>** | | | | **$419.20** |

WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS

PAID
APR 17 2008
72814

POSTED

**Tax ID:** 52-0845831

*Please detach bottom portion and return with payment.*

15090

# I N V O I C E

Pirozzi & Hillman, Inc.
Computerized Reporting
274 Madison Avenue
New York, NY 10016
(212) 213-5858
Tax Id.: 13-3585905

| Invoice Number | Invoice Date |
|---|---|
| 16466 | 4/16/08 |

Decof & Decof
One Smith Hill
Providence, RI 02903

Attn: John S. Foley

| Description | Qty/Pages | Rate | Total |
|---|---|---|---|
| Sutherland v. HYC, Inc. 4/10/08<br>Wit: James Smiros | | | |
| Transcript Copy (Expedited) | 41 | 4.75 | 194.75 |
| | Balance Due | | 194.75 |

POSTED

PAID
APR 24 2008
72853

Thank you for using Pirozzi & Hillman, Inc.