SUTHERLAND v. HYC, INC., ET AL
C. A. NO.: 05-450 S

# PLAINTIFF'S TRAVEL INVOICES

# EXHIBIT C

**John S. Foley**

**From:** tickets@amtrak.com
**Sent:** Thursday, April 10, 2008 4:19 PM
**To:** jsf@decof.com
**Subject:** Amtrak: Reservation Confirmation - THIS IS NOT A TICKET

Thank you for choosing Amtrak. Please save or print this page for your records.

Reservation Number: 0C3BFE

THIS IS NOT A TICKET
--------------------
This confirmation notice is not a ticket. You must obtain a ticket before boarding.

TICKETING INFORMATION
---------------------

THIS IS NOT A TICKET. You must obtain your ticket(s) before boarding. Pick up your tickets from a <a href="javascript:var child=window.open('http://www.amtrak.com/servlet/ContentServer?pagename=am2/am2Popup&ibsref=quiktrak','ibsref','directories=0,dependent=1,menubar=0,top=20,left=20,width=530,height=450,scrollbars=1');child.focus();" CLASS="smallblue">Quik-Trak</a> self-service ticketing kiosk (a credit, debit or Amtrak Guest Rewards is required to activate the kiosk), or at an Amtrak ticket window. Check station operating hours before you go; Amtrak ticket window hours and Quik-Trak kiosk hours vary from station to station.

IMPORTANT POLICIES
------------------
For important identification requirements, please visit http://www.amtrak.com/IDrequirements.html.

For important baggage policy information, please visit http://www.amtrak.com/BaggagePolicy.html.

Please Note: All Amtrak trains (except the Auto Train) are non-smoking.

PASSENGER INFORMATION
---------------------
Passenger 1: Robert Hodson (Adult)

ITINERARY
---------
==============================================================
New York - Penn Station, NY (NYP) to Providence, RI (PVD) 13-APR-08; 4:03 pm - 13-APR-08; 7:02 pm

==============================================================

Service: 2254 Acela Express
Duration: 2h 59m

<Departs>
New York - Penn Station, NY (NYP)
13-APR-08; 4:03 pm

<Arrives>
Providence, RI (PVD)
13-APR-08; 7:02 pm

<Seat(s)/Room(s)>
1 Business Class Seat

Amenities: Snack car

==========================================================
Providence, RI (PVD) to New York - Penn Station, NY (NYP) 14-APR-08; 11:50 am - 14-APR-08; 2:45 pm
==========================================================

Service: 2163 Acela Express
Duration: 2h 55m

<Departs>
Providence, RI (PVD)
14-APR-08; 11:50 am

<Arrives>
New York - Penn Station, NY (NYP)
14-APR-08; 2:45 pm

<Seat(s)/Room(s)>
1 Business Class Seat

Amenities: Snack car

==========================================================

FARE INFORMATION
----------------
Rail Fare: $238.00
Upgrades/bedroom Price: $0.00
Ticket Delivery Fee: $0.00
------------------------------
Total: $238.00

BILLING INFORMATION
-------------------
Billed to:
Robert Hodson
[redacted]
United States

Total Price: $238.00

Credit Card: [redacted]

ADDITIONAL INFORMATION

----------------------

* We recommend that you arrive at the station at least 30 minutes prior to your scheduled departure. Allow additional time if you need help with baggage or tickets.

* If you are traveling on the Auto Train you must check in at least two hours before scheduled departure.

* You may cancel (but not modify) your reservation online. Cancellation fees and/or refund fees may apply. To change your reservation, please call 1-800-USA-RAIL (1-800-872-7245).

* THIS IS NOT A TICKET. You must obtain your ticket(s) before boarding.

HAVE A GREAT TRIP!

------------------

Questions? Contact us online at http://www.amtrak.com/contactus.html or call 1-800-USA-RAIL (1-800-872-7245).

The Travel Connection
COMPLETE TRAVEL SERVICE
473 Atwood Avenue
Cranston, RI 02920
Bus: (401) 946-6010
Fax: (401) 946-4769
www.travelconnectionri.com

AGENT 6D/6D BOOKING REF 238VIX
20847

DERRY/PATRICK

DATE: APR 14 2008

| SERVICE | DATE | FROM | TO | DEPART | ARRIVE |
|---|---|---|---|---|---|
| US AIRWAYS | 15APR | WASHINGTON DC | PROVIDENCE RI | 440P | 600P |
| US 1880 | TUESDAY | R REAGAN NAT | T F GREEN | | |
| B ECONOMY | | AIRCRAFT: | AIRBUS INDUSTRIE A319 | | |
| | | SEAT 18C CONFIRMED | | | |

AIR FARE 763.72 TAX 67.78 AIR TOTAL USD 831.50
NONREFUNDABLE SERVICE FEE USD 25.00
INVOICE TOTAL USD 856.50

PAYMENT: CA XXXXXXXXXXXX0401/EXP0111

RESERVATION NUMBER(S) US/AEJHMY

PHOTO IDENTIFICATION REQUIRED AT CHECK IN
THANK YOU FOR TRAVELING WITH US
HAVE A PLEASANT TRIP

**The Travel Connection**
COMPLETE TRAVEL SERVICE
473 Atwood Avenue
Cranston, RI 02920
Bus: (401) 946-6010
Fax: (401) 946-4769
www.travelconnectionri.com

AGENT 6D/6D BOOKING REF Z3LIT7
20862

DERRY/PATRICK

DATE: APR 16 2008

| SERVICE | DATE | FROM | TO | DEPART | ARRIVE |
|---|---|---|---|---|---|
| US AIRWAYS | 16APR | PROVIDENCE RI | WASHINGTON DC | 325P | 456P |
| US 2945 | WEDNESDAY | T F GREEN | R REAGAN NAT | | |
| B ECONOMY | | AIRCRAFT: | CANADAIR REGIONAL JET | | |
| | | FLIGHT OPERATED BY US AIRWAYS EXPRESS-AIR | | | |

AIR FARE 763.72 TAX 67.78 AIR TOTAL USD 831.50
NONREFUNDABLE SERVICE FEE USD 25.00
INVOICE TOTAL USD 856.50

PAYMENT: CA XXXXXXXXXXXX0401/EXP0111

RESERVATION NUMBER(S) US/DHSVOO

PHOTO IDENTIFICATION REQUIRED AT CHECK IN
THANK YOU FOR TRAVELING WITH US
HAVE A PLEASANT TRIP

**Linda Vickers**

**From:** Southwest Airlines [SouthwestAirlines@mail.southwest.com]
**Sent:** Tuesday, April 01, 2008 9:18 AM
**To:** DESIGNEXCELLENCE@satx.rr.com
**Subject:** Ticketless Confirmation - LENOX/JOHN - KB52MU

SOUTHWEST.COM

**Receipt and Itinerary as of 04/01/08 10:17 AM**

**Confirmation Number**
**KB52MU**

Sit Where You Like

Confirmation Date: 04/01/08
Received: JOHN LEN

**Passenger Information**

| Passenger Name | Account Number | Ticket# |
|---|---|---|
| LENOX/JOHN | [redacted] | 526-2374036318-( |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration dat

**Itinerary**

| Date | Flight | Routing Details |
|---|---|---|
| Wed Apr 16 | 598 | Depart SAN ANTONIO TX (SAT) at 9:20 AM<br>Arrive in PHILADELPHIA INTERNATIO (PHL) at 2:40 |
| | 125 | Change planes in PHILADELPHIA INTERNATIONAL ( 4:00 PM<br>Arrive in PROVIDENCE (PVD) at 5:15 PM |
| ~~Fri Apr 18~~ | ~~2461~~ | ~~Depart PROVIDENCE RI (PVD) at 9:05 AM~~<br>~~Arrive in BALTIMORE-WASHNTN (BWI) at 10:20 AM~~ |
| | ~~872~~ | ~~Change planes in BALTIMORE-WASHNTN (BWI) dep~~<br>~~Arrive in SAN ANTONIO TX (SAT) at 1:35 PM~~ |

**Cost and Payment Summary**

| | |
|---|---|
| Air | $ 667.90 |
| Tax | $ 67.60 |
| PFC Fee | $ 18.00 |
| Security Fee | $ 10.00 |

**Total Payment: $763.50**

$383.50

Current payment(s)
[redacted]

**Fare Rule(s)**

Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Any change to this itinerary may result in a fare increase.

4/15/2008

DUNKIN DONUTS
2000 POST ROAD
WARWICK RI AIRPORT

04/17/08 000002
#0705 1:46PM 0002

| | |
|---|---|
| MD ORIG COOL | $3.50 |
| G COOK CHOC | $1.55 |
| MDSE ST | $5.05 |
| RI TAX | $0.35 |
| CITY TAX | $0.05 |
| ***TOTAL | $5.45 |
| CASH | $20.00 |
| CHANGE | $14.55 |

AGORA AT THE WESTIN HOTEL
ONE WEST EXCHANGE STREET
PROVIDENCE, RI 02903
408 JAMES

TBL 16/1 CHK 1713 GST 1
APR17'08 6:41AM

| | |
|---|---|
| 1 Complete Buffet | 18.00 |
| FOOD TOTAL | 18.00 |
| TAX | 1.44 |
| TOTAL DUE | $19.44 |

GRATUITY 2.00

TOTAL 21.44

SIGNATURE

PLEASE TOTAL, SIGN BOTH COPIES & RETAIN ONE COPY FOR YOUR RECORDS

## Your Receipt and Itinerary

(Scan this barcode at a Delta Self-Service Kiosk to access your reservation.)

JOHN B LENOX
[redacted]

Thank you for choosing Delta. We encourage you to review this information before your trip. If you need to contact Delta or check on your flight information, go to delta.com, call 800-221-1212 or call the number on the back of your SkyMiles® card.

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

Speed through the airport. Check-in online for your flight. Check-in

### Flight Information

DELTA CONFIRMATION #: CRZBUN
TICKET #: 00623448190665

| Day | Date | Flight | Status | Bkng Class | City | Time | Meals/ Other | Seat/ Cabin |
|---|---|---|---|---|---|---|---|---|
| Thu | 17APR | DELTA 4797* | OK | Y | LV PROVIDENCE | 310P | | 14B |
| | | | | | AR ATLANTA | 553P | | COACH |
| | | *Operated by ATLANTIC SOUTHEAST | | | | | | |
| Thu | 17APR | DELTA 923 | OK | Y | LV ATLANTA | 630P | V | 24B |
| | | | | | AR SAN ANTONIO | 804P | | COACH |

Check your flight information online at delta.com or call the Delta Flightline at **800-325-1999**.

Baggage and check-in requirements vary by airport. Please review Delta's Check-In Requirements for
Please check in with the operating carrier. Please review additional Baggage guidelines at delta.com.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for t inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.
For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit http://SafeTravel.dot.gov.

### Passenger Information

JOHN B LENOX
[redacted]

### Billing Details

### Receipt Information

Fare Details: PVD DL X/ATL Q32.56DL SAT640.00Y0BV USD672.56END ZP PVD/
Y 5.00 XF 9.00 PVD4.5ATL4.5

| | | | |
|---|---|---|---|
| Fare: | 672.56 USD | Form of Payment | VI |
| Tax: | 14.00 XT | FP A/CUSD9.30/US0.70/TL10.00 | |
| Tax: | 50.44 US | | |
| Tax: | 7.00 ZP | | |
| Total: | 744.00 USD | Org Tkt | 00623445018545 |
| | | Org FOP | VI*************4300 |

Note: When using certain vouchers to purchase tickets, remaining credits may not be may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to yc fee and increased fare. Failure to appear for any flight without notice to Delta will resul reservation.

ANTON AIRFOOD OF RI
TGI FRIDAY'S
PROVIDENCE INT'L AIRPORT

73 Rachel

60/1 5819 GST 1
APR17'08 12:18PM

**** SEAT 1 ****

| | | |
|---|---|---|
| 1 | WATER GLASS | 0.00 |
| 1 | BURG CHS | 10.87 |
| | MEDIUM | |
| | SIDE SALD | |
| | 2 OUT FIRST | |
| | ADD BACON BITS | |
| | SUBTOTAL | 10.87 |
| TAX | 0.87 AMOUNT | 11.74 |

******* *******

SUBTOTAL 10.87
TAX 0.87
AMOUNT $11.74

TIP 2.40

TOTAL 14.14

X
I AGREE TO PAY THE ABOVE AMOUNT