UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

**AFFIDAVIT OF JOHN S. FOLEY IN SUPPORT OF MOTION FOR AWARD OF COSTS**

I, John S. Foley, attorney for plaintiff in the above matter, make affidavit under oath as follows:

1. The amounts listed in the proposed Bill of Costs are correct.

2. All services reflected in the Bill of Costs were actually performed and were necessary to the presentation of the plaintiff's case.

3. All disbursements reflected in the Bill of Costs represent obligations actually incurred and necessary to the presentation of the plaintiff's case.

[signature]
John S. Foley Bar # 2060

Subscribed and sworn to before me at Providence, Rhode Island, this 2nd day of May, 2008.

[signature] Notary Public
Notary Public
My Commission Expires: 6/19/09

# CERTIFICATION

I hereby certify that I served the within document by electronic filing to the following counsel of record: **Robert E. Collins, Esq.**, rcollins@clinmuzyka.com and **Michael R. Hagopian, Esq.**, michael@mhagopianlaw.com; and by regular mail, postage prepaid, to **Thomas J. Muzyka, Esq.**, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108 on the 2nd day of May, 2008.

/S/John S. Foley
John S. Foley Bar #2060

Sutherland P091