**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M. SUTHERLAND**
**Plaintiff,**

**vs.**

**HYC, INC. and JEFFREY BARROWS**
**Defendants.**

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE OPPOSTION TO PLAINTIFF'S MOTION FOR NEW TRIAL**

Now come the defendants, HYC, Inc. and Jeffrey Barrows, in the above-entitled actions, by and through their undersigned attorneys, Clinton & Muzyka, P.C., and move this Honorable Court for an extension of time to file their Opposition to Plaintiff's Motion for New Trial. As a basis therefore, Defendants state that the Plaintiff filed her Motion for New Trial on May 2, 2008. However, Plaintiff requested and Defendants assented to an extension of time, up to and including May 16, 2008 in which to file her Memorandum of Law in Support of the Motion. The Motion for New Trial merely indicates that the jury finding of comparative negligence is against the clear weight of the evidence and will result in a clear miscarriage of justice. It does not

contain any further details. The Motion also maintains that the submission of the open and obvious risk of danger confused the jury to the prejudice of the Plaintiff. No further details of this argument are made in the Motion. Thus, defendants pray this Honorable Court allow an extension of time, up to and including May 30, 2008, to file their Opposition to the Plaintiff's Motion for New Trial. This will allow the defendants two weeks to address the arguments presented in Plaintiff's Memorandum of Law in Support of her Motion for New Trial.

**WHEREFORE,** the defendants HYC, Inc. and Jeffrey Barrows, pray that this Honorable Court grant their Motion for Extension of Time to File their Opposition to Plaintiff's Motion for New Trial.

Respectfully submitted,

By its attorney,

**CLINTON & MUZYKA, P.C.**

**"/S/Thomas J. Muzyka"**
**Thomas J. Muzyka**
**MA BBO NO: 365540**
**Robert E. Collins**
**RIBAR NO: 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165
(617) 720-3489 Fax

Dated: May 15, 2008

**CERTIFICATE OF SERVICE**

DECOF & DECOF
One Smith Hill
Providence, RI 02903

Attn: John S. Foley

I hereby certify that I electronically filed **Defendants' Motion to Extension of Time to File Opposition to Plaintiff's Motion for New Trial** on May 15, 2008. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above counsel has been effectuated by electronic means.

"/s/Robert E. Collins"
Robert E. Collins