**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

**PLAINTIFF'S OBJECTION TO DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW THAT PLAINTIFF HAS FAILED TO PROVE PRIVITY OR KNOWLEDGE**

Plaintiff objects to Defendants' Renewed Motion for Judgment as a Matter of Law that Plaintiff has Failed to Prove Privity or Knowledge, for the reason that limitation of liability is unavailable to defendant HYC, Inc. because HYC, Inc. was privy to, and had knowledge of, the negligence that caused plaintiff's injury under Carr v. PMS Fishing Corp., 191 F.3d 1 (1st Cir. 1999).

The basis for plaintiff's objection is more fully set forth in the accompanying memorandum.

LYNN M. SUTHERLAND

By her attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/S/ John S. Foley
John S. Foley, Esq. Bar #2060

**CERTIFICATION**

I hereby certify that I served the within document by electronic filing to the following counsel of record: **Robert E. Collins, Esq.,** rcollins@clinmuzyka.com and **Michael M. Hagopian, Esq.**, michael@mhagopianlaw.com; and by regular mail, postage prepaid, to **Thomas J. Muzyka, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, 02108 on the 16th day of May, 2008.

/S/John S. Foley

Sutherland P095