**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LYNN M. SUTHERLAND

vs. C. A. NO.: 05-450 S

HYC, INC. and JEFFREY BARROWS

**PLAINTIFF'S OBJECTION TO DEFENDANT JEFFREY BARROWS'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**

Plaintiff objects to Defendant Jeffrey Barrows's Renewed Motion for Judgment as a Matter of Law, for the reason that defendant has failed to demonstrate why he is not personally responsible for his own tortious conduct. The basis for this objection is more fully set forth in the accompanying memorandum.

LYNN M. SUTHERLAND

By her attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

/S/ John S. Foley
John S. Foley, Esq. Bar #2060

**CERTIFICATION**

I hereby certify that I served the within document by electronic filing to the following counsel of record: **Robert E. Collins, Esq.,** rcollins@clinmuzyka.com and **Michael M. Hagopian, Esq.**, michael@mhagopianlaw.com; and by regular mail, postage prepaid, to **Thomas J. Muzyka, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, 02108 on the 16th day of May, 2008.

/S/John S. Foley

Sutherland P097