**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M. SUTHERLAND**
**Plaintiff,**

**vs.**

**HYC, INC. and JEFFREY BARROWS**
**Defendants.**

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY TO PLAINTIFF'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**

Now come the defendants, HYC, Inc. and Jeffrey Barrows, in the above-entitled actions, by and through their undersigned attorneys, Clinton & Muzyka, P.C., and move this Honorable Court for an extension of time to file their Response/Reply to Plaintiff's Renewed Motion for Judgment as a Matter of Law. As a basis therefore, Defendants state that the Plaintiff filed her Renewed Motion for Judgment as a Matter of Law on May 16, 2008. However, Plaintiff requested and Defendants assented to an extension of time, up to and including May 16, 2008 in which to file her Memorandum of Law in Support of the Motion. The Renewed Motion for Judgment as a Matter of Law merely indicates that the decision by this Honorable Court to put the open and obvious issue to the jury

was improper. It does not contain any further details. Thus, defendants pray this Honorable Court allow an extension of time, up to and including May 30, 2008, to file their Response/Reply to the Plaintiff's Renewed Motion for Judgment as a Matter of Law. This will allow the defendants two weeks to address the arguments presented in Plaintiff's Memorandum of Law in Support of her Renewed Motion for Judgment as a Matter of Law.

**WHEREFORE,** the defendants HYC, Inc. and Jeffrey Barrows, pray that this Honorable Court grant their Motion for Extension of Time to File their Response/Reply to Plaintiff's Renewed Motion for Judgment as a Matter of Law.

Respectfully submitted,

By its attorney,

**CLINTON & MUZYKA, P.C.**

**"/S/Thomas J. Muzyka"**
**Thomas J. Muzyka**
**MA BBO NO: 365540**
**Robert E. Collins**
**RIBAR NO: 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165
(617) 720-3489 Fax

Dated: May 19, 2008

**CERTIFICATE OF SERVICE**

DECOF & DECOF
One Smith Hill
Providence, RI 02903

Attn: John S. Foley

I hereby certify that I electronically filed **Defendants' Motion to Extension of Time to File Response/Reply to Plaintiff's Renewed Motion for Judgment as a Matter of Law Trial** on May 19, 2008. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above counsel has been effectuated by electronic means.

"/s/Robert E. Collins"
Robert E. Collins