**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M. SUTHERLAND**
**Plaintiff,**

**vs.**

**HYC, INC. and JEFFREY BARROWS**
**Defendants.**

**DEFENDANTS' ASSENTED TO MOTION FOR FURTHER EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR NEW TRIAL**

Now come the defendants, HYC, Inc. and Jeffrey Barrows, in the above-entitled actions, by and through their undersigned attorneys, Clinton & Muzyka, P.C., and move this Honorable Court for a further extension of time to file their Opposition to Plaintiff's Motion for New Trial, up to and including June 4, 2008. As a basis therefore, Defendants state that the Plaintiff filed her Motion for New Trial on May 16, 2008. However, Plaintiff requested, and Defendants assented to, an extension of time, up to and including May 16, 2008 in which to file her Memorandum of Law in Support of the Motion for New Trial. In light of same, this Honorable Court granted the defendants an extension of time, up to and including May 30, 2008, to file their Opposition to

Plaintiff's Motion for New Trial. After the conference before this Honorable Court on May 15, 2008, the parties explored the possibility of settlement. Those discussions are still ongoing. The extension will allow the Defendants additional time to complete the Opposition, which had been stayed pending settlement discussions.

The Plaintiff has assented to this Motion.

**WHEREFORE,** the defendants HYC, Inc. and Jeffrey Barrows, pray that this Honorable Court grant their Motion for Extension of Time to File their Opposition to Plaintiff's Motion for New Trial up to and including June 4, 2008.

Respectfully submitted,

By its attorney,

**CLINTON & MUZYKA, P.C.**

**"/S/Robert E. Collins"**
**Robert E. Collins**
**RIBAR NO: 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165
(617) 720-3489 Fax

**ASSENTED TO:**

**DECOF & DECOF, P.C.**

**"/s/ John S. Foley"**
**John S. Foley**
**Bar No. 2060**
One Smith Hill
Providence, RI 02903
(401) 272-1110

**CERTIFICATE OF SERVICE**

DECOF & DECOF
One Smith Hill
Providence, RI 02903

Attn: John S. Foley

I hereby certify that I electronically filed **Defendants' Assented to Motion for FurtherExtension of Time to File Opposition to Plaintiff's Motion for New Trial** on May 30, 2008. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above counsel has been effectuated by electronic means.

"/s/Robert E. Collins"
Robert E. Collins