**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M. SUTHERLAND**
**Plaintiff,**

**vs.**

**HYC, INC. and JEFFREY BARROWS**
**Defendants.**

**DEFENDANTS' WITHDRAWAL OF AFFIRMATIVE DEFENSE**

Now come the defendants, HYC, Inc. and Jeffrey Barrows, in the above-entitled actions, by and through their undersigned attorneys, Clinton & Muzyka, P.C., and respectfully withdraw their affirmative defense based upon Limitation of Liability.

This matter involves a personal injury action brought by a passenger on the S/V HERITAGE on August 21, 2004. The plaintiff commenced this action on October 26, 2005. The defendants filed their Answer on December 1, 2005, denying all liability and raising various affirmative defenses, including comparative fault of the plaintiff and Limitation of Liability pursuant to 46 U.S.C. Section 30502, formally 46 U.S.C. Section 183. Pursuant to Settled Rules of Admiralty, the Limitation of Liability affirmative defense is for

determination by the Court. The defendants, upon consideration of the testimony, hereby withdraw their affirmative defense based upon Limitation of Liability.

**WHEREFORE,** the defendants HYC, Inc. and Jeffrey Barrows, pray that this Honorable Court allow the withdrawal of the affirmative defense of Limitation of Liability..

Respectfully submitted,

By its attorney,

**CLINTON & MUZYKA, P.C.**

**“/s/Robert E. Collins”**
**Thomas J. Muzyka**
**MA BBO NO: 365540**
**Robert E. Collins**
**RIBAR NO: 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165
(617) 720-3489 Fax

Dated: June 25, 2008