**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M. SUTHERLAND**
**Plaintiff,**

**VS.**

**HYC, INC. AND JEFFREY BARROWS**
**Defendants.**

**REPORT OF SETTLEMENT AND REQUEST FOR THIRTY DAY SETTLEMENT ORDER**

Now come the parties, in the above entitled action, by their respective counsel, and report to the Court that the above Civil Action, after Trial, has been settled between the parties.

The parties further request that the Court issue a thirty (30) day Settlement Order in which the parties will conclude the execution of the Release, transfer of settlement funds, and the filing of a Stipulation of Dismissal pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedures.

**WHEREFORE**, the parties pray that this Honorable Court issue the requested thirty (30) day Settlement Order. The parties will file the Stipulation of Dismissal as soon as the settlement has been concluded.

Respectfully Submitted,

By their attorneys,

**ATTORNEY FOR PLAINTIFF,**

**DECOF & DECOF, P.C.**

**“/s/ John S. Foley”**
**John S. Foley**
**Bar No: 2060**
One Smith Hill
Providence, RI 02903
(401) 272-1110

**ATTORNEY FOR DEFENDANTS**

**CLINTON & MUZYKA, P.C.**

**“/s/Thomas J. Muzyka”**
**Thomas J. Muzyka**
**MA BBO NO: 365540**
**Robert E. Collins**
**Bar No: 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: July 16, 2008