**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-450-S**

**LYNN M. SUTHERLAND**
**Plaintiff,**

**VS.**

**HYC, INC. AND JEFFREY BARROWS**
**Defendants.**

**STIPULATION OF DISMISSAL**

Now come the parties, in the above-entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-cited action be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 28th day of July, 2008.

Respectfully Submitted,

By their attorneys,

**ATTORNEY FOR PLAINTIFF,**

**DECOF & DECOF, P.C.**

**"/s/ John S. Foley"**
**John S. Foley**
**Bar No: 2060**
One Smith Hill
Providence, RI 02903
(401) 272-1110

**ATTORNEY FOR DEFENDANTS**

**CLINTON & MUZYKA, P.C.**

**"/s/Thomas J. Muzyka"**
**Thomas J. Muzyka**
**MA BBO NO: 365540**
**Robert E. Collins**
**Bar No: 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165